IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLORIDA DEPARTMENT OF | ) | |
| ENVIRONMENTAL PROTECTION, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 8:15-cv-02286-JWD-TBM |
| | ) | |
| v. | ) | |
| | ) | |
| MOSAIC FERTILIZER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **Appendices to the Proposed Consent Decree**

Exhibit 2 of 4

# Appendices 3 through 6

# APPENDIX 3

# B a r t o w





**Legend**

Mosaic Owned Property

Not Owned by Mosaic

Approximate Boundary
Manufacturing Area &
Phosphogypsum Stack
System (Including EDI)

Mosaic Aerial Photograph December 2014

**Mosaic**

N
W    E
S

0    0.5    1
Miles

User: jwh/djr   Date: 9/4/2015  Path: G:\projects\2015\2015_0012\maps\Bartow.mxd

**Location Key**

Pasco

Hillsborough

Polk

Manatee

Hardee

# G r e e n  B a y



Mosaic Aerial Photograph December 2014

## Legend

- ⬛ Mosaic Owned Property
- ⬜ Not Owned by Mosaic
- 🟨 Approximate Boundary Manufacturing Area & Phosphogypsum Stack System



**Mosaic**

N
W E
S

0    0.25    0.5
Miles

User: jwh/djr   Date: 9/9/2015   Path: G:\projects\2015\2015_0012\maps\Green_Bay_20150909.mxd

## Location Key



Pasco

Hillsborough

Polk

Manatee

Hardee

# New Wales





**Legend**

■ Mosaic Owned Property

□ Not Owned by Mosaic

▭ Approximate Boundary
of Manufacturing Area &
Phosphogypsum Stack
System

Mosaic Aerial Photograph December 2014

**Mosaic®**

N
W       E
S

0       0.5       1
Miles

User: jwh/djr    Date: 9/4/15   Path: G:\projects\2015\2015_0012\maps\New_Wales_20150904.mxd

**Location Key**

Pasco

Hillsborough

Polk

Manatee

Hardee

# R i v e r v i e w



Mosaic Aerial Photograph December 2014
Note: Map does not show Submerged Lands.

**Legend**

Mosaic Owned Property

Not Owned by Mosaic

Approximate Boundary
Manufacturing Area &
Phosphogypsum Stack
System



0    0.25         0.5

Miles

User: jwh/djr   Date: 9/10/2015   Path: G:\projects\2015\2015_0012\maps\Riverview.mxd

**Location Key**



# South Pierce





## Legend

- Mosaic Owned Property
- Not Owned by Mosaic
- Approximate Boundary Manufacturing Area & Phosphogypsum Stack System

Mosaic Aerial Photograph December 2014

### Mosaic

N
W   E
S

0   0.25   0.5
Miles

User: jwh/djr   Date: 9/9/2015   Path: G:\projects\2015\2015_0012\maps\South_Pierce_20150909.mxd

## Location Key

Pasco

Hillsborough   Polk

Manatee   Hardee

# APPENDIX 4

# APPENDIX 4
**FACILITY REPORT**
**BARTOW COMPLEX**
**EXECUTIVE SUMMARY**

These summary tables provide an overview of the Upstream, Downstream, Mixed-Use, Grandfathered, and Recovery Units at Mosaic Fertilizer, LLC's (Mosaic) Bartow Facility. For Upstream Operations, the table only includes tanks that store phosphoric acid prior to the generation of the First Saleable Product. Piping associated with those tanks is considered part of Upstream Operations unless designated otherwise in the Facility Report. Nothing in these summary tables overrides subsequent details provided in diagrams and text.

**Table 1: Unit Designations**

| Units in Upstream Operations | | | |
|---|---|---|---|
| Tank Name | Tank No. from Figure 13 | Phosphoric Acid Service (%) | Alternate Name(s)/Asset Numbers |
| Attack Tank V-Train | 0001 | 30 | ***#4 Acid Attack Tank***[1]; AS4; Phosphoric Acid Reactor V or 4 Reactor |
| Attack Tank U-Train | 0002 | 30 | ***#5 Acid Attack Tank***; AS5; Phosphoric Acid Reactor U or 5 Reactor |
| #3 Filter Filtrate Tank | 0003 | 30 | ***Vacuum Filter #3*** *or* F3A |
| #4 Filter Filtrate Tank | 0004 | 30 | ***Vacuum Filter #4*** *or* F4A |
| #5 Filter Filtrate Tank | 0005 | 30 | ***Vacuum Filter #5*** *or* F5A |
| Gyp Tank 3/4 | 0004 | 30 | ***Gypsum Slurry Tank*** |
| Gyp Tank 5 | 0005 | 30 | ***Gypsum Slurry Tank*** |
| 30A Tank | 0006 | 30 | ***28% Sludge Tanks***; C3T30A or 30A Sludge Tank |
| 30B Tank | 0007 | 30 | ***28% Sludge Tanks***; C3T30B or 30B Sludge Tank |
| 30C Tank | 0008 | 30 | ***28% Acid Clarifier Feed Tanks***; C3T30C or 30C Clarifier Feed Tank |

---

[1]Names in bold italic font are found in the Bartow Phosphoric Acid Facility's Block Flow Diagram (**Table 1**).

| | | | |
|---|---|---|---|
| 30D Tank | 0009 | 30 | ***28% Acid Clarifier Feed Tanks***; C3T30D or 30D Clarifier Feed Tank |
| 31A Clarifier | 0010 | 30 | ***28% Acid Clarifiers***; C3T31A or 30% Clarifier Tank A |
| 31B Clarifier | 0011 | 30 | ***28% Acid Clarifiers***; C3T31B or 30% Clarifier Tank B |
| 31C Clarifier | 0012 | 30 | ***28% Acid Clarifiers***; C3T31C or 30% Clarifier Tank C |
| 31D Clarifier | 0013 | 30 | ***28% Acid Clarifiers***; C3T31D or 30% Clarifier Tank D |
| 32B Tank | 0014 | 30 | ***28% Transfer Tanks***; C3T32B or 30% Acid Clarifier North Overflow Tank B |
| 32A Tank | 0015 | 30 | ***28% Transfer Tank***; C3T32A or 30% Acid Clarifier South Overflow Tank A |
| ***40% Clarifier*** | 0028 | 40 | C4T43 or 43 Clarifier |
| | | | |
| ***1st Stage Evaporators A/B/C/D/E*** (5 units) | | 30-40 | A Evap; B Evap; C Evap; D Evap; E Evap |
| ***2nd Stage Evaporator 1/2/3/4/5/6/7*** (7 units) | | 40-54 | 1 Evap; 2 Evap; 3 Evap; 4 Evap; 5 Evap; 6 Evap and 7 Evap |
| ***#4 Fume Scrubber*** | | N/A | APCD or P4V602 |
| 43 Fume Scrubber | | N/A | ***Scrubber***; C4V44 or 40% Clarifier Scrubber or APCD |

| Mixed Use Units | | | |
|---|---|---|---|
| Tank Name | Tank No. from Figure 13 | Phosphoric Acid Service (%) | Alternate Name(s)/ Asset Numbers |
| 33B Tank | 0017 | 30 | ***1st Stage Evaporator Feed Tanks***; C3T33B or 30% North Acid Tank 33B |
| 33A Tank | 0018 | 30 | ***1st Stage Evaporator Feed Tank***; C3T33A or 30% South Acid Tank 33A |

| | | | |
|---|---|---|---|
| 40 Tank | 0024 | 40 | **40% Clarifier Feed Tank**; C4T40 or 40% Evaporator Product Storage Tank |
| 42 Tank | 0025 | 40 | **2nd Stage Evaporator Feed Tank**; C4T42 or 40% Clarified Acid Storage Tank |
| 50 Tank | 0020 | 54 | **54% Clarifier Feed Tank**; C5T50T or 50% Evaporator Product Tank |
| **54% Clarifier** | 0022 | 54 | C5T52; 52 Tank or 52 Clarifier |
| **#3 Fume Scrubber** | | N/A | F3V602 or APCD |
| **#5 Fume Scrubber** | | N/A | P5V602 or APCD |
| **50% Fume Scrubber** | | N/A | C5V803 or APCD |

| BHT Recovery Units (Tanks) | | | | |
|---|---|---|---|---|
| Tank Name | Figure No. | Tank Number or Name | Type of Service Phosphoric Acid (%) or Other | Alternate Name(s) |
| 34A Tank | Figure 6 | 34A | 30 | D3T34A or #3 DAP/MAP 30% Acid Storage |
| 54A Tank | Figure 6 | 4A | 54 | D3T54A or #3 DAP/MAP 50% Acid Storage |
| 54B Tank | Figure 6 | 54B | 54 or 30 | D3T54B or #3 DAP/MAP 50% Acid Storage |
| 35A Tank | Figure 7 | 35A | 30 | D4T35A or #4 DAP 30% Acid Storage |
| 35B Tank | Figure 7 | 35B | 30 | D4T35B or #4 DAP 30% Acid Storage |
| 55A Tank | Figure 7 | 55A | 54 | D4T55A or #4 DAP 50% Acid Storage |
| 55B Tank | Figure 7 | 55B | 54 | D4T55B or #4 DAP 50% Acid Storage |
| **FSA Storage Tank** | Figure 13 | 0026 | FSA | C4T80 or 80 Tank |
| **FSA Day Tank** | Figure 13 | 0027 | FSA | 81 Tank or C4T81 |
| 53 Tank | Figure 13 | 0023 | 54 | **50% Acid Feed Tank** or C5T53 |
| Pond Water Neutralization Tank | Figure 8 | | Neutralized Process Wastewater | |

| 5% Sulfuric Acid Wash Tank | Figure 13 | 0030 | Cleaning solution | P5T400 |
|---|---|---|---|---|
| Big Holding Tank (BHT) | Figure 13 | Location TBD | Cleaning solution | |
| Back-up BHT | Figure 13 | Location TBD | Cleaning Solution | |

| BHT Recovery Units (Transfer Lines) | | | | |
|---|---|---|---|---|
| Line Name | Figure No. | Service | From | To |
| Tank Loading Line | Figure 3 | 54 | 55A Tank or 55B Tank | Truck Loading |
| North Truck Unloading Pump | Figure 4 | 54 | Truck | 55A Tank or 55B Tank |
| South Truck Unloading Pump | Figure 4 | 54 | Truck | 55A Tank or 55B Tank |
| "DAP1"Transfer Line | Figure 6 Figure 7 | 30 | 33A Tank and 33B Tank | 34A Tank (#3 DAP/MAP) or 35A Tank (#4 DAP) or 35B Tank (#4 DAP) |
| "DAP2" Transfer Line | Figure 6 Figure 7 | 30 | 33A Tank and 33B Tank | 34A Tank (#3 DAP/MAP) or 35A Tank (#4 DAP) or 34B Tank (#4 DAP) |
| "53A" Transfer Line | Figure 6; Figure 7 | 54 | 53 Tank or 50 Tank | 55A or 55B Tank (#4 DAP) |
| "53B" Transfer Line | Figure 6 Figure 7 | 54 | 53 Tank or 50 Tank | 55A or 55B Tank (#4 DAP) or 54A or 54B Tank (#3 DAP/MAP) |
| "53C" Transfer Line | Figure 6 | 54 or 54 sludge | 53 Tank or 50 Tank or 54 clarifier | 54A or 54B Tank (#3 DAP/MAP) |
| FSA Shipping Line | Figure 5 | FSA | FSA Storage Tank (Tank 80) | Truck Loading |
| FSA Transfer Line | - | FSA | FSA Day Tank | FSA Storage Tank |

| Grandfathered Units (Tanks) | | | |
|---|---|---|---|
| Tank Name | Tank No. from Figure 13 | Phosphoric Acid Service (%) | Alternate Name(s) |

| | | | |
|---|---|---|---|
| FSA Swift Towers | 0029 | FSA | *FSA Recovery #5 Evaporator* |
| FSA Scrubber Seal Tank | 0029 | FSA | E5T401; ***2nd Stage Evap. #5 FSA Seal Tank*** or FSA Recirculating Tank |

| GHT Recovery Units | | | |
|---|---|---|---|
| Tank Name | Tank No. | Service | Alternate Name(s) |
| Granular Holding Tank ("GHT") | | | |
| GHT Recovery Units described in Section V.B below. | | | |

**APPENDIX 4**
**FACILITY REPORT**

**MOSAIC FERTILIZER, LLC**
**BARTOW COMPLEX**
**BARTOW, FLORIDA**
**EPA ID NO. FLD 003 952 033**

## Table of Contents

APPENDIX 4 ................................................................................................................1

I. Introduction ..............................................................................................................8

    A. Purpose ..............................................................................................................8

    B. Overview ............................................................................................................9

II. Background ............................................................................................................12

III. First Saleable Products at Mosaic Bartow ..........................................................13

IV. Phosphoric Acid and FSA Production – Phosphoric Acid Plant .......................13

    A. Standard Acid Flow Configuration .................................................................13

    B. Alternative to Standard Acid Flow Configuration ..........................................16

    C. Phosphoric Acid Transfer to Downstream Operations ...................................16

    D. Fluorosilicic Acid (FSA) Standard Process Configuration .............................17

    E. Ammoniated Process Wastewater Transfer (BHT Recovery Units) ...............20

V. Configuration Equipment Designations ................................................................20

    A. Phosphoric Acid Plant and FSA .....................................................................20

        1. Upstream Operations ..................................................................................20

        2. Mixed-Use Units ........................................................................................21

        3. BHT Recovery Units ..................................................................................23

        4. Grandfathered Units ...................................................................................24

    B. Granulation Plants ...........................................................................................24

VI. Compliance Projects ............................................................................................26

    A. BHT and Cleaning Solution Return Piping Projects .......................................26

        1. Project Descriptions ...................................................................................26

        2. Project Operations ......................................................................................27

    B. GHT Related Projects ......................................................................................29

        1. Project Descriptions ...................................................................................29

        2. Project Operations ......................................................................................29

VII. Containment of Phosphoric Acid Product Spills and Leaks ..............................31

Non-Segregable Areas ..................................................................................................... 31

Containable Impervious Areas ........................................................................................ 32

Other Areas ..................................................................................................................... 32

VIII. Process Water (Wastewater) Treatment Plant (Reverse Osmosis Plant) ........................ 32

IX. Proposed Phosphoric Acid Production-Related Operations ............................................... 35

X. Non-Phosphoric Acid Production Proposed Projects ......................................................... 36

XI. Authorized Future Installations ........................................................................................ 37

Appendix: Figures and Tables ............................................................................................... 39

# I. Introduction

All capitalized terms not otherwise defined in this Facility Report shall have the meaning set forth in the Consent Decree.

## A. Purpose

The purposes of this Facility Report are to:

1. Identify Mosaic Fertilizer, LLC's (Mosaic) Upstream Operations (Upstream) and Downstream Operations (Downstream) at its Bartow Facility (Mosaic Bartow), its Mixed-Use air pollution control devices (APCDs), and Mixed-Use tanks, pipes, and other ancillary equipment involved in the production of phosphoric acid.
2. Identify certain units associated with Downstream Operations from which the cleaning wastes may be managed with wastes from Upstream Operations due to the particular configuration of the Facility (Grandfathered Units).
3. Identify compliance projects set forth in Section VI. Compliance Projects of this Report, including the Big Holding Tank (BHT) and the Granular Holding Tank (GHT).
4. Identify certain Downstream Units associated with Mosaic's BHT project (BHT Recovery Units). Waste streams from these units will be recovered into Upstream Operations as designated in this Report or to the BHT in accordance with Section VI. Compliance Projects of this Report.
5. Identify certain Downstream Units associated with Mosaic's GHT project (GHT Recovery Units). Waste streams from these units will be recovered in the Granulation process as designated in this Report or to the GHT in accordance with Section VI. Compliance Projects of this Report.
6. Address phosphoric acid product spills and leaks in accordance with Section VII. Containment of Phosphoric Acid Product Spills and Leaks of this Report.
7. Identify categories of future equipment installations, some wastes from which may be co-managed with Bevill Exempt wastes when meeting the conditions set forth in Sections IX. Proposed Phosphoric Acid Production-Related Operations and X. Non-Phosphoric Acid Proposed Projects and XI. Authorized Future Installations of this Report.

Hazardous wastes generated from the production of sulfuric acid, wastes related to the transport of sulfuric acid to the phosphoric acid plant, and wastes generated from the cleaning of sulfuric acid transportation-related equipment are not within the scope of this Report.

## B. Overview[2]

A major purpose of the Facility Report is to specify how Mosaic shall handle wastes from designated units at the Bartow Facility.  For the units designated as part of Upstream or Downstream Operations or identified as Mixed-Use, Grandfathered, Big Holding Tank (BHT) Recovery or Granular Holding Tank (GHT) Recovery Units, wastes shall be handled as described below.  The potential influents to the designated units are: BHT Effluent, Fluorosilicic Acid (FSA), Fluorosilicic Acid Cleaning Solution (FSACS), GHT Effluent, Non-Hazardous Aqueous Cleaning Solution (NHACS), Phosphogypsum Stack System Wastewater, Phosphoric Acid Cleaning Solution (PACS), Process Wastewater, Sulfuric Acid Cleaning Solution (SACS) and spills and leaks of phosphoric acid, sulfuric acid, and FSA in Containable Impervious Areas.

A.  Wastes generated from Upstream/Mixed-Use/Grandfathered Operations.

1.  Cleaning Solutions Wastes.
    a.  If NHACS, Phosphogypsum Stack System Wastewater, and/or Process Wastewater have been used to clean these units, the wastes from these units may be input to Upstream Operations or discharged to the Phosphogypsum Stack System.

    b.  Prior to commencement of the BHT, if FSACS, SACS, or PACS are used to clean these units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015.  Following commencement of operations of the BHT, if FSACS, SACS, PACS or BHT Effluent are used to clean these units, the wastes from these units may be input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report, except in the case of a BHT process upset (see below).

    c.  Following commencement of operations of the BHT, if Mosaic does not utilize the BHT to recover cleaning wastes identified in (b) above, or if any cleaning solutions other than those listed in (a) & (b) above are used to clean these units, Mosaic shall make a RCRA hazardous waste determination and manage the wastes in accordance with RCRA.

---

[2] This Overview Section summary is provided solely for informative purposes and does not replace, modify, or supersede the provisions specified in the Consent Decree or the substantive terms in the succeeding sections of this Report.

2. <u>Scrubber Wastes</u>.  Wastes from normal operations (i.e., scrubber effluent) may be input to Upstream Operations or discharged to the Phosphogypsum Stack System.  Scrubber cleaning wastes must be managed as described in 1.above.

3. <u>Spills and Leaks</u>.  These are handled in accordance with the BMP and Section VII. Containment of Phosphoric Acid Product Spills and Leaks of this Report.  Spills and leaks of phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS or BHT Effluent in Containable Impervious Areas may be returned to a tank with similar material or input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report.  Spills and leaks of Process Wastewater, Phosphogypsum Stack System Wastewater or NHACS in Containable Impervious Areas may also be returned to the BHT, when these spills and leaks are mixed with phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS or BHT Effluent.

B.  <u>Wastes generated from BHT and BHT Recovery Units.</u>

1. <u>BHT Recovery Units.</u>  Prior to commencement of the BHT, if SACS, PACS, FSACS, NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater are used to clean BHT Recovery Units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015.  Following commencement of operations of the BHT, if SACS, PACS, FSACS, NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or BHT Effluent are used to clean BHT Recovery Units, the wastes from these units may be input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report or managed in accordance with Section 2. Phosphoric Acid Plant Cleaning Procedures (Phosphoric Acid Tank and Equipment Cleaning – BHT Recovery Units) and Section 3. Granulation Plants Cleaning Procedures of the Best Management Practices Plan (BMP).

2. <u>BHT</u>.  Influents to the BHT are limited to the following: (i) wastes generated from the use of SACS, PACS, FSA, FSACS, NHACS, Phosphogypsum Stack System Wastewater, Process Wastewater, and BHT Effluent; (ii) spills and leaks of phosphoric acid, sulfuric acid, and FSA in Containable Impervious Areas; (iii) sulfuric acid for SACS make-up; (iv) spills and leaks per A.3 above; and (v) GHT Effluent. BHT operation is described in Section VI. Compliance Projects, A.2. Project Operations of this Report. BHT Effluent may be input to Upstream Operations or used for cleaning of the BHT Recovery Units and returned to the BHT.  The BHT itself is designated a BHT Recovery Unit, and therefore for wastes generated from cleaning the BHT itself, see B.1 above.

3. <u>Process Upset.</u>  In the event of a process upset that prevents the recovery of cleaning solutions via the BHT, then Mosaic (1) shall not discharge to the

Phosphogypsum Stack System any SACS, PACS, BHT Effluent, FSA, or FSACS used in cleaning those units affected by the process upset; and (2) shall make a RCRA hazardous waste determination of any cleaning wastes generated from BHT Recovery Units and manage such wastes in accordance with RCRA.

C. <u>Wastes generated from Granular Holding Tank (GHT) and GHT Recovery Units</u>.

1. <u>GHT Recovery Units</u>.  Prior to commencement of the GHT, if SACS, PACS, NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater are used to clean GHT Recovery Units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015.  Following commencement of operations of the GHT, if SACS, PACS, NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or GHT Effluent are used to clean GHT Recovery Units, the wastes from these units may be input to the GHT for use in Downstream Operations in accordance with Section VI. Compliance Projects of this Report or managed in accordance with Section 3. Granulation Plants Cleaning Procedures of the BMP.

2. <u>GHT.</u> Influents to the GHT are limited to the following:  (i) Phosphogypsum Stack System Wastewater, Process Wastewater, Non-Hazardous Aqueous Solution, wastes generated from SACS, PACS, and GHT Effluent; (ii) spills and leaks of phosphoric acid, sulfuric acid, SACS, PACS, or GHT Effluent in Containable Impervious Areas; and (iii) spills and leaks of Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS, when these spills and leaks are mixed with phosphoric acid, sulfuric acid,  SACS, PACS, or GHT Effluent.  GHT operation is described in Section VI. Compliance Projects, B. 2. Project Operations of this Report.  If GHT Effluent is not reused or transferred to the BHT in accordance with Section VI. Compliance Projects of this Report, Mosaic shall manage GHT Effluent as described in Section 6. Cleaning Solution System Operation of the BMP.  The GHT itself is designated a GHT Recovery Unit, and therefore for wastes generated from cleaning the GHT itself, see C.1 above.

3. <u>Process Upset.</u> In the event of a process upset that prevents the recovery of cleaning solutions via the GHT, then Mosaic shall make a hazardous waste determination of cleaning wastes generated from those units affected by the process upset and manage them in accordance with RCRA.

D. Wastes generated from Downstream Operations only.

Prior to commencement of the GHT or BHT, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following the commencement of the operation of the GHT and BHT, if the Downstream wastes are not sent to the GHT or BHT for recovery and reuse, Mosaic shall make a hazardous waste determination of such wastes and manage them in accordance with RCRA. Following the commencement of the operation of the GHT and BHT, downstream scrubber effluent shall not be discharged to the Phosphogypsum Stack System.

## II. Background[3]

Mosaic Bartow's primary commercial products are the solid ammoniated phosphate fertilizers: monoammonium phosphate (MAP), diammonium phosphate (DAP), and MicroEssentials® (MES), as well as fluorosilicic acid (FSA). DAP is manufactured in two production trains designated as #3 DAP/MAP and #4 DAP. MAP and MicroEssentials® are produced in #3 DAP/MAP. Ammonia and phosphoric acid are the primary reactants for MAP, DAP, and MicroEssentials® and are consumed in the production of ammoniated fertilizers on-site.

Phosphoric acid is produced by the digestion of phosphate rock with sulfuric acid. Mosaic Bartow manufactures phosphoric acid in one production plant with two distinct reactors on-site. The reaction yields phosphoric acid and phosphogypsum (gypsum). Gypsum is filtered from the phosphoric acid on rotating pan filters, slurried with Process Wastewater in gypsum slurry tanks, and the resultant slurry is pumped to a lined Phosphogypsum Stack (gypstack). Because the production of phosphoric acid is a water-intensive process and water is used throughout the process (e.g., as acid dilution water, in the ball mills, evaporators, condensers and as a pipe and tank cleaning agent), approximately 1.6 billion gallons of Process Wastewater is constantly stored in, and circulating throughout, the facility's Phosphogypsum Stack System.

Mosaic Bartow deposits slurried gypsum in a 60-mil high density polyethylene (HDPE) lined Phosphogypsum Stack located southeast of the facility, south of US Hwy 60. The lined Phosphogypsum Stack operates in conjunction with the existing Phosphogypsum Stack System.

Mosaic Bartow's Phosphogypsum Stack System is partially lined with 100-mil or 80-mil HDPE. Mosaic Bartow operates the Phosphogypsum Stack System under an Industrial Wastewater Facility Permit issued by the Florida Department of Environmental Protection (FDEP).

---

[3] This Background Section is provided solely for informative purposes and is not a definitive or exhaustive description of the Facility or its operations.

## III. First Saleable Products at Mosaic Bartow

The line marking the division between Upstream and Downstream Operations lies at the point of generation of the First Saleable Product. Mosaic Bartow generates three first saleable products used as direct feedstocks to MAP, MicroEssentials® or DAP production:

1) 30% phosphoric acid that is routed to MAP/DAP rather than to further concentration steps
2) 54% clarified phosphoric acid (greater than 1% solids)
3) 54% unclarified phosphoric acid (sludge)

Downstream Operations at Mosaic Bartow are associated with the storage, transport or use of these First Saleable Products in MAP/DAP and MicroEssentials® operations. Intermediary between the production of 30% acid and the production of 54% clarified acid, Mosaic Bartow recovers fluoride vapors to produce Fluorosilicic Acid (FSA) as a First Saleable Product.

## IV. Phosphoric Acid and FSA Production – Phosphoric Acid Plant

Figure 13 identifies Upstream Operations, BHT Recovery Units, Mixed-Use Units, and Grandfathered Units within Mosaic Bartow's Phosphoric Acid Plant.

Mosaic Bartow's Phosphoric Acid Plant has approximately 95% impervious surfaces and approximately 20% of the Plant has 40-mil HDPE liner installed below the concrete. Below-grade concrete trenches and pipelines throughout the Plant convey Process Wastewater from the Plant to the Phosphogypsum Stack System at a flow rate of approximately 50,000 – 60,000 GPM. The main Process Wastewater return ditches within the plant are composed of high performance concrete.

### A.  Standard Acid Flow Configuration

The Phosphoric Acid Plant produces three concentrations of phosphoric acid for use in fertilizer manufacturing: 30% $P_2O_5$, 40% $P_2O_5$, and 54% $P_2O_5$[4,5]. The 30% acid that is not used directly as feedstock to fertilizer manufacturing is further processed to 54% $P_2O_5$ in Upstream Operations. The standard phosphoric acid manufacturing process described below is illustrated in process flow diagram (Figure 2). Deviations from the standard acid flow configuration are necessary on periodic short-term intervals.

Mosaic Bartow produces phosphoric acid in two reactors designated as the Phosphoric acid Reactor V-Train ("Attack Tank V-Train") and the Phosphoric acid Reactor U-Train ("Attack

---

[4] Note that although the terms $P_2O_5$ and phosphoric acid ($H_3PO_4$) are used interchangeably, the concentrations are not interchangeable. Mosaic manufactures phosphoric acid, however, in this document we refer to the concentration of the acid in terms of $P_2O_5$ concentration, rather than phosphoric acid concentration. $P_2O_5$ concentration can be converted to an approximate concentration of phosphoric acid by multiplying by 1.3808. Phosphoric acid is converted to an approximate concentration of $P_2O_5$ by multiplying by 0.7242.

[5] All phosphoric acid concentrations are approximate and fluctuate slightly.

Tank U-Train"). The acid from both reactors mixes at the 30% Clarifier Feed Storage Tank "C" ("30C Tank"- C3T30C) and the 30% Clarifier Feed Storage Tank "D" ("30D Tank"- C3T30D). Prior to mixing at the 30C Tank (C3T30C) and 30D Tank (C3T30D), the acid flows as follows:

Phosphoric acid Reactor V-Train (Upstream Operations): Post-reactor, unclarified 30% acid is pumped to the #1 Filtrate Tank of #3 Filter and then either to the 30C Tank (C3T30C) or the 30D Tank (C3T30D);

Phosphoric acid Reactor U-Train (Upstream Operations): Post-reactor, unclarified 30% acid is pumped to the #1 Filtrate Tank of either #4 or #5 Filter and then either to the 30C Tank (C3T30C) or the 30D Tank (C3T30D);

1) 30% Acid Processed to 30% Clarification (Upstream Operations)

- 30% acid from the 30C Tank (C3T30C) and the 30D Tank (C3T30D) is pumped to either the 30% Clarifier Tank "A" ("31A Clarifier" - C3T31A), 30% Clarifier Tank "B" ("31B Clarifier"- C3T31B), 30% Clarifier Tank "C" ("31C Clarifier"- C3T31C), or 30% Clarifier Tank "D" ("31D Clarifier"- C3T31D);

- Underflow (solids) from the 31A Clarifier (C3T31A), 31B Clarifier (C3T31B), 31C Clarifier (C3T31C), and 31D Clarifier (C3T31D) is pumped to either the 30% Clarifier Sludge Storage Tank "A" ("30A Tank"- C3T30A) or the 30% Clarifier Sludge Storage Tank "B" ("30B Tank"- C3T30B) which are then pumped to the Phosphoric acid Reactor V-Train and Phosphoric acid Reactor U-Train for acid recovery;

- Overflow (clarified acid) from the 31A Clarifier (C3T31A) and 31B Clarifier (C3T31B) is gravity fed to the 30% Acid Clarifier South Overflow Tank A ("32A Tank"- C3T32A) and is pumped either to:
  1. 30% South Acid Tank 33A ("33A Tank" - C3T33A) via either the "32A" pump and transfer line or "32B" pump and transfer line; and/or
  2. 30% North Acid Tank 33B ("33B Tank"- C3T33B) via either the "32A" pump and transfer line or "32B" pump and transfer line;

- Overflow (clarified acid) from the 31C Clarifier (C3T31C) and 31D Clarifier (C3T31D) is gravity fed to the 30% Acid Clarifier North Overflow Tank B ("32B Tank "- C3T32B) and is pumped either to:
  1. 33A Tank (C3T33A) via either the "32C" pump and transfer line or "32D" pump and transfer line; and/or
  2. 33B Tank (C3T33B) via either the "32C" pump and transfer line or "32D" pump and transfer line;

2) Clarified 30% Acid Processed to 40% Clarification (Upstream Operations) or as Feedstock to DAP/MAP (Downstream Operations)

- Clarified 30% acid is pumped from the 33A Tank (C3T33A) and 33B Tank (C3T33B) to the following Upstream Operation:

    1. 1st Stage Evaporators A, B, C, D, and E, where it is concentrated to 40% acid;

and/or to the following Downstream Units (See BHT Recovery Units):
1. #3 DAP 30% Acid Storage ("34A Tank" - D3T34A) via either the "DAP1"
   Transfer pump and line or the "DAP2" Transfer pump and line;
2. #4 DAP 30% Acid Storage ("35A Tank" - D4T35A) via either the "DAP1"
   Transfer pump and line or the "DAP2" Transfer pump and line;
3. #4 DAP 30% Acid Storage ("35B Tank" - D4T35B) via either the "DAP1"
   Transfer pump and line or the "DAP2" Transfer pump and line;

- 40% acid from the 1st Stage Evaporators (A, B, C, D, and E) is pumped to the 40%
  Evaporator Product Storage Tank ("40 Tank"- C4T40) or the 40% Clarified Acid
  Storage Tank ("42 Tank" - C4T42) and then to the 40% Clarifier ("43 Clarifier" -
  C4T43) (Upstream);

- Underflow (solids) from the 43 Clarifier (C4T43) is pumped to either the 30C Tank
  (C3T30C) or 30D Tank (C3T30D) for acid recovery (Upstream);

- Overflow (clarified 40% acid) is pumped from the 43 Clarifier (C4T43) to the 42
  Tank (C4T42) (Upstream) or to the 40% Clarifier Feed Tank (C4T40).

3) <u>40% Acid Processed to 54% Acid (Upstream Operations) or as Feedstock to DAP/MAP
   (Downstream Operations)</u>

- From the 42 Tank (C4T42), 40% acid is pumped to the 2nd Stage Evaporators #1, 2,
  3, 4, 5, 6, and 7 for concentration to 54% acid (Upstream);

- From the 43% Clarifier Feed Tank (40 Tank – C4T40), 40% acid is pumped to the 2nd
  Stage Evaporators (#1, 2, 3, 4, 5, 6 and 7) for concentration to 54% acid (Upstream);

- Concentrated 54% acid is pumped from the evaporators to the 50% Evaporator
  Product Tank ("50 Tank"- C5T50T) (Mixed Use) or to the 54% Clarifier (52 Tank -
  C5T52) (Mixed-Use);

- Unclarified 54% acid is pumped from the 50 Tank (C5T50T) to the 54% Clarifier
  ("52 Clarifier" - C5T52) (Mixed-Use);

- Underflow (solids) from the 52 Clarifier (C5T52) is pumped:
  1. via the "53C" Transfer Line to #3 DAP/MAP 50% Acid Storage 54A Tank
     ("54A Tank"- D3T54A) or #3 DAP/MAP 50% Acid Storage 54B Tank ("54B
     Tank"- D3T54B) for use in MAP production (Downstream); and/or
  2. to the 30C Tank (C3T30C) or 30D Tank (C3T30D) for acid recovery
     (Upstream);

- Overflow (clarified 54% acid) from the 52 Clarifier (C5T52) (Mixed-Use) gravity
  flows to the "53 Tank" -C5T53 (BHT Recovery Unit);

- 54% acid from the 53 Tank (C5T53) is transferred to the following Downstream Tanks (see BHT Recovery Units):
  1. either #4 DAP 55A Tank (D4T55A) or #4 DAP 55B Tank (D4T55B) via "53A" or "53B" transfer line; and/or
  2. either #3 DAP 54A Tank (D3T54A) or # 3 DAP 54B Tank (D3T54B) via "53C" or "53B" transfer line.

4) <u>54% Acid Transfer between Mosaic Facilities (BHT Recovery Units)</u>

Bartow has the capability of importing and exporting phosphoric acid from or to the #4 DAP 55A Tank (D4T55A) or # 4 DAP 55B Tank (D4T55B) in Granulation.

54% acid imported to the Bartow facility arrives at the Trucking Station (Figure 4) and is transferred via the North or South Truck Unloading Pumps to #4 DAP 55A Tank (D4T55A) or #4 DAP 55B Tank (D4T55B) located in the #4 DAP tank farm area for further consumption in the granulation plants.

## B. *Alternative to Standard Acid Flow Configuration*

Note: Mosaic Bartow has the capability to route around all clarifier feed tanks, clarifiers, and storage tanks within the phosphoric acid process on a temporary basis, with the exception of the following Upstream Units:

- Phosphoric acid Reactor V-Train
- Phosphoric acid Reactor U-Train
- Filters
- Gypsum Slurry Tanks
- 1st Stage Evaporators A, B, C, D, or E
- 2nd Stage Evaporators # 1, 2, 3, 4, 5, 6, or 7

## C. *Phosphoric Acid Transfer to Downstream Operations*

### 1) <u>*Acid Transfer between #4 DAP and Truck Loading/Unloading (BHT Recovery Units)*</u>

Mosaic Bartow has one primary transfer line, Tank Loading Line that serves to transport 54% acid from either the 55A Tank (D4T55A) or 55B Tank (D4T55B) to Truck Loading. The locations of the transfer lines are illustrated in Figure 3. The estimated line lengths and cleaning frequencies are listed in Table 2.

Mosaic Bartow has two primary transfer lines, the North and South Truck Unloading Lines, that serve to transport 54% acid from Truck Unloading to 55A Tank (D4T55A) or 55B Tank (D4T55B). The locations of the transfer lines are illustrated in Figure 4. The estimated line lengths and cleaning frequencies are listed in Table 2.

**2)** ***Acid Transfer between the Phosphoric Acid Plant and #3 DAP/MAP (BHT Recovery Units)***

Mosaic Bartow has two primary transfer lines that serve to transport 30% phosphoric acid between the Phosphoric Acid Plant and #3 DAP/MAP. The "DAP1" and "DAP2" transfer lines transport 30% acid from either the 33A Tank (C3T33A) or 33B Tank (C3T33B) to the 34A Tank (D3T34A) or 54B Tank (D3T54B).

Mosaic Bartow has two primary transfer lines that serve to transport 54% phosphoric acid between the Phosphoric Acid Plant and #3 DAP/MAP:

1. The "53C" Transfer Line transports sludge (underflow) from the 54% clarifier (C5T52) or clarified 54% acid from the 53 Tank ((C5T53) to either the 54A Tank (D3T54A) or 54B Tank (D3T54B).
2. The "53B" Transfer Line transports clarified 54% acid from the 53 Tank (C5T53) to either the 54A Tank (D3T54A) or 54B Tank (D3T54B).

The locations of the transfer lines are illustrated in Figure 6. The estimated line lengths and cleaning frequencies are listed in Table 4.

**3)** ***Acid Transfer between the Phosphoric Acid Plant and #4 DAP (BHT Recovery Units)***

Mosaic Bartow has two primary transfer lines that serve to transport 30% phosphoric acid between the Phosphoric Acid Plant and #4 DAP. The "DAP1" and "DAP2" transfer lines transport 30% acid from either the 33A Tank (C3T33A) or 33B Tank (C3T33B) to either the 35A Tank (D4T35A) or 35B Tank (D4T35B).

Mosaic Bartow has two primary transfer lines that serve to transport 54% phosphoric acid between the Phosphoric Acid Plant and #4 DAP. The "53A" Transfer Line and "53B" Transfer Line transport clarified 54% acid from the 53 Tank (C5T53) or the 50 Tank (C5T50T) to either the 55A Tank (D4T55A) or 55B Tank (D4T55B).

The locations of the transfer lines are illustrated in Figure 7. The estimated line lengths and cleaning frequencies are listed in Table 5.

## D. Fluorosilicic Acid (FSA) Standard Process Configuration

Mosaic Bartow recovers fluoride vapors from Second Stage Evaporator # 5. The recovery of fluoride vapors produces FSA. A generic depiction of the FSA production process is illustrated in Diagram 1.

The Second Stage Evaporator #5 has a FSA production unit, also called a "Swift Tower," integrated with a barometric condenser. The Swift Tower receives gas emitted from the concentration of 43% P2O5 to 54% P2O5 through evaporation. The gas is condensed in the Swift Tower and the liquid is continuously recirculated through a seal tank and back through the Swift Tower to maintain the seal and operation of the FSA Swift Tower.

FSA is not always produced. When FSA is not being produced for sale or for use as a cleaning solution, the gases pass through the Swift Tower to the barometric condenser, there is no recirculation of FSA through the Swift Tower, and therefore FSA is not produced. Even when FSA is not being produced, the FSA Seal Tank remains an essential part of the Phosphoric Acid Evaporator by sealing the Swift Tower downleg.

When FSA is being produced for sale or for use as a cleaning solution, recirculated liquid will continue to absorb fluoride vapors until the desired strength of FSA is obtained. FSA for sale is a solution of approximately 23-26% strength and specific gravity of 1.20 -1.23.

Once the FSA reaches the desired strength for sale, a slip stream from the recirculation line between the FSA Seal Tank and FSA Swift Tower is sent to the FSA Day Tank (C4T81). In the FSA Day Tank (C4T81), the solution is isolated and tested for meeting customer specifications. Solutions meeting customer specifications in the FSA Day Tank (C4T81) are transferred to the FSA Storage Tank (C4T80) and sold to customers off-site.

If the solution does not meet the minimum customer specifications, within 90 days of that determination, the contents from the FSA Day Tank (C4T81) must be:

1. Returned to the 42 Tank (C4T42) for reprocessing and recovery of acid value when FSA is being produced for sale and/or internal consumption; or
2. Returned to the 40% Clarifier Feed Tank (C4T40) for reprocessing and recovery of acid value when FSA is being produced for sale and/or internal consumption; or
3. Sent to the Phosphoric acid reactors for reprocessing and recovery of acid values, or;
4. Discharged to the Phosphogypsum Stack System, if in compliance with the land disposal restriction (LDR) standards set forth in 40 C.F.R. Part 268, Subpart D, or;
5. Following commencement of operation of the BHT:
   a. Sent to the Big Holding Tank, as described in Section VI (Compliance Projects) of this Report, for reprocessing and recovery of acid values; or
   b. Used as FSACS and then sent to the Big Holding Tank, as described in Section VI (Compliance Projects) of this Report, for reprocessing and recovery of acid values.

Because sampling cannot take place instantaneously, it may be also necessary at times for FSA, including FSA that does not meet minimum customer specifications, to enter the FSA Storage Tank (C4T80) before sampling results are obtained and/or a customer for this FSA is found. If Mosaic fails to find a customer for the contents of the FSA Storage Tank (C4T80) within ninety (90) days, the contents shall be handled in compliance with the RCRA Subtitle C program.

At any given time prior to the 90 day storage limit, the contents of the FSA Storage Tank (C4T80) may be:

1. Returned to the 42 Tank (C4T42) for reprocessing and recovery of acid value when FSA is being recovered for sale and/or internal consumption; or
2. Returned to the 40% Clarifier Feed Tank (C4T40) for reprocessing and recovery of acid value when FSA is being recovered for sale and/or internal consumption; or
3. Sent to the Phosphoric acid reactors for reprocessing and recovery of acid values; or
4. Discharged to the Phosphogypsum Stack System, if in compliance with the land disposal restriction (LDR) standards set forth in 40 C.F.R. Part 268, Subpart D; or
5. Following commencement of operations of the BHT:
   a. Sent to the Big Holding Tank as described in Section VI (Compliance Projects) of this Report, for reprocessing and recovery of acid values, or,
   b. Used as FSACS and then sent to the Big Holding Tank, as described in Section VI (Compliance Projects) of this Report for reprocessing and recovery of acid values.

Prior to commencement of operations of the BHT, FSA produced for use as a cleaning solution may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following commencement of operations of the BHT, FSA produced for use as a cleaning solution may be used and then must be sent to the Big Holding Tank, as described in Section VI (Compliance Projects) of this Report, for reprocessing and recovery of acid values.

Mosaic Bartow has one primary transfer line, FSA Shipping Line that serves to transport FSA between the FSA Storage Tank and Truck Loading. The location of the transfer line is illustrated in Figure 5. The line designation and cleaning frequency is listed in Table 3.

**Diagram 1: General diagram of fluorosilicic acid production.**

Typical Single Stage Phosphoric Acid Evaporator System with FSA Recovery



### E. Ammoniated Process Wastewater Transfer (BHT Recovery Units)

Bartow uses ammonia to pH adjust Process Wastewater before it is sent to the rock grinding circuit. The neutralization process happens in the Pond Water Neutralization Tank located within the footprint of the #3 DAP/MAP (Figure 8). The pH-adjusted Process Wastewater is then sent to the rock grinding area for the processing of phosphate rock and $P_2O_5$ recovery from Process Wastewater.

# V. Configuration Equipment Designations

## A. Phosphoric Acid Plant and FSA

Figure 13 depicts Upstream Units, Mixed-Use Units, BHT Recovery Units, and Grandfathered Units.

### 1. Upstream Operations

The following processes, tanks, and associated equipment used in the production, concentration, transport, and storage of 30% and 40% phosphoric acid, and the concentration of 40% phosphoric acid to 54% phosphoric acid, serve only Upstream Operations:

1) Phosphoric acid reactor V-Train and Phosphoric acid reactor U-Train through filtration, recovery, and storage of 30% acid when the acid is not diverted to #3 DAP/MAP or #4 DAP. This includes #3, 4, 5 filters, #3, 4, 5 filters' filtrate tanks and gypsum slurry tanks;
2) Clarification and storage of the 30% acid:
   a. 30% Clarifier Sludge Storage Tank "A" (C3T30A),
   b. 30% Clarifier Sludge Storage Tank "B" (C3T30B),
   c. 30% Clarifier Feed Storage Tank "C" (C3T30C),
   d. 30% Clarifier Feed Storage Tank "D" (C3T30D),
   e. 30% Clarifier Tank "A" (C3T31A),
   f. 30% Clarifier Tank "B" (C3T31B),
   g. 30% Clarifier Tank "C" (C3T31C),
   h. 30% Clarifier Tank "D" (C3T31D),
   i. 30% Acid Clarifier South Overflow Tank A (C3T32A),
   j. 30% Acid Clarifier North Overflow Tank B (C3T32B),
3) Concentration of 30% acid to 40% acid:
   a. 1st Stage Evaporators – A, B, C, D, and E,
4) Clarification and storage of 40% acid:
   a. 40% Clarifier (C4T43)
5) Concentration of 40% acid to 54% acid:
   a. 2nd Stage Evaporators #1, 2, 3, 4, 5, 6, and 7

APCDs

All scrubbers within the Phosphoric Acid Plant use once-thru Process Wastewater to scrub vapors from specific units within the phosphoric acid process.
   a. #4 Fume Scrubber evacuates fumes from:
      i. #4 Acid Attack Tank
      ii. #4 Flash Cooler Condensers seal tank
      iii. #4 Vacuum Filter fume hood and the filtrate tank

   b. 43 Fume Scrubber evacuates fumes from the following:
      i. 40% Clarifier (C4T43)

*2. Mixed-Use Units*

The following tanks with associated equipment in the Phosphoric Acid Plant are Mixed-Use Units.

Phosphoric Acid Tanks

The following tanks identified as Mixed-Use Units in the Phosphoric Acid Plant serve Upstream Operations but also serve as storage for feedstock to Downstream Operations:
   a. 30% South Acid Tank 33A (C3T33A) – feeds DAP/MAP (Downstream) and 1st Stage Evaporators (A, B, C, D, E) (Upstream);

    b.  30% North Acid Tank 33B (C3T33B) – feeds DAP/MAP (Downstream) and 1st Stage Evaporators (A, B, C, D, E) (Upstream);

    c.  54% Clarifier (C5T52) – feeds sludge to DAP/MAP (Downstream) and the 30% Acid Clarifier Feed Tanks 30C (Upstream, C3T30C) and 30D (Upstream, C3T30D); overflow to the 50% Acid Feed Tank (Grandfathered, 0023);

    d.  40% Clarifier (C4T43) – feeds 40% Clarified Acid Storage Tank (C4T42), 30% Clarifier Feed Storage Tank "C" (C3T30C) and 30% Clarifier Feed Storage Tank "D" (C3T30D) during normal operation.  If 40% Acid Storage Tank (C4T42) is out of service, then it feeds evaporators (Upstream) and receives FSA from either FSA Storage Tank (BHT Recovery Unit, C4T80) or FSA Day Tank (BHT Recovery Unit, C4T81) when C4T40 is out of service.

    e.  40% Clarified Acid Storage Tank (C4T42) – feeds evaporators (Upstream) and receives FSA from either FSA Storage Tank (BHT Recovery Unit, C4T80) or FSA Day Tank (BHT Recovery Unit, C4T81).f.   40%  Clarifier Feed Tank (C4T40) – feeds 43 clarifier and the second stage evaporators (Upstream). 50 Tank (C5T50T) – feeds the 52 clarifier (C5T52) (Mixed Use) and the DAP/MAP Plants (Downstream).

Transfer Lines

  None

APCDs

    a.  #3 Fume Scrubber evacuates fumes from:
        i.    2nd Stage Evaporator Feed Tank (C4T42)
        ii.   #3 Vacuum Filter fume hood and filtrate seal tank
        iii.  FSA Storage Tank (C4T80)
        iv.  FSA Day Tank (C4T81)

    b.  #5 Fume Scrubber evacuates fumes from:
        i.    #5 Acid Attack Tank
        ii.   #5 Flash Cooler Condensers seal tank
        iii.  1st Stage Evaporator Feed Tanks (C3T33A and C3T33B)

        iv.  #5 Filter fume hood and filtrate seal tank

(Note #3 and #5 Scrubbers are tied together and share the evacuation of all the equipment listed above in items a. and b.)

    c.  50% Fume Scrubber evacuates fumes from:
        i.    50 Tank (C5T50T)
        ii.   51 Tank (C5T51) (out of service)
        iii.  52 Clarifier (C5T52)
        iv.  53 Tank (C5T53)

*3. BHT Recovery Units*

The following tanks and acid transfer lines are identified as BHT Recovery Units located within the Phosphoric Acid Plant and serve as storage or transport for feedstocks to Downstream Operations. Section V. Configuration Equipment Designations B. Granulation Plants lists the BHT Recovery Units located within the Granulation Plants.

BHT Recovery Units are part of Downstream Operations. Wastes from BHT Recovery Units are recovered into Upstream Operations as designated in this Report or to the BHT itself as described in Section VI (Compliance Projects 1 and 2) of this Report.

The BHTs that Mosaic will install in accordance with Section VI (Compliance Projects) below are also BHT Recovery Units.

Phosphoric Acid Tanks

    a.  50% Acid Feed Tank (C5T53)

5% Sulfuric Acid Wash Tank (SACS make-up)
    a.  5% sulfuric acid wash Tank (PST400)

Transfer Lines

    a.  Tank Loading Line (54% acid transfer from either 55A Tank (D4T55A) or 55B Tank (D4T55B) to Truck Loading (Table 2/ Figure 3);

    b.  North Truck Unloading Pump 54% acid transfer from Truck to 55A Tank (D4T55A) or 55B Tank (D4T55B). (Table 2/ Figure 4);

    c.  South Truck Unloading Pump 54% acid transfer from Truck to 55A Tank (D4T55A) or 55B Tank (D4T55B). (Table 2/ Figure 4);

    d.  "DAP1" transfer line transfers 30% acid from the 33A Tank (C3T33A) and 33B Tank (C3T33B) to the 34A Tank (D3T34A) located in #3 DAP/MAP (Table 4/Figure 6) and 35A (D4T35A) or 35B (D4T35B) Tanks located in #4 DAP (Table 5/Figure 7);

    e.  "DAP2" transfer line transfers 30% acid from the 33A Tank (C3T33A) and 33B Tank (C3T33B) to the 34A Tank (D4T34A) located in #3 DAP/MAP (Table 4/Figure 6) and 35A (D4T35A) or 35B (D4T35B) Tanks, located in #4 DAP (Table 5/Figure 7);

    f.  "53A" transfer line transfers 54% acid from the 53 Tank (C5T53) or the 50 Tank (C5T50T) to the 55A Tank (D4T55A) or 55B Tank (D4T55B) at #4 DAP (Table 5/Figure 7);

    g.  "53B" transfer line transfers 54% acid from the 53 Tank (C5T53) or the 50 Tank (C5T50T) to the 55A Tank (D4T55A) or 55B Tank (D4T55B) at #4 DAP (Table 5/Figure 7) or 54A Tank (D3T54A) or 54B Tank (D3T54B) at #3 DAP/MAP (Table 4/Figure 6);

h. "53C" transfer line transfers 54% acid from the 53 Tank (C5T53) or the 50 Tank (C5T50T) to the 54A Tank (D3T54A) or 54B Tank (D3T54B) at #3 DAP/MAP or unclarified (sludge) 54% acid from the 54% clarifier (C5T52) the 54A Tank (D3T54A) or 54B Tank (D3T54B) at #3 DAP/MAP (Table 4/Figure 6).

<u>FSA Tanks and Transfer Lines</u>

    a. FSA Storage Tank (C4T80);
    b. FSA Day Tank ("81 Tank" – C4T81);
    c. FSA Transfer Line from FSA Day Tank (C4T81) to FSA Storage Tank (C4T80);
    d. FSA Shipping Line from FSA Storage Tank ("Tank 80" – C4T80) to Truck Loading (Table 3/ Figure 5).

<u>Pond Water Neutralization Tank and Transfer Line</u>
- Pond Water Neutralization Tank (Figure 8)
- Pond water neutralization line (Table 6/Figure 8)

## 4. Grandfathered Units

The following units serve Downstream Operations but are not feasibly segregated from Upstream Operations. The wastes from these units may be managed with wastes from Upstream Operations.

<u>FSA Tanks and Transfer Lines</u>

    a. FSA Swift Towers
    b. FSA Scrubber Seal Tank ("FSA Recirculating Tank" - E5T401)

<u>APCDs</u>
   None

<u>Transfer Lines</u>
   None

## B. Granulation Plants

Mosaic Bartow's granulation process consists of two basic parts: (1) the wet side (e.g., reactor, acid scrubber system); and (2) the dry side (e.g., granulator, dryer).

In addition, Mosaic Bartow operates a re-slurry system that recovers product that is wet and cannot be recovered through the dry side's reclaim system; instead, Mosaic mixes the product

in a re-slurry tank with 30% acid, and/or fresh water as a batch process. This slurry is then fed back into the acid scrubber system for recovery.

MAP, DAP and MES manufacturing operations are Downstream Operations; however, the units that are listed below are Recovery Units and are identified within the perimeters shown in Figure 11: Containable Impervious Areas in Granulation.

The following equipment in the Granulation Plant are BHT Recovery Units. Wastes from BHT Recovery Units may be recovered into Upstream Operations as designated in this Facility Report or to the BHT itself as described in Section VI (Compliance Projects 1 and 2) of this Report and Sections 3 and 6 of the BMP:

    a.  #3 DAP/MAP 30% Acid Storage 34A Tank (D3T34A)
    b.  #3 DAP/MAP 50% Acid Storage 54ATank (D3T54A)
    c.  #3 DAP/MAP 50% Acid Storage 54B Tank (D3T54B)
    d.  #4 DAP 30% Acid Storage 35A Tank (D4T35A)
    e.  #4 DAP  30% Acid Storage 35B Tank (D4T35B)
    f.   #4 DAP 50% Acid Storage 55A Tank (D4T55A)
    g.   #4 DAP 50% Acid Storage 55B Tank (D4T55B)

The following equipment in the Granulation Plant are GHT Recovery Units. Wastes from GHT Recovery Units may be recovered into the granulation process as designated in this Facility Report or to the GHT itself as described in Section VI (Compliance Projects 3, 4 and 5) and Sections 3 and 6 of the BMP:

    a.  Granulation re-slurry system;
    b.  Granulation acid scrubbers;
    c.  Granulation reactor;
    d.  Granulator;
    e.  Dryer;
    f.  Cooler;
    g.  Elevators;
    h.  Screen and milling equipment;
    i.  Granulation tailgas scrubbers;
    j.  Acid transfer lines from the Phosphoric Acid storage tanks to the Granulation plant.

APCDs

All scrubbers in #3 DAP/MAP and #4 DAP are GHT Recovery Units. If the tailgas scrubbers' effluent is non-hazardous, it is sent to a dedicated DAP pond.

# VI. Compliance Projects

The projects described below are not all the projects in Appendix 6 (Compliance Schedule) to the Consent Decree but are the projects that are recovery related – the BHT, GHT and reslurry systems. Timeframes for completion of the projects are found in Appendix 6 (Compliance Schedule) to the Consent Decree.

Projects 1 and 2 comprise a plan that will enable Mosaic Bartow to clean Upstream, Mixed-Use, Grandfathered, and BHT Recovery Units and recover value from the wastes as described below.

Projects 3, 4, and 5 are projects related to the Downstream Operations in Granulation and recovery of material in the granulation process.

## A. BHT and Cleaning Solution Return Piping Projects

### 1. Project Descriptions

#### Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant

The Big Holding Tank and wash solution system (together designated the "BHT system") project in the Phosphoric Acid Plant shall install new tank(s) piping, and controls to enable Mosaic to recover the value of wastes, as specified in Section VI.A.2 (Project Operations) below.

Mosaic will refurbish Reuse Water Tank (Figure 13) to serve as an interchangeable backup tank for the BHT system, which may be used in services other than BHT when not operating as a BHT (which other use shall not alter or nullify the status of the backup tank as a BHT Recovery Unit or preclude its use as a part of Upstream Operations, if appropriate). The backup tank will be used during cleaning and/or maintenance of the BHT tank. Cleaning waste from the BHT backup tank will be handled in the same way as the cleaning waste from the BHT itself as described in Section 2. Phosphoric Acid Plant Cleaning Procedures of the BMP.

In addition, new or upgraded pumps, motors, small pump tanks, and instrumentation may be needed to ensure the return to the BHT cleaning wastes and spills and leaks of: (1) phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS, or BHT Effluent; or (2) NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater when mixed with any of the preceding solutions due to spills, leaks, or cleaning of leaks and spills. Project 1 necessarily coincides with Project 2 below.

Project 2: Cleaning Solution Return Piping

Mosaic will install new piping to enable Mosaic to: (1) clean phosphoric acid transfer lines from the Phosphoric Acid Plant to the #3 DAP/MAP and #4 DAP Granulation Plants and return those cleaning wastes to the BHT; (2) clean BHT Recovery Units located in the Granulation Plants and return those wastes to the BHT; and (3) clean FSA system and return wastes to the BHT.

*2. Project Operations*

The wash solution system will be comprised of the BHT and the SACS make up tank(s), along with pumps and piping to supply cleaning solution to units that are part of Upstream Operations or are identified as Mixed-Use, Grandfathered, or BHT Recovery Units.

Phosphogypsum Stack System Wastewater, Process Wastewater, fresh water, condensate or other water sources will be mixed with sulfuric acid, FSA, phosphoric acid or BHT Effluent in the SACS make up tank(s) or BHT. The equipment and lines that are part of Upstream Operations or are identified as Mixed-Use, Grandfathered, or BHT Recovery Units may be washed with SACS either from the BHT or the SACS wash make up tank and the solutions may be returned to the BHT.

In addition, the BHT will enable Mosaic to recover the value of wastes generated from the use of SACS, FSA, FSACS, PACS, Non-Hazardous Aqueous Cleaning Solution, Process Wastewater, Phosphogypsum Stack System Wastewater, BHT Effluent from pipes, tanks, process equipment, or other storage or transport units that: (i) are part of Upstream Operations, (ii) serve to manage, store, or transport Bevill-Exempt Wastes; or (iii) are identified as Mixed-Use, Grandfathered Units, or BHT Recovery Units in this Report. In accordance with the BMP, the BHT will also enable Mosaic to recover spills and leaks in Containable Impervious Areas described in Section VII (Containment of Phosphoric Acid Product Leaks and Spills) of this Report. The BHT may also receive transfers from the GHT in accordance with Section VI. B.2. Project Operations.

The BHT shall in turn return the recoverable streams into Upstream Operations where their values are recovered or managed through the following: (See Figure 1: BHT Inputs and Effluents)

    a.  as an intermediate wash on the filter, prior to the final cake wash, to inhibit scale formation. This wash ultimately circulates back to the reactor (attack tank); and/or

    b.  as direct make up to the phosphoric acid reactors; and/or

    c.  neutralized in the Pond Water Neutralization System (see Section IV.E Ammoniated Process Wastewater Transfer (BHT Recovery Units)) above and then added to the rock grinding circuit where it will ultimately end up in the slurry fed into the phosphoric acid reactors; and/or

    d.   discharged to the Phosphogypsum Stack System, if in compliance with the LDR standards set forth in 40 C.F.R. Part 268, Subpart D; and/or

    e.   if the $P_2O_5$ content is at least 8% the BHT Effluent may be placed in the evaporator feed tanks for $P_2O_5$ recovery.

**Figure 1.  BHT Inputs and Effluents[6]**



---

[6] This Figure is a simplification of the management requirements for BHT inputs and effluents.  Nothing in this Figure substitutes for or overrides the narrative descriptions in this Report.

**Figure 2.  BHT Inputs and Effluents**



\* Spills and Leaks include: P2O5, H2SO4, FSA and mixtures of the preceding with Process
Wastewater, Phosphogypsum Stack Water and NHACS

## B.  GHT Related Projects

### 1.  Project Descriptions

#### Project 3: Granulation Plant Re-Slurry System (#3 DAP[7])

Mosaic will install product recovery tank, hopper, piping, steam feed, valves, agitator, and pumps to recover wet fertilizer product.  The resulting slurry will be fed to the acid scrubber system for consumption in the granulation process.

#### Project 4: Granular Holding Tank and Wash Solution System in the Granulation Plant

Mosaic will install two Granular Holding Tank (GHT)[8] systems- one in #3 DAP/MAP plant and the other in #4 DAP plant.  The GHT plus piping, pumps, and instrumentation (together the "GHT system") will transport and recirculate wash solution between GHT Recovery Units and the GHT and consume the wash solution in the granulation plants (#3 DAP/MAP and #4 DAP) as specified in Section VI.B.2 below.

#### Project 5: Upgrade Granulation Plants' Pads and Sumps

Mosaic will modify or install, as needed, containment pads and sumps in each granulation plant to improve the capture of spills, leaks, and cleaning solutions so materials may be returned to the granulation process via the GHT.  This will include the #3 DAP/MAP Tank Farm and the #4 DAP Tank Farm as identified in this Report.

### 2.  Project Operations

---

[7] DAP4 already has an operational re-slurry system.

[8] Although Mosaic plans to install more than one GHT, for simplicity this Report will use the singular "GHT" to describe any and all GHTs that will be installed at Mosaic's Bartow facility.

The GHT system will enable Mosaic to recover the value of wastes generated from the use of SACS, PACS, Non-Hazardous Aqueous Cleaning Solution, Process Wastewater, Phosphogypsum Stack System Wastewater, or GHT Effluent from pipes, tanks, process equipment, or other storage or transport units identified as GHT Recovery Units or manage those wastes as described in Section 3. Granulation Plants Cleaning Procedures of the BMP. In accordance with the BMP, the GHT will also enable Mosaic to recover spills and leaks in Containable Impervious Areas described in Section VII of this report.

A. The GHT shall in turn reuse or recover the recoverable streams as follows:

    a. consumed in the acid scrubber system for consumption in the granulation process; and/or

    b. consumed directly into the granulation reactor; and/or

    c. added to the re-slurry system; and/or

    d. recirculated to clean GHT Recovery Units.

B. In GHT cleaning situations identified in Section 3 Granulation Plants Cleaning Procedures - GHT Recovery Units, of the BMP, Mosaic may transfer the contents of the GHT to the BHT if they are RCRA non-hazardous. If the contents of the GHT are hazardous only for the RCRA corrosivity characteristic (pH $\leq$ 2), Mosaic may transfer the contents to the BHT no more than two times per calendar year. The GHT shall then be washed with a cleaning solution (SACS, PACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS). If the wash solution is hazardous only for RCRA corrosivity (pH $\leq$2), it may be transferred to the BHT not more than two times per calendar year. If the solution is non-hazardous, it can be transferred to the BHT or sent to the Phosphogypsum Stack System.

C. In addition to GHT cleaning situations in B, in non-routine situations (such as mechanical failure in the Granulation Plant, unexpected plant outages, electrical power failures, hurricanes or similar weather events or unexpected problems during startups) and if the GHT is (or imminently will be) at or above 90% (full), Mosaic may transfer GHT Effluent if non-hazardous or hazardous only for the RCRA corrosivity characteristic (pH $\leq$ 2) to the BHT, in order to create additional capacity in the GHT, until the GHT's capacity is at 50%, provided that Mosaic:

    i) Manages use of the GHT to BHT transfer line by locking the valve on the transfer line or a system interlock requiring a code to activate;

    ii) Obtains approval from its area manager to make the transfer; and

    iii) Includes information on each transfer in its reports to the EPA and FDEP as required in Paragraph 41 of the CD.

If Mosaic chooses not to reuse or recover the GHT Effluent as described above, the GHT Effluent must instead be managed in accordance with RCRA.

**Figure 3: GHT Inputs and Effluents**



* Spills and Leaks include: P2O5, H2SO4 and mixtures of the proceeding with Process Wastewater, Phosphogypsum Stack Water and NHACS

# VII. Containment of Phosphoric Acid Product Spills and Leaks

Any impervious[9] manufacturing or storage areas not identified in this section as Containable Impervious Areas are considered to be Non-Segregable Areas.

## *Non-Segregable Areas*

Approximately 20% of Mosaic Bartow's Phosphoric Acid Plant's impervious surfaces have 40-mil HDPE liner installed beneath them. In several areas, the concrete pad is sloped towards concrete-lined trenches (denoted by orange lines in Figure 10) that transport any leaks and spills to the Phosphogypsum Stack System. Process Wastewater flows through the trenches at a rate of approximately 50,000 – 60,000 GPM to the Phosphogypsum Stack system. Due to the engineered slope of the concrete pad in these areas and the configuration of the Phosphoric Acid Plant, small spills and leaks of phosphoric acid, sulfuric acid, and FSA onto the concrete pad cannot be segregated ("non-segregable areas") and are mixed in the trenches with the Process Wastewater flowing to the Phosphogypsum Stack system and managed pursuant to Appendix 5, BMP. Mosaic may manage small spills and leaks of phosphoric acid, sulfuric acid, and FSA within the concrete areas of the Phosphoric Acid plant (delineated by redlines in Figure 10) in accordance with the BMP.

---

[9] Note, the use of the term "impervious" in this section does not refer to a particular definition of impervious or a particular leakage rate, but instead is used to mean a surface barrier to penetration, such as concrete, liners, steel, epoxy, etc. The term impervious in this section does not include gravel or soil.

### *Containable Impervious Areas*

1) 50% Clarifier Containment Area
2) 43 Clarifier Area
3) FSA Loadout Area
4) 40% and FSA Containment Area
5) 33 Containment Area
6) 30% Storage and Clarification Area
7) #3 DAP Tank Farm Containment Area
8) #4 DAP Tank Farm
9) #4 DAP Return Ditch
10) #3 DAP/MAP Plant
11) #4 DAP Plant

Spills and leaks of phosphoric acid, sulfuric acid, FSA, PACS, SACS, and FSACS onto impervious areas, designated by yellow lines in Figure 10: Containable Impervious Areas at Phosphoric Acid Plant and Figure 11: Containable Impervious Areas in Granulation, ("containable impervious areas") shall be separately contained and then recovered in accordance with the BMP. The foregoing shall not relieve Mosaic of its obligations under any applicable law.

### *Other Areas*

Any leak or spill of a hazardous material, including phosphoric acid and sulfuric acid, that is not contained within the Containable Impervious Areas or Non-Segregable Areas of the plant shall be managed in accordance with the BMP. The foregoing shall not relieve Mosaic of its obligations under any applicable law.

## VIII. Process Water (Wastewater) Treatment Plant (Reverse Osmosis Plant)

Mosaic has installed a reverse osmosis plant at the Bartow facility to reduce Process Wastewater inventory (Diagram 1: Reverse Osmosis Unit Block Flow). The system consumes Process Wastewater and produces a permeate water of sufficient quality to be either discharged through a National Pollutant Discharge Elimination System (NPDES) permitted outfall or used as a fresh water source for the facility. The reject water, concentrated Process Wastewater, is returned to the Phosphogypsum Stack System.

The reverse osmosis plant has several stages of treatment to produce the final permeate. A description of these stages follows.

1) <u>First Stage</u>: Process Wastewater is pumped to any of five Ultra Filtration (UF) trains. UF concentrate flows to the Phosphogypsum Stack System. UF permeate feeds the UF permeate tank (T20.001) or is used to back flush UF membranes and is returned to the Phosphogypsum Stack System.

2) <u>Second Stage</u>: 1st Stage permeate from the 1st Stage permeate tank (T20.001) is pumped to any of five 2nd Stage trains. 2nd Stage concentrate flows to the Phosphogypsum Stack System. 2nd Stage permeate feeds the 2nd Stage permeate tank (T30.001).

3) <u>Third Stage</u>: 2nd Stage permeate from the 2nd Stage permeate tank (T30.001) is pumped to any of five 3rd Stage trains. 3rd Stage concentrate flows to either the Phosphogypsum Stack System or the 1st Stage permeate tank (T20.001). 3rd Stage permeate feeds the 3rd Stage permeate tank (T40.001).

4) <u>Fourth Stage</u>: 3rd Stage permeate from the 3rd Stage permeate tank (T40.001) is pumped to any of five 4th Stage trains. 4th Stage concentrate flows to the Clean in Place (CIP) water tank (T70.001). 4th Stage permeate flows primarily to the product water tank (T50.001). 4th Stage permeate is pumped from the product water tank (T50.001) to the main gate or returned to the plant to offset fresh water. 4th Stage permeate feeds a minimal amount to the caustic dilution tank (T92.002). 4th Stage permeate is tested online for pH and conductivity. If 4th Stage permeate is out of spec, it is recycled or diverted to the rainwater collection tank (T06.200) so it can be pH adjusted, if needed then released to the Phosphogypsum Stack System.

<u>Cleaning Solutions</u>: Acid and caustic cleaning solutions are circulated through each of the units as needed to CIP. Acid cleaning solution is also back flushed through the first stage membranes for Enhanced Back Flush (EBF). The sulfuric acid solution concentration is typically 1% or less. After circulation the solutions are drained to the spent CIP neutralization tank (T06.100), where the pH is adjusted (>2.0 or <12.5) before being released to the Phosphogypsum Stack System.

Wastes generated from Mosaic Bartow's reverse osmosis plant shall be managed pursuant to Paragraph 18(a) of the Consent Decree. Mosaic may change the manner in which Mosaic's Bartow reverse osmosis plant operates without requiring prior approval by FDEP or EPA, provided that Mosaic (i) continues to manage such wastes pursuant to Paragraph 18(a) of the Consent Decree; and (ii) notifies FDEP or EPA of such changes within 90 Days of implementing such changes. In any event, cleaning solutions and filters must be managed in accordance with RCRA.

## Diagram 1: Reverse Osmosis Unit Block Flow[10]



Concentration and flow rates are approximate and depend on operating conditions:

---

[10] The concentration and the flow rates are approximate.

# IX. Proposed Phosphoric Acid Production-Related Operations

Mosaic has advised EPA and FDEP that it is considering one or more of the following projects at its Bartow facility, but planning has not evolved to where detailed information is available.

Figure 13 depicts Upstream, Mixed-Use, BHT Recovery Units and Grandfathered units.  In the event that Mosaic reconfigures its Facility in accordance with Figure 14 and Figure 12, then Figure 14 and Figure 12 shall replace Figure 13 as identifying Upstream Operations, Downstream Operations, Grandfathered Units, BHT Recovery Units, and Mixed-Use Units for the Phosphoric Acid Plant.

*

However, the Consent Decree does not bind Mosaic to implement the proposed project(s) as depicted in Diagram 2, Diagram 3, Figure 12, and Figure 14.  If Mosaic chooses to implement any changes through a different process than that depicted in Diagram 2, Diagram 3, Figure 12 and Figure 14, this Report shall be modified prior to implementation pursuant to Section XVIII (Modifications) of the Consent Decree and EPA and FDEP will determine whether the new process as designed involves Upstream Operations, Mixed-Use Units, Grandfathered Units, BHT Recovery Units or Downstream Operations and amend the Facility Report to memorialize those determinations consistent with the descriptions below.  Such determination shall be conditioned upon the new process being built substantially as designed.  If the new process deviates from that standard, EPA and FDEP will determine whether the new process as built involves Upstream Operations, Mixed-Use Units, Grandfathered Units, BHT Recovery Units or Downstream Operations and amend the Facility Report to memorialize those determinations consistent with the descriptions below.



* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.



## X. Non-Phosphoric Acid Production Proposed Projects

Mosaic has advised EPA and FDEP that it is considering one or more of the following projects at its Bartow Facility, but planning has not evolved to where detailed information is available. Once Mosaic decides to implement one of these proposed projects and the project has identifiable units

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

associated with the process, Mosaic should confer with FDEP and EPA to assign unit designations and modify the Facility Report.



## XI. Authorized Future Installations

This section applies to future installations that were not considered based on or proposed projects.

A.  Procedure

The projects in (B) below will be deemed part of Upstream Operations, Mixed-Use Units, Grandfathered Units, and Recovery Units as applicable, when installed within contained concrete areas and will not require prior approval by FDEP or EPA provided that:

i) Mosaic's Phosphogypsum Stack System is in compliance with the requirements of Appendix 1, Attachment B (Groundwater and Zone of Discharge Requirements), Attachment C (Phosphogypsum Stack System Construction and Operational Requirements) of the Consent Decree, and that Mosaic is in compliance with the Financial Assurance requirements of the Consent Decree (Paragraph 25 and Appendix 2); and

ii) Mosaic provides EPA and FDEP with written notice at least 90 Days in advance of the reconfiguration or installation of said project.

However, if as a result of circumstances that require Mosaic to install or reconfigure such equipment in less than 90 Days from the time a decision is made to undertake such action, Mosaic shall provide written notice to FDEP and EPA as soon as possible and in all events prior to the installation or reconfiguration of such equipment; and

iii) Mosaic obtains and/or modifies any permit(s) required by local, state, or federal agencies; and

iv) Mosaic submits to FDEP and EPA for approval a modified version of this Report with the changes identified at least 60 Days in advance of the reconfiguration or installation of said project; and

v) If applicable, Mosaic submits to FDEP and EPA for approval any modified section(s) of Appendix 5, BMP at least 45 Days in advance of the reconfiguration or installation of said project.

B. Future Installations

1) Any existing tank within the battery limits of the Phosphoric Acid Plant (Figure 10) or the Tank Farms, including #3 DAP/MAP Tank Farm and DAP 4 Tank Farm, but excluding # 3 DAP/MAP Plant and DAP 4 Plant (Figure 11) which may or may not be storing phosphoric

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

acid, can be converted to phosphoric acid storage service up to, but excluding Merchant Grade Acid. Any tank placed into phosphoric acid storage service shall be structurally adequate and physically compatible with the contents of the tank.

2) Up to a total of two new phosphoric acid tanks storing First Saleable Product may be added within the battery limits of the Phosphoric Acid Plant (Figure 10) or the Tank Farms, including # 3 DAP/MAP Tank Farm and DAP 4 Tank Farm, but excluding # 3 DAP/MAP Plant and DAP 4 Plant (Figure 11), where the phosphoric acid product stored in the new tank(s) will be used as a feedstock for MAP/DAP production so long as the new unit performs the same function as the existing Grandfathered or BHT Recovery Unit tanks identified in this Report. The installation of more than two such tanks shall require advance approval by EPA and FDEP in order to be considered a BHT Recovery Unit or a Grandfathered unit.

3) APCDs (scrubbers) may be newly installed, replaced, or modified if they are servicing Upstream Units or Mixed-Use Units identified in this Report. APCDs may not be reconfigured to service any Downstream Operations or any chemical processes absent EPA or FDEP approval which they are not serving as identified in this Facility Report.

4) Phosphoric acid piping systems and underflow piping systems associated with Upstream Units, Mixed-Use Units, BHT Recovery Units, or Grandfathered Units identified in this Report may be installed, replaced, or modified provided that the replacement or modified systems are located within the battery limits of the Phosphoric Acid Plant (Figure 10) or the Tank Farms, including #3 DAP/MAP Tank Farm and DAP 4 Tank Farm, but excluding # 3 DAP/MAP Plant and DAP 4 Plant (Figure 11), and serve only the phosphoric acid production operations identified in this Report for those Upstream Units, Mixed-Use Units, BHT Recovery Units, or Grandfathered Units.

# Appendix: Figures and Tables

Figure 2:  Mosaic Bartow Process Flow Diagram ...................................................................39

Table 2: BHT Recovery Units – Downstream acid transfer lines from/to #4 DAP 55A Tank or 55B Tank and Truck Unloading/Loading (see corresponding Figure 3 and Figure 4)...............................41

Figure 3: BHT Recovery Units - Downstream acid transfer lines from #4 DAP 55A Tank or 55B Tank to Truck Loading (see corresponding Table 2)...............................................................42

Figure 4: BHT Recovery Units - Downstream acid transfer lines from Truck Unloading to #4 DAP 55A Tank or 55B Tank (see corresponding Table 2)...........................................................42

Table 3:  BHT Recovery Unit - Downstream Acid Transfer Lines between FSA Storage Tank and Truck Loading (see corresponding Figure 5)................................................................43

Figure 5:  BHT Recovery Unit - Downstream Acid Transfer Lines between FSA Storage Tank and Truck Loading (see corresponding Table 3) .........................................................43

Table 4:  BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #3 DAP/MAP (see corresponding ...............................................44

Figure 6).............................................................................................................44

Figure 6:  BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #3 DAP/MAP (see corresponding Table 4)...............................................44

Table 5:  BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #4 DAP (see corresponding Figure 7) .......................................................45

Figure 7:  BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #4 DAP (see corresponding Table 5)...........................................................45

Table 6:  Ammoniated Process Wastewater Transfer from #3 MAP/DAP to Rock Grinding (corresponds with Figure 8) ......................................................................................46

Figure 8:  Ammoniated Process Wastewater Transfer from #3 MAP/DAP to Rock Grinding (corresponds with Table 6) .......................................................................................46

Figure 9:  Ditch and Swale Flow Diagram at Phosphoric Acid Plant...................................47

Figure 10:  Containable Impervious Areas at Phosphoric Acid Plant ...............................48

Figure 11:  Containable Impervious Areas in Granulation ...............................................49

Figure 12:  Proposed Configuration of ██████████████████████████ ██████████████████. ........................................................................50

Figure 13:  Designations for Upstream Units, Mixed-Use Units, BHT Recovery Units and Grandfathered Units......................................................................................51

Figure 14:  Proposed designations (post installation of proposed projects) for Upstream Units, Mixed-Use Units, BHT Recovery Units and Grandfathered Units ....................................52

Figure 15:  GHT and GHT Recovery Units Locations ....................................................53

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

Figure 2. Mosaic Bartow Process Flow Diagram



**Table 2: BHT Recovery Units – Downstream acid transfer lines from/to #4 DAP 55A Tank or 55B Tank and Truck Unloading/Loading (see corresponding Figure 3 and Figure 4)**

| | Service | Name | Description | Cleaning Frequency | Est. Length (ft)[11] |
|---|---|---|---|---|---|
| 54% Tanks at DAP4 to Truck Loading/Unloading | 54% Acid | Tank Loading Line | Transfers 54% Acid from 55A and 55B Tank to Truck Loading | as needed | 70 |
| | 54% Acid | North Tank Loading Pump | Transfers 54% Acid from Truck to 55A Tank or 55B Tank | as needed | 90 |
| | 54% Acid | South Tank Loading Pump | Transfers 54% Acid from Truck to 55A Tank or 55B Tank | as needed | 90 |
| | Estimate for Existing Lines | | Estimate Length- Plan View (ft) | | 250 |
| | | | Estimated Vertical Runs- Basis 20% Factor (Ft) | | 50 |
| | | | Total Estimated Piping Length (ft) | | 300 |

---

[11] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 3: BHT Recovery Units - Downstream acid transfer lines from #4 DAP 55A Tank or 55B Tank to Truck Loading (see corresponding Table 2)**



**Figure 4: BHT Recovery Units - Downstream acid transfer lines from Truck Unloading to #4 DAP 55A Tank or 55B Tank (see corresponding Table 2)**



**Table 3: BHT Recovery Unit - Downstream Acid Transfer Lines between FSA Storage Tank and Truck Loading (see corresponding Figure 5)**

| | Service | Name | Description | Cleaning Frequency | Est. Length (ft)[12] |
|---|---|---|---|---|---|
| FSA Transfer to Truck Loading | FSA | FSA Shipping Line | Transfers FSA to Truck Loading station | As needed | 200 |
| | Estimate for Existing Lines | | Estimate Length- Plan View (Ft) | | 200 |
| | | | Estimated Vertical Runs- Basis 20% Factor (Ft) | | 40 |
| | | | Total Estimated Piping Length (Ft) | | 240 |

**Figure 5: BHT Recovery Unit - Downstream Acid Transfer Lines between FSA Storage Tank and Truck Loading (see corresponding Table 3)**



---

[12] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Table 4: BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #3 DAP/MAP (see corresponding Figure 6)**

| | Service | Name | Description | Cleaning Frequency | Est. Length (ft)[13] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to #3 DAP/MAP | 30% Acid | DAP1 | Transfers acid from 33A or 33B Tank to 34A Tank | As Needed | 1,410 |
| | 30% Acid | DAP2 | Transfers acid from 33A or 33B Tank to 34A Tank | As Needed | 1,410 |
| | 54% Acid | 53C | Transfers unclarified (underflow) acid from the 54% clarifier or clarified acid from 53 Tank or 50 Tank to 54A or 54B Tank | As Needed | 640 |
| | 54% Acid | 53B | Transfers clarified acid from the 53 Tank or 50 Tank to 54A or 54B Tank. | As Needed | 640 |
| | *Estimate for Existing Lines* | | *Estimate Length- Plan View (ft)* | | 3,100 |
| | | | *Estimated Vertical Runs- Basis 20% Factor (ft)* | | 620 |
| | | | *Total Estimated Piping Length (ft)* | | 3,720 |

**Figure 6: BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #3 DAP/MAP (see corresponding Table 4)**



---

[13] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Table 5: BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #4 DAP (see corresponding Figure 7)**

| | Service | Name | Description | Cleaning Frequency | Est. Length (ft)[14] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to #4 DAP | 30% Acid | DAP1 | Transfers acid from 33A or 33B Tank to 35A or 35B Tank | As Needed | 2,350 |
| | 30% Acid | DAP2 | Transfers acid from 33A or 33B Tank to 35A or 35B Tank | As Needed | 2,350 |
| | 54% Acid | 53A | Transfers clarified acid from the 53 Tank or the 50 Tank to 55A or 55B Tank | As Needed | 1,680 |
| | 54% Acid | 53B | Transfers clarified acid from the 53 Tank or the 50 Tank to 55A or 55B Tank. | As Needed | 1,680 |
| | *Estimate for Existing Lines* | | *Estimate Length- Plan View (ft)* | | 8,060 |
| | | | *Estimated Vertical Runs- Basis 20% Factor (ft)* | | 1,610 |
| | | | *Total Estimated Piping Length (ft)* | | 9,670 |

**Figure 7: BHT Recovery Units - Downstream transfer of phosphoric acid between Phosphoric Acid Production and #4 DAP (see corresponding Table 5)**



---

[14] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Table 6: Ammoniated Process Wastewater Transfer from #3 MAP/DAP to Rock Grinding (corresponds with Figure 8)**

| | Service | Name | Description | Cleaning Frequency | Est. Length (ft)[15] |
|---|---|---|---|---|---|
| Neutralized process wastewater transfer | Process waste water | Ammoniated Pond Water Transfer Line | Transfers process wastewater from Pond Water Neutralization Tank to Ball Mill | As Needed | 940 |
| | *Estimate for Existing Lines* | | *Estimate Length- Plan View (ft)* | | 940 |
| | | | *Estimated Vertical Runs- Basis 20% Factor (ft)* | | 190 |
| | | | *Total Estimated Piping Length (ft)* | | 1,130 |

**Figure 8: Ammoniated Process Wastewater Transfer from #3 MAP/DAP to Rock Grinding (corresponds with Table 6)**



---

[15] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 9: Ditch and Swale Flow Diagram at Phosphoric Acid Plant**



1: Attack Tank V-Train
2: Attack Tank U-Train
3: #3 Filter Filtrate Tank
4: #4 Filter Filtrate Tank & 3/4 Gyp Tank
5: #5 Filter Filtrate Tank & Gyp Tank
6: 30A (Sludge) Tank
7: 30B (Sludge) Tank
8: 30C Tank
9: 30D Tank
10: 31A Clarifier

11: 31B Clarifier
12: 31C Clarifier
13: 31D Clarifier
14: 32B Tank
15: 32A Tank
16: Reuse Water Tank (out of service)
17: 33B Tank
18: 33A Tank
20: 50 Tank
21: 51 Tank (out of service)

22: 54% Clarifier (52 Tank)
23: 53 Tank
24: 40 Acid Tank
25: 42 Tank
26: FSA Tank – Storage (80 Tank)
27: FSA Day Tank
28: 40% Clarifier
29: FSA Scrubber Seal Tank (#5 Evap)
30: 5% Sulfuric Acid Wash Tank
31: Reuse Water Tank

**Figure 10:  Containable Impervious Areas at Phosphoric Acid Plant**



1: Attack Tank V-Train
2: Attack Tank U-Train
3: #3 Filter Filtrate Tank
4: #4 Filter Filtrate Tank & 3/4 Gyp Tank
5: #5 Filter Filtrate Tank & Gyp Tank
6: 30A (Sludge) Tank
7: 30B (Sludge) Tank
8: 30C Tank
9: 30D Tank
10: 31A Clarifier

11: 31B Clarifier
12: 31C Clarifier
13: 31D Clarifier
14: 32B Tank
15: 32A Tank
16: Reuse Water Tank (out of service)
17: 33B Tank
18: 33A Tank
20: 50 Tank
21: 51 Tank (out of service)

22: 54% Clarifier (52 Tank)
23: 53 Tank
24: 40 Acid Tank
25: 42 Tank
26: FSA Tank – Storage (80 Tank)
27: FSA Day Tank
28: 40% Clarifier
29: FSA Scrubber Seal Tank (#5 Evap)
30: 5% Sulfuric Acid Wash Tank
31: Reuse Water Tank

**Figure 11: Containable Impervious Areas in Granulation**



**Figure 12: Proposed Configuration of** 



* = *Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.*

**Figure 13: Designations for Upstream Units, Mixed-Use Units, BHT Recovery Units and Grandfathered Units**

**Figure 14: Proposed designations (post installation of proposed projects) for Upstream Units, Mixed-Use Units, BHT Recovery Units and Grandfathered Units**



* = Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.

**Figure 15: GHT and GHT Recovery Units Locations**



**APPENDIX 4**
**FACILITY REPORT**
**NEW WALES COMPLEX**
**EXECUTIVE SUMMARY**

These summary tables provide an overview of the Upstream Units, Downstream Units, Animal Feed Ingredient Production (AFIP) Units, Mixed-Use Units, Grandfathered Units, and Recovery Units at Mosaic Fertilizer LLC's New Wales Facility.  For Upstream Operations, the table only includes tanks that store phosphoric acid prior to the generation of the First Saleable Product.  Piping associated with those tanks is considered part of Upstream Operations unless designated otherwise in the Facility Report.  Nothing in these summary tables overrides subsequent details provided in diagrams and text.

**Table 1:  Unit Designations**

| Upstream Units | | | |
|---|---|---|---|
| Tank Name | Tank No. from Figure 11 | Phosphoric Acid Service (%) | Alternate Name(s) |
| Phosphoric Acid Reactor East-Train | 0048 | 30 | *East Attack Tank[1]*, ET Attack Tank |
| Phosphoric Acid Reactor West-Train | 0049 | 30 | *West Attack Tank*, WT Attack Tank |
| Phosphoric Acid Reactor Third-Train | 0051 | 30 | *3rd Attack Tank* , 3rd T Attack Tank |
| Filtrate Seal Tank East-Train | 0007 | 30 | *#1 Filtrate, #2 Filtrate, #3 Filtrate* |
| Filtrate Seal Tank West-Train | 0008 | 30 | *#1 Filtrate, #2 Filtrate, #3 Filtrate* |
| Filtrate Seal Tank Third-Train | 0009 | 30 | *#1 Filtrate, #2 Filtrate, #3 Filtrate* |
| 30% Clarifier Feed Tank East | 0061 | 30 | *Area 10 East 30% Tank* or 30 East Tank or30E Tank |
| 30% Clarifier Feed Tank West | 0062 | 30 | *Area 10 West 30% Tank* or 30West Tank or 30W Tank |
| *30% Evaporator Feed Tanks* East | 0025 | 30 | 30 East Evap Feed Tank or 30E EFT |
| *30% Evaporator Feed Tanks* West | 0024 | 30 | 30 West Evap Feed Tank or 30W EFT |
| *30% Evaporator Feed Tanks* Third | 0069 | 30 | 30 Third Evap Feed Tank or 30T EFT |
| *#1 30% Clarifier* | 0034 | 30 | Area 10 #1 Clarifier; #1 Clarifier |

---

[1] Names that are used in Figure 1: Mosaic New Wales Process Flow Diagram are shown in bold italic font.

| *#2 30% Clarifier* | 0035 | 30 | Area 10 #2 Clarifier; #2 Clarifier |
|---|---|---|---|
| East 40% Clarifier | 0052 | 40 | *40% Clarifiers*, 40E Clarifier |
| West 40% Clarifier | 0053 | 40 | *40% Clarifiers,* 40W Clarifier |
| Third 40% Clarifier | 0054 | 40 | *40% Clarifiers*, 40T Clarifier |
| Surge Tank | 0057 | 40 | *40% Surge Tank* |
| *40% Clarifier Underflow Tank* | 0060 | 40 | 40 Underflow Tank or 40 Sludge Tank |
| 40% Belt Filter Seal Tank E | 0020 | 40 | *#1 Filtrate, #2 Filtrate #3 Filtrate* |
| 40% Belt Filter Seal Tank W | 0020 | 40 | *#1 Filtrate, #2 Filtrate #3 Filtrate* |
| *First Stage Evaporators (East #1, West #1, #7, 3rd 1A, 3rd 1B, 3rd 1C)* | | 30-40 | 1East, 1West, 7, swing evaporator 1A, swing evaporator 1B, evaporator 1C |
| *Second and Third Stage Evaporators (East #2, West #2, 3rd #2, East #3, West #3, 3rd #3)* | | 40-54 | 2E, 2W, and 2T, 3E, 3W, 3T, 1A (swing) or 1B (swing) |
| #1 Aging Tank | 0017 | 54 | *54 Aging Tanks*, #1 54 Aging Tank |
| #2 Aging Tank | 0018 | 54 | *54 Aging Tanks*, #2 54 Aging Tank |
| *54% Centrifuges North & South* | 0019 | 54 | |
| 8% Tank | 0006 | 8 | *8% Effluent Tank* |
| *East Fume Scrubber* | | | APCD |
| *West Fume Scrubber* | | | APCD |
| *3rd Fume Scrubber* | | | APCD |
| *Area 10 Fume Scrubber* | | | APCD |
| South Clarification Fume Scrubber | | | *South Fume Scrubber*, APCD |
| North Clarification Scrubber | | | *North Fume Scrubber*, APCD |

## AFIP  Units

| Tank Name | Tank No. from Figure 2 | Phosphoric Acid Service (%) | Alternate Name(s) |
|---|---|---|---|
| AFI Batch Defluorination Tank A | A | 54 | A Batch Tank or Tank 0309 |
| AFI Batch Defluorination Tank B | B | 54 | B Batch Tank or Tank 0319 |
| AFI Batch Defluorination Tank C | C | 54 | C Batch Tank or Tank 0329 |
| AFI Batch Defluorination Tank D | D | 54 | D Batch Tank or Tank 0719 |
| DF Acid Storage | DF | 54 | DF Tank or Tank 0299 |

## Transfer Lines to AFIP

| Line Name | Service/Description | From | To |
|---|---|---|---|
| AFI Transfer Line | Transfers clarified 54% acid OR Merchant grade 54% acid | 54E ROP Tank 54W ROP Tank 54N ROP Tank Merchant B Tank Merchant C Tank | AFI A Batch Tank AFI B Batch Tank AFI C Batch Tank AFI D Batch Tank |

## Mixed Use Units

| Tank Name | Tank No. from Figure 11 | Phosphoric Acid Service (%) | Alternate Name(s) |
|---|---|---|---|
| B-Merchant Acid | 0011 | 54 | *Merchant Acid Tanks* |
| C-Merchant Acid | 0012 | 54 | *Merchant Acid Tanks* |
| 54East ROP Clarifier | 0014 | 54 | *54% ROP Clarifiers*, E ROP |
| 54West ROP Clarifier | 0015 | 54 | *54% ROP Clarifiers*, W ROP |
| 54North ROP Clarifier | 0016 | 54 | *54% ROP Clarifiers*, N ROP |
| *#1 30% Clarifier Overflow Tank* | 0036 | 30 | #1 Clarifier Overflow |
| *#2 30% Clarifier Overflow Tank* | 0037 | 30 | #2 Clarifier Overflow |

## Big Holding Tank Recovery Units (Tanks)

| Tank Name | Tank No. | Figure No. | Phosphoric Acid Service (%) | Alternate Name(s) |
|---|---|---|---|---|
| *Centrifuge Sludge Tank* | 0058 | Figure 11 | 54 | |
| *30% Green Acid Tank* | 0064 | Figure 11 | 30 | Green Acid Tank |
| Centrifuge Product Tank | 0071 | Figure 11 | 54 | |

| Scrub Tank | 0066 | Figure 11 | Cleaning Solution | |
|---|---|---|---|---|
| #1 DAP Day Tank | 0501 | Figure 4 | 54 | DAP1 54 Tank |
| PMAP Day Tank | 0220 | Figure 4 | 54 | MAP Day Tank |
| #2 DAP Day Tank | 0280 | Figure 6 | 54 | DAP2 54 Tank |
| MAP Sludge Tank | 026 | Figure 5 | 54 | |
| #3 GMAP Acid Day Tank | 1071 | Figure 5 | 54 | GMAP3 54 Acid Day Tank |
| Big Holding Tank (BHT) | 0010 | Figure 13 | Cleaning solution | BHT |
| BHT backup tank (B Merchant Acid Tank) | 0011 | Figure 13 | Cleaning solution | |

| Big Holding Tank Recovery Units (Transfer Lines) | | | | |
|---|---|---|---|---|
| Line Name | Figure No. | Service/Description | From | To |
| Transfer Line | Figure 3 | Transfers 54% acid | Truck Loading/Unloading | 54E ROP Tank or 54W ROP Tank |
| Loading Line | Figure 3 | Transfers 54% Acid | 54E ROP Tank or 54W ROP Tank | Truck Loading/Unloading |
| 30 Reg Line | Figure 4, Figure 5, Figure 6 | Transfers 30% acid | Green Acid Tank | #1 DAP/MAP Scrubber Sump or #3 GMAP Scrubber Sump or #2E DAP or #2W DAP Scrubber Seal Tank |
| AP Line | Figure 4, Figure 5, Figure 6 | Transfers 30% acid | Green Acid Tank | #1 DAP/MAP Scrubber Sump or #3 GMAP Scrubber Sump or #2E DAP or #2W DAP Scrubber Seal Tank |
| 30 Raffinate Line | Figure 6 | Transfers 30% acid | Green Acid Tank | #2E DAP or #2W DAP Scrubber Seal Tank |
| 54 Reg Line | Figure 4, Figure 5, Figure 6 | Transfers clarified 54% acid | 54E ROP Tank or 54W ROP Tank or 54N ROP Tank | DAP1 54 Day Tank or DAP2 54 Day Tank |
| AP Line | Figure 4, Figure 6 | Transfers clarified 54% acid | 54E ROP Tank or 54W ROP Tank or 54N ROP Tank | DAP1 54 Day Tank or DAP2 54 Day Tank |

| Merchant Transfer Line | Figure 4, Figure 6 | Transfers merchant grade 54% acid | Merchant B or Merchant C | DAP1 54 Day Tank or DAP2 54 Day Tank |
|---|---|---|---|---|
| Sludge Line | Figure 4 | Transfers 54% acid centrifuge sludge | Centrifuge Sludge Tank or 54E ROP Tank or 54W ROP Tank | MAP Sludge Tank or #3 GMAP 54 Day Tank |
| 54 Spare Line | Figure 5 | Transfers clarified or merchant grade 54% acid | B-Merchant Acid Tank, C-Merchant Acid Tank, 54E ROP Tank, 54W ROP Tank or 54N ROP Tank | MAP Sludge Tank |
| Centrifuge Product Line | Figure 7 | Transfers merchant acid | Centrifuges North & South | Centrifuge Product Tank to Merchant Acid B Tank or Merchant Acid C Tank |

| Granular Holding Tank Recovery Units | | | |
|---|---|---|---|
| Tank Name | Figure No. | Service | Alternate Name(s) |
| DAP1/GMAP3 Granular Holding Tank | Figure 14 | Cleaning solution | DAP1/GMAP GHT |
| DAP2 Granular Holding Tank | Figure 14 | Cleaning solution | DAP2 GHT |
| GHT Recovery Units as described in Section V.B. below | Figure 14 | Ammoniated slurry / granulated product | |

**APPENDIX 4**
**FACILITY REPORT**
**MOSAIC FERTILIZER, LLC**
**NEW WALES COMPLEX**
**MULBERRY, FLORIDA**
**EPA ID NO. FLD 084 717 545**

## Table of Contents

I. Introduction                                                                               7

II. Background                                                                               10

III. First Saleable Products at Mosaic New Wales                                             11

IV. Phosphoric Acid Production – Phosphoric Acid Plant                                       11

   *A. Standard Acid Flow Configuration*                                       12

   *B. Alternative to Standard Acid Flow Configuration*                         15

   *C. Phosphoric Acid Transfer to Downstream Operations*                       16

V. Configuration Equipment Designations                                                     18

   *A.  Phosphoric Acid Plant and Animal Feed Ingredient Production*           18

   *1. Upstream Operations*                                                     18

   *2. Animal Feed Ingredients Production*                                      20

   *3. Mixed-Use Units*                                                         21

   *4. BHT Recovery Units*                                                      21

   *5. Grandfathered Units*                                                     22

   B. Granulation Plants                                                        22

VI. Compliance Projects                                                                     23

   A. BHT and Cleaning Solution Return Piping Projects                          24

     1. Project Description                                           24

     2. Project Operations                                            24

   B. GHT Related Projects                                                      27

     1. Project Descriptions                                          27

     2. Project Operations                                            27

VII. Containment of Phosphoric Acid Product Spills and Leaks                                 29

   Non-Segregable Areas                                                        29

   Containable Impervious Areas                                                 29

   Other Areas                                                                 30

VIII. Proposed Phosphoric Acid Production-Related Operations                                 30

IX. Non-Phosphoric Acid Production Proposed Projects                                         32

X. Authorized Future Installations                                                          33

Appendix:  Tables and Figures                                                               35

# I. Introduction

All capitalized terms not otherwise defined in this Facility Report shall have the meaning set forth in the Consent Decree.

## A.  Purpose

The purposes of this Facility Report are to:

1. Identify Mosaic Fertilizer, LLC's (Mosaic) Upstream Operations (Upstream), Animal Feed Ingredient Production (AFIP), and Downstream Operations (Downstream) at its New Wales Facility (Mosaic New Wales), its Mixed-Use air pollution control devices (APCDs), and Mixed-Use tanks, pipes, and other ancillary equipment involved in the production of phosphoric acid.
2. Identify certain units associated with Downstream Operations from which the cleaning wastes may be managed with wastes from Upstream Operations due to the particular configuration of the Facility (Grandfathered Units).
3. Identify compliance projects set forth in Section VI (Compliance Projects) of this Report, including the Big Holding Tank (BHT) and the Granular Holding Tank (GHT).
4. Identify certain Downstream Units associated with Mosaic's BHT project (BHT Recovery Units).  Waste streams from these units will be recovered into Upstream Operations as designated in this Report or to the BHT in accordance with Section VI (Compliance Projects) of this Report.
5. Identify certain Downstream Units associated with Mosaic's GHT Project (GHT Recovery Units).  Waste streams from these units will be recovered in the Granulation process as designated in this Facility Report or to the GHT in accordance with Section VI (Compliance Projects) of this Report.
6. Address phosphoric acid product spills and leaks in accordance with Section VII. Containment of Phosphoric Acid Product Spills and Leaks of this Report.
7. Identify categories of future equipment installations, some wastes from which may be co-managed with Bevill-Exempt wastes when meeting the conditions set forth in Sections VIII. Proposed Phosphoric Acid Production-Related Operations, IX. Non- Phosphoric Acid Production Proposed Projects of this Report and X. Authorized Future Installations of this Report.

Hazardous wastes generated from the production of sulfuric acid, wastes related to the transport of sulfuric acid to the phosphoric acid plant, and wastes generated from the cleaning of sulfuric acid transportation-related equipment are not within the scope of this Report.

*B. Overview[2]:*

A major purpose of the Facility Report is to specify how Mosaic shall handle wastes from designated units at the New Wales Facility. For the units designated as part of AFIP, Upstream or Downstream Operations or identified as Mixed-Use, Grandfathered, Big Holding Tank (BHT) Recovery or Granular Holding Tank (GHT) Recovery Units, wastes shall be handled as described below. The potential influents to the designated units are: BHT Effluent, GHT Effluent, Non-Hazardous Aqueous Cleaning Solution (NHACS), Phosphogypsum Stack System Wastewater, Phosphoric Acid Cleaning Solution (PACS), Process Wastewater, Sulfuric Acid Cleaning Solution (SACS) and spills and leaks of phosphoric acid, and sulfuric acid, in Containable Impervious Areas.

A. <u>Wastes generated from Upstream/Mixed-Use/Grandfathered Operations/AFIP.</u>

1. <u>Cleaning Solutions Wastes.</u>
   a. If NHACS, Phosphogypsum Stack System Wastewater, and/or Process Wastewater have been used to clean these units, the wastes from these units may be input to Upstream Operations or discharged to the Phosphogypsum Stack System.

   b. Prior to commencement of the BHT, if SACS or PACS are used to clean these units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following commencement of operations of the BHT, if SACS, PACS or BHT Effluent are used to clean these units, the wastes from these units may be input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report, except in the case of a BHT process upset (see below).

   c. Following commencement of operations of the BHT, if Mosaic does not utilize the BHT to recover cleaning wastes identified in (b) above, or if any cleaning solutions other than those listed in (a) & (b) above are used to clean these units, Mosaic shall make a RCRA hazardous waste determination and manage the wastes in accordance with RCRA.

2. <u>Scrubber Wastes.</u> Wastes from normal operations (i.e., scrubber effluent) may be input to Upstream Operations or discharged to the Phosphogypsum Stack System. Scrubber cleaning wastes must be managed as described in 1. above.

3. <u>Spills and Leaks.</u> These are handled in accordance with the BMP and Section VII. Containment of Phosphoric Acid Product Spills and Leaks. Spills and leaks of phosphoric acid, sulfuric acid, SACS, PACS, or BHT Effluent in Containable Impervious Areas may be returned to a tank with similar material or input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report. Spills and leaks of Process Wastewater, Phosphogypsum Stack System Wastewater or

---

[2] This Overview Section summary is provided solely for informative purposes and does not replace, modify, or supersede the provisions specified in the Consent Decree or the substantive terms in the succeeding sections of this Facility Report.

NHACS in Containable Impervious Areas may also be returned to the BHT, when these spills and leaks are mixed with phosphoric acid, sulfuric acid, SACS, PACS, or BHT Effluent.

B.  Wastes generated from BHT and BHT Recovery Units.

1.  BHT Recovery Units.  Prior to commencement of the BHT, if SACS, PACS, NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater are used to clean BHT Recovery Units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015.  Following commencement of operations of the BHT, if SACS, PACS, NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or BHT Effluent are used to clean BHT Recovery Units, the wastes from these units may be input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report or managed in accordance with Section 2. Phosphoric Acid Plant Cleaning Procedures (Phosphoric Acid Tank and Equipment Cleaning – BHT Recovery Units) and Section 3. Granulation Plants Cleaning Procedures of the Best Management Practices Plan (BMP).

2.  BHT.  Influents to the BHT are limited to the following: (i) wastes generated from the use of SACS, PACS, NHACS, Phosphogypsum Stack System Wastewater, Process Wastewater, and BHT Effluent; (ii) spills and leaks of phosphoric acid and sulfuric acid in Containable Impervious Areas; (iii) sulfuric acid for SACS make-up; (iv) spills and leaks per A.3 above; and (v) GHT Effluent.  BHT operation is described in Section VI. Compliance Projects, A.2. Project Operations of this Report.. BHT Effluent may be input to Upstream Operations or used for cleaning of the BHT Recovery Units and returned to the BHT.  The BHT itself is designated a BHT Recovery Unit, and therefore for wastes generated from cleaning the BHT itself, see B.1 above.

3.  Process Upset.  In the event of a process upset that prevents the recovery of cleaning solutions via the BHT, then Mosaic (1) shall not discharge to the Phosphogypsum Stack System any SACS, PACS, or BHT Effluent used in cleaning those units affected by the process upset; and (2) shall make a RCRA hazardous waste determination of any cleaning wastes generated from BHT Recovery Units and manage such wastes in accordance with RCRA.

C.  Wastes generated from Granular Holding Tank (GHT) and GHT Recovery Units.

1.  GHT Recovery Units.  Prior to commencement of the GHT, if SACS, PACS, NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater are used to clean GHT Recovery Units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015.  Following commencement of operations of the GHT, if SACS, PACS, NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or GHT Effluent are used to clean GHT Recovery Units, the wastes from these units may be input to the GHT for use in Downstream Operations in accordance with Section VI. Compliance Projects of this Report or managed in accordance with Section 3. Granulation Plants Cleaning Procedures of the BMP.

2. Influents to the GHT are limited to the following: (i) Phosphogypsum Stack System Wastewater, Process Wastewater, Non-Hazardous Aqueous Solution, wastes generated from SACS, PACS, and GHT Effluent; and (ii) spills and leaks of phosphoric acid, sulfuric acid, SACS, PACS, or GHT Effluent in Containable Impervious Areas; and (iii) spills and leaks of Process Wastewater, Phosphogypsum Stack System Wastewater or NHACS, when these spills and leaks are mixed with phosphoric acid, sulfuric acid, SACS, PACS, or GHT Effluent. GHT operations are described in Section VI. Compliance Projects, B. GHT Related Projects 2. Project Operations of this Report. If GHT Effluent is not reused or transferred to the BHT in accordance with Section VI. Compliance Projects of this Report. Mosaic shall manage GHT Effluent as described in Section 6. Cleaning Solution System Operation of the BMP. The GHT itself is designated a GHT Recovery Unit, and therefore for wastes generated from cleaning the GHT itself, see C.1 above.

3. Process Upset. In the event of a process upset that prevents the recovery of cleaning solutions via the GHT, then Mosaic shall make a hazardous waste determination of cleaning wastes generated from those units affected by the process upset and manage them in accordance with RCRA.

D. <u>Wastes generated from Downstream Operations only</u>.

Prior to commencement of the GHT or BHT, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following the commencement of the operation of the GHT and BHT, if the Downstream wastes are not sent to the GHT or BHT for recovery and reuse, Mosaic shall make a hazardous waste determination of such wastes and manage them in accordance with RCRA. Following the commencement of the operation of the GHT and BHT, downstream scrubber effluent shall not be discharged to the Phosphogypsum Stack System.

## II. Background[3]

Mosaic New Wales's primary commercial products are solid ammoniated phosphate fertilizers monoammonium phosphate (MAP), diammonium phosphate (DAP), and MicroEssentials® (MES) and the non-ammoniated animal feed ingredients monocalcium phosphate (Biofos ®), dicalcium phosphate (Dynafos®), sodium calcium phosphate (Nexfos®). DAP is manufactured in three production trains designated as #1 DAP/MAP and #2 DAP (#2 DAP East and #2 DAP West). MAP is also produced in #1 DAP/MAP, as well as plants designated as #3 granular MAP (GMAP) and powdered MAP (PMAP). Ammonia and phosphoric acid are the primary reactants for MAP and DAP and are consumed in the production of these fertilizers on-site. Animal feed ingredients are manufactured in the AFIP area.

Phosphoric acid is produced by the digestion of phosphate rock with sulfuric acid. Mosaic manufactures phosphoric acid in one production plant with three distinct reactors on-site. The reaction yields phosphoric acid and phosphogypsum (gypsum). Gypsum is filtered from the phosphoric acid on rotating pan filters, slurried with Process Wastewater in Gypsum Slurry Tanks,

---

[3] This Background Section is provided solely for informative purposes and is not a definitive or exhaustive description of the Facility or its operations.

and the resultant slurry is pumped to a lined Phosphogypsum Stack (gypstack). Because the production of phosphoric acid is a water-intensive process and water is used throughout the process (e.g., as acid dilution water, in the ball mills, evaporators, condensers, and as a pipe and tank cleaning agent), approximately 2.5 billion gallons of Process Wastewater is constantly stored in and circulating throughout the facility's Phosphogypsum Stack System.

Mosaic deposits slurried gypsum in a 60-mil high density polyethylene (HDPE) lined Phosphogypsum Stack located southeast of the facility. The lined South Gypsum Stack operates in conjunction with the existing Phosphogypsum Stack System.

Mosaic's New Wales Phosphogypsum Stack System is partially lined with 60-mil HDPE (within Lined Emergency Surge Pond-1 (LESP-1) and Lined Emergency Surge Pond-2 (LESP-2)). The pond system consists of the main cooling pond and connecting North, East, and West cooling channels, unlined Auxiliary Holding Pond (AHP), LESP-1 and LESP-2 and Northeast sump located directly east and south of the production complex. Mosaic operates the Phosphogypsum Stack System under an Industrial Wastewater Facility Permit issued by the Florida Department of Environmental Protection (FDEP).

## III. First Saleable Products at Mosaic New Wales

The line marking the division between Upstream and Downstream Operations lies at the point of generation of the First Saleable Product. The following are the First Saleable Products at Mosaic New Wales:

1. 30% acid, when fed to #1DAP/MAP, #2 DAP, #3 GMAP, or any other Downstream Operation;
2. 54% acid (greater than 1% solids), when fed to #1DAP/MAP, #2 DAP, #3 GMAP, transported off-site or used in any other Downstream Operation; and
3. 54% Merchant Grade Acid (less than 1% solids) or any greater concentration of acid not associated with non-ammoniated Animal Feed Ingredient Production (AFIP).

Downstream Operations at Mosaic New Wales are associated with the storage, transport or use of these First Saleable Products in MAP, DAP and MicroEssentials® operations. Other First Saleable Products that are part of Upstream Operations are the non-ammoniated animal feed ingredients monocalcium phosphate (Biofos®), dicalcium phosphate (Dynafos®) and sodium calcium phosphate (Nexfos®).

## IV. Phosphoric Acid Production – Phosphoric Acid Plant

Figure 11 identifies Upstream Operations, Mixed-Use Units and BHT Recovery Units within Mosaic New Wales' Phosphoric Acid Plant. Figure 2 identifies AFIP Units within Mosaic New Wales' AFIP Plant.

Mosaic New Wales Phosphoric Acid Plant has approximately 80% impervious surfaces. Below-grade concrete ditches throughout the Plant convey Process Wastewater from the Plant to the Phosphogypsum Stack System at a flow rate of approximately 86,000 GPM. The main Process Wastewater return ditches within the plant are composed of high performance concrete.

## A. Standard Acid Flow Configuration

The Phosphoric Acid Plant produces three concentrations of phosphoric acid for use in fertilizing manufacturing – 30% $P_2O_5$[4], 40% $P_2O_5$, and 54% $P_2O_5$[5]. The 30% acid that is not used directly as feedstock to fertilizer manufacturing is further processed to 54% $P_2O_5$ in Upstream Operations. The standard phosphoric acid manufacturing process described below is illustrated in a process flow diagram Figure 1. Deviations from the standard acid flow configuration are necessary on periodic short-term intervals.

Mosaic New Wales produces phosphoric acid in three reactors designated as the Phosphoric acid Reactor East-Train (0048), the Phosphoric acid Reactor West-Train (0049), and the Phosphoric acid Reactor Third-Train (0051). Approximately 70% of the acid from all reactors mixes at the 30% Clarifier Feed Storage Tank "East" ("30East Tank" or "30E Tank" - 0061) and the 30% Clarifier Feed Storage Tank "West" ("30West Tank" or "30W Tank" - 0062). The remaining 30% is sent directly to the following three evaporator feed tanks: 30% Evaporator Feed Tank "East" ("30East Evap Feed Tank" - 0025), 30% Evaporator Feed Tank "West" ("30West Evap Feed Tank" - 0024), and 30% Evaporator Feed Tank "Third" ("30Third Evap Feed Tank" - 0069). Prior to mixing at the 30East Tank (0061) and 30West Tank (0062), the acid flows as follows:

Phosphoric acid Reactor East-Train (Upstream):
  Post-reactor, the approximate 30% phosphoric acid slurry is pumped to the East Tilting Pan Filter where gypsum solids are filtered from the phosphoric acid. Gypsum is pumped to the South Gypsum Stack and the unclarified 30% phosphoric acid filtrate flows into the East Filter Filtrate Seal Tank. From the East Filter Filtrate Seal Tank, the 30% unclarified acid is pumped to any of the following tanks: 30E Tank (0061), 30W Tank (0062), 30East Evap Feed Tank (0025), 30West Evap Feed Tank (0024) or 30Third Evap Feed Tank (0069);

Phosphoric acid Reactor West-Train (Upstream):
  Post-reactor, the approximate 30% phosphoric acid slurry is pumped to the West Tilting Pan Filter where gypsum solids are filtered from the phosphoric acid. Gypsum is pumped to the South Gypsum Stack and the unclarified 30% phosphoric acid filtrate flows into the West Filter Filtrate Seal Tank. From the West Filter Seal Tank, the unclarified 30% acid is pumped to any of the following tanks: the 30E Tank (0061), the 30W Tank (0062), 30East Evap Feed Tank (0025), 30West Evap Feed Tank (0024) or 30Third Evap Feed Tank (0069);

Phosphoric acid Reactor Third-Train (Upstream):
  Post-reactor, the approximate 30% phosphoric acid slurry is pumped to the Third Tilting Pan Filter where gypsum solids are filtered from the phosphoric acid. Gypsum is pumped to the South Gypsum Stack and the unclarified 30% phosphoric acid filtrate flows into the Third Filter Filtrate Seal Tank. From the Third Filter Filtrate Seal Tank the unclarified 30% acid is pumped to any of the following tanks: the 30E Tank (0061), the 30W Tank (0062), 30East Evap Feed Tank (0025), 30West Evap Feed Tank (0024), or 30Third Evap Feed Tank (0069).

---

[4] All $P_2O_5$ concentrations are approximate and fluctuate slightly.
[5] Note that although the terms $P_2O_5$ and phosphoric acid ($H_3PO_4$) are used interchangeably, the concentrations are not interchangeable. Mosaic manufactures phosphoric acid, however, in this document we refer to the concentration of the acid in terms of $P_2O_5$ concentration, rather than phosphoric acid concentration. $P_2O_5$ concentration can be converted to an approximate concentration of phosphoric acid by multiplying by 1.3808. Phosphoric acid is converted to an approximate concentration of $P_2O_5$ by multiplying by 0.7242.

1) 30% Acid Processed to 30% Clarification (Upstream/Mixed Use)

- 30% acid from the 30East Tank (0061) and the 30West Tank (0062) is pumped to either the 30% Clarifier Tank #1 ("#1 Clarifier" - 0034), or 30% Clarifier Tank #2 ("#2 Clarifier" - 0035);
- Underflows (solids) from the #1 Clarifier (0034) and #2 Clarifier (0035) are pumped directly to the East and West Belt Filters for additional acid recovery;
- Overflow (clarified acid) from the #1 Clarifier (0034) overflows to the 30% Acid #1Clarifier Overflow Tank (0036). Overflow from the #2 Clarifier (0035) overflows to the 30% Acid Clarifier Overflow Tank #2 (0037) and the tanks equilibrate via gravity;
- From the #1 Clarifier Overflow Tank (0036) (Mixed Use), acid is pumped to any of the following:
  1. 30East Evap Feed Tank (0025);
  2. 30West Evap Feed Tank (0024);
  3. 30Third Evap Feed Tank (0069);
  4. Green Acid Tank (0064) (BHT Recovery Unit);
  5. DAP1 Granulation scrubber
  6. GMAP3 Granulation scrubber
  7. DAP 2 E & W scrubber seal tanks
- From the #2 Clarifier Overflow Tank (0037) (Mixed Use), acid is pumped to any of the following:
  1. 30East Evap Feed Tank (0025);
  2. 30West Evap Feed Tank (0024);
  3. 30Third Evap Feed Tank (0069);
  4. Green Acid Tank (0064) (BHT Recovery Unit);
  5. DAP1 Granulation scrubber
  6. GMAP3 Granulation scrubber
  7. DAP 2 E & W scrubber seal tanks

- Evaporators are fed from the 30East Evap Feed Tank (0025), 30West Evap Feed Tank (0024), and 30Third Evap Feed Tank (0069).

Note: East and West belt filters accept underflow acid from the #1 Clarifier (0034), #2 Clarifier (0035), and/or the 40% Clarifier Underflow ("40 Underflow Tank" - 0060). The belt filter separates the solids and the acid. The product acid is sent to the 30East Tank (0061), or the 30West Tank (0062). 8% phosphoric acid (2nd stage belt filter wash) is sent to the Phosphoric acid Reactor East-Train, the Phosphoric acid Reactor West-Train, or the Phosphoric acid Reactor Third-Train for reprocessing via the 8% tank. Removed solids (gypsum) are slurried with Process Wastewater and pumped to the South Gypsum stack.

2) Clarified 30% Acid Processed to 40% Clarification (Upstream) or as Feedstock to DAP/MAP (Downstream)

- Clarified 30% acid is pumped from the Green Acid Tank (0064) (BHT Recovery Unit) or the #1 Clarifier Overflow Tank (0036) or the #2 Clarifier Overflow Tank (0037) to the following Downstream Operations (see BHT Recovery Units):
  1. #1 DAP/MAP Cooler Scrubber via either 30 Reg Line ("DAP1 Reg Line") or the AP Line ("DAP1 AP Line");

    2. #3 GMAP East or West Scrubber via either the 30 Reg Line ("GMAP Reg Line") or the AP Line ("GMAP AP Line");

    3. #2 DAP East Scrubber Seal Tank ("35A Tank" - 0510) via either the 30 Reg Line ("DAP2 Reg Line"), the AP Line ("DAP2 AP Line"), or the 30 Raff Line ("DAP2 Raffinate Line");

    4. #2 DAP West Scrubber Seal Tank ("35B Tank" - 0511) via either the DAP2 Reg Line, the DAP2 AP Line, or the DAP2 Raffinate Line;

- Clarified 30% acid from the 30East Evap Feed Tank (0025), 30West Evap Feed Tank (0024), or 30Third Evap Feed Tank (0069) is fed to the 1st Stage Evaporators (1East, #7, 1West, and 1C, or swing evaporators 1A and 1B) where the acid is concentrated to 40% $P_2O_5$ (Upstream);

- 40% acid from the 1st Stage Evaporators (1East, #7, 1West, and 1C or swing evaporators 1A and 1B) is pumped to the 40% Clarifier Surge Tank ("40 Surge Tank" - 0057) and/or to either the East 40% Clarifier ("40E Clarifier" - 0052), West 40% Clarifier ("40W Clarifier" - 0053) or the Third 40% Clarifier ("40T Clarifier" - 0054) (Upstream);

- Underflow (solids) from the 40E Clarifier (0052), the 40W Clarifier (0053), and the 40T Clarifier (0054) is pumped to the 40% Clarifier Underflow ("40 Sludge Tank" - 0060) but can be pumped directly to the 30E Tank (0061) or the 30W Tank (0062) which are fed to either the #1 Clarifier (0034), #2 Clarifier (0035) or to the East or West Belt Filters (Upstream);

- Overflow (clarified 40% acid) is pumped from the 40E Clarifier (0052), the 40W Clarifier (0053) and/or the 40T Clarifier (0054) to either the AFI Batch Defluorination Tanks A (" A Batch Tank" - 0309), B ("B Batch Tank" - 0319), C ("C Batch Tank" - 0329), or D ("D Batch Tank" - 0719) via the AFI Transfer Line or to 2nd Stage Evaporators (2E, 2W, and 2T) where the acid is concentrated from 40% $P_2O_5$ to 47% $P_2O_5$ (Upstream).

## 3)  40% Acid Processed to 54% Acid (Upstream) or as Feedstock for AFIP or as Feedstock to DAP/MAP (Downstream)

- From the 2nd Stage Evaporators (2E, 2W, and 2T), 47% acid is pumped to 3rd Stage Evaporators (3E, 3W, and 3T) for concentration to 54% acid (Upstream);

- Swing evaporators 1A and 1B can concentrate in a single stage from 40% to 54% acid.

- Concentrated 54% acid is pumped from the 3rd Stage Evaporators (3E, 3W, and 3T) to either the 54% East ROP[6] Clarifier ("54E ROP" - 0014), the 54% West ROP Clarifier ("54W ROP" - 0015) or to the 54% North ROP Clarifier ("54N ROP" - 0016) (Mixed Use);

- Overflows (clarified 54% acid) from the 54E ROP (0014), 54W ROP (0015) and/or 54N ROP (0016) are pumped to any of the following:

    1. #1 DAP Day Tank ("DAP1 54 Tank" - 0501) via 54% Acid Line ("54 Reg Line") or 54% AP Line (DAP2 AP Line) (BHT Recovery Units);

    2. #2 DAP Day Tank ("DAP2 54 Tank" - 0280) via either the 54 Reg Line (DAP2 54% Line) or the 54% AP Line (BHT Recovery Units);

    3. #3 GMAP Day Tank ("GMAP3 54 Tank" - 1071) via either 54 Reg Line or the 54 Spare Line (GMAP 54 Line) (BHT Recovery Units );

---

[6] ROP – "Run of Plant" 54% unclarified acid

    4. AFI Batch Defluorination Tanks A ("Batch Tank A"-0309), B ("Batch Tank B"-0319), C ("Batch Tank C"-0329), or D ("Batch Tank D"-0719) via the AFI 54% Transfer line (Upstream);

- Underflow (solids) from the 54E ROP (0014) and 54W ROP (0015) and 54N ROP (0016) combine and are pumped to the #1 Aging Tank ("#1 Aging" - 0017) which overflows to the #2 Aging Tank ("#2 Aging" - 0018) which feeds Centrifuges North & South (Upstream);
- Underflow (solids) from Centrifuges North & South is gravity fed to the Centrifuge Sludge Tank (0058) (BHT Recovery Unit) which is pumped to the MAP Sludge Tank (0026) (BHT Recovery Unit) or PMAP Day Tank (0220) (BHT Recovery Unit) via the MAP Sludge Line (BHT Recovery Unit);
  1. From the MAP Sludge Tank (0026), solids are: pumped into the DAP1 54 Tank (0501) or GMAP3 54 Tank (1071) or PMAP Day Tank via the GMAP Sludge Line (BHT Recovery Units). The #3 GMAP Day Tank (1071) can also feed PMAP production.
- Overflow (merchant grade 54% acid from Centrifuges North & South (0019)) is pumped via the Centrifuge Product Line to the Centrifuge Product Tank ("Centrifuge Product Tank" - 0071) (BHT Recovery Units) and then pumped to either Merchant Tank B ("Merchant B" - 0011) (Mixed Use) or Merchant Tank C ("Merchant C" - 0012) (Mixed Use) via the Centrifuge Product Line (BHT Recovery Units);
- Merchant grade 54% acid from Merchant B (0011) or Merchant C (0012) (Mixed Use) is pumped to:
  1. DAP1 54 Tank (0501) via the Merchant Transfer Line or 54% AP Line (BHT Recovery Units); and/or
  2. DAP2 54 Tank (0280) via either the 54 Merchant Transfer Line ("DAP2 Merchant Line"), 54 Reg Line or 54% AP Line (BHT Recovery Units); and/or
  3. GMAP3 54 Tank (1071) via either the 54 Reg Line or 54 Spare Line (BHT Recovery Units); and/or
  4. AFI Batch Defluorination Tanks A (0309), B (0319), C (0329) or D (0719) via the AFI Transfer line;

## 4) 54% Acid Transfer between Mosaic Facilities (BHT Recovery Units)

New Wales has capability of importing and exporting phosphoric acid. The acid is imported or exported via the Truck Unloading/Loading Station (Figure 3) from or to either the 54E ROP (0014) or 54W ROP Tank (0015) in the Clarification Area for further consumption in AFIP or Granulation.

## B. Alternative to Standard Acid Flow Configuration

Note: Mosaic New Wales has the capability to route around all clarifier feed tanks, clarifiers, and storage tanks within the phosphoric acid process on a temporary basis, with the exception of the following:

- Phosphoric acid Reactor East-Train
- Phosphoric acid Reactor West-Train
- Phosphoric acid Reactor Third-Train

- Filters
- Gypsum Slurry Tanks
- 1st Stage Evaporators:1E, 7, 1W, 1A, 1B, or 1C
- 2nd and 3rd Stage Evaporators: 2E, 3E, 2W, 3W, 2T, or 3T

## *C. Phosphoric Acid Transfer to Downstream Operations*

### 1) Acid Transfer between Phosphoric Acid Production to #1 DAP/MAP (BHT Recovery Units)

Mosaic New Wales has two primary transfer lines that serve to transport 30% phosphoric acid between Phosphoric Acid Production and #1 DAP/MAP. The 30 Reg Line and AP Line transport 30% acid from the Green Acid Tank (0064) or the #1 Clarifier Overflow Tank (0036) or the #2 Clarifier Overflow Tank (0037) to the #1 DAP/MAP Cooler Scrubber.

Mosaic New Wales has four primary transfer lines that serve to transport 54% phosphoric acid between Phosphoric Acid Production and #1 DAP/MAP. The 54% Reg Line transports clarified 54% acid from the 54E ROP (0014), 54W ROP (0015), or 54N ROP (0016) to the DAP1 54 Tank (0501). The AP Line transports 54% acid from 54E ROP (0014), 54W ROP (0015), 54N ROP (0016), Merchant B (0011) or Merchant C (0012) tanks to the DAP1 54 Tank (0501). The Merchant Transfer Line transports merchant grade 54% acid from the Merchant B (0011) or Merchant C (0012) tanks to the DAP1 54 Tank (D5T50). Centrifuge Sludge Line transports underflow (54% sludge) from Centrifuges North & South (0019) to MAP Sludge Tank (026) or PMAP Day Tank (220).

All transfer lines described above are cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of the transfer lines are illustrated in Figure 4. The estimated line lengths and cleaning frequencies are listed in Table 4.

### 2) Acid Transfer between the Phosphoric Acid Plant to #3 GMAP (BHT Recovery Units)

Mosaic New Wales has two primary transfer lines that serve to transport 30% acid between the Phosphoric Acid Plant and #3 GMAP. The 30 Reg Line and AP Line transport 30% acid from the Green Acid Tank (0064) or the #1 Clarifier Overflow Tank (0036) or the #2 Clarifier Overflow Tank (0037) to #3 GMAP East or West Scrubber.

Mosaic New Wales has two primary transfer lines that serve to transport 54% phosphoric acid between Phosphoric Acid Production and #3 GMAP. The 54 Reg Line and 54 Spare Line transport clarified or merchant grade 54% acid from the 54E ROP (0014), 54W ROP (0015), 54N ROP (0016), Merchant B (0011) or Merchant C (0012) to the GMAP3 54 Tank (1071).

All transfer lines described above are cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of the transfer lines are illustrated in Figure 5. The estimated line lengths and cleaning frequencies are listed in Table 5.

3) <u>Acid Transfer between the Phosphoric Acid Plant to #2 DAP (BHT Recovery Units)</u>

Mosaic New Wales has two primary transfer lines that serve to transport 30% phosphoric acid between the Phosphoric Acid Plant and #2 DAP. The 30 Reg Line and the AP Line (also called the Raffinate line that transports30% acid from the Green Acid Tank (0064) or the #1 Clarifier Overflow Tank (0036) or the #2 Clarifier Overflow Tank (0037) to either the DAP2 East Seal Tank (0510) or DAP2 West Seal Tank (0511).

Mosaic New Wales has three primary transfer lines that serve to transport 54% phosphoric acid between the Phosphoric Acid Plant and #2 DAP. The 54 Reg Line and AP Line transport clarified 54% acid from the 54E ROP (0014), 54W ROP (0015), or 54N ROP (0016) to the DAP2 54 Tank (0280). The 54 Merchant Line transports 54% merchant grade acid from Merchant B (0011) or Merchant C (0012) to the DAP2 54 Tank (0280).

All transfer lines described above are cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of these transfer lines are listed in Figure 6. The estimated line lengths and cleaning frequencies are listed in Table 6.

4) <u>Acid Transfer between the Phosphoric Acid Plant and Truck Unloading (BHT Recovery Units)</u>

**Mosaic New Wales has one primary transfer line that serves to transport 54% acid from Truck Unloading to either the 54E ROP (0014) or 54W ROP (0015). This line is cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The location of this transfer line is listed in**

Figure 3. The estimated line length and cleaning frequencies are listed in Table 3.

5) <u>Acid Transfer between the Phosphoric Acid Plant and Animal Feed Ingredient Production</u>

Mosaic New Wales has one primary transfer line that serves to transport 54% phosphoric acid between the Phosphoric Acid Plant and Animal Feed Ingredient Production. The AFI Transfer Line transports clarified or merchant grade 54% acid from the 54E ROP (0014), 54W ROP (0015), 54N ROP (0016), Merchant B (0011) or Merchant C (0012) to the AFI Batch Defluorination Tanks A (0309), B (0319), C (0329), or D (0719).

All transfer lines described above are cleaned with cleaning solution as needed to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of the transfer lines are illustrated in Figure 2. The line designations and cleaning frequencies are listed in Table 2.

# V. Configuration Equipment Designations

## A. Phosphoric Acid Plant and Animal Feed Ingredient Production

Figure 11 depicts Upstream, Mixed-Use, and BHT Recovery Units within Mosaic New Wales' Phosphoric Acid Plant.

### 1. Upstream Operations

The following processes, tanks, and associated equipment used in the production, concentration, transport, and storage of 30% and 40% phosphoric acid, and the concentration of 40% phosphoric acid to 54% phosphoric acid, serve only Upstream Operations:

1) The Phosphoric acid Reactor East-Train, Phosphoric acid Reactor West-Train and Phosphoric acid Reactor Third-Train through filtration at the East, West, and Third Filters, their Filtrate Seal Tanks and their Gypsum Slurry Tanks.
2) Clarification and storage of the 30% acid:
   a. 30East Tank (0061);
   b. 30West Tank (0062);
   c. 30East Evap Feed Tank (0025);
   d. 30West Evap Feed Tank (0024);
   e. 30Third Evap Feed Tank (0069);
   f. #1 Clarifier (0034);
   g. #2 Clarifier (0035)
3) Concentration of 30% acid to 40% acid:
   a. Evaporators 1East, #7, 1West, 1A, 1B, and 1C;
4) Clarification and storage of 40% acid:
   a. 40 Surge Tank (0057);
   b. 40E Clarifier (0052);
   c. 40W Clarifier (0053);

   d. 40T Clarifier (0054);
   e. 40% Clarifier Underflow (0060);
 5) 40% Belt Filter Seal Tank East (0020) and 40% Belt Filter Seal Tank West (0020);
 6) Concentration of 40% acid to 54% acid:
   a. Evaporators 2E, 3E, 2W, 3W, 2T, and 3T; swing evaporators 1A and 1B
 7) Clarification and storage of 54% acid:
   a. #1 Aging Tank (0017);
   b. #2 Aging Tank (0018);
   c. North & South Centrifuges

<u>Transfer Lines</u>

 1) Transfer lines that serve to connect the above listed Upstream Units;

<u>Air Pollution Control Devices (APCDs)</u>

All APCDs within the Phosphoric Acid Plant use once-thru Process Wastewater to scrub fumes from specific units within the phosphoric acid process. The A-10 Fume Scrubber, North Fume Scrubber and South Fume Scrubber serve both Upstream and Mixed-Use Operations. There are no APCDs that serve both Upstream Operations and BHT Recovery Units.

 1) East Fume Scrubber evacuates fumes from:
   a. East Attack Tank
   b. East Flash Cooler Condenser Seal Tank
   c. East Pan Filter fume hood vent
   d. East Pan Filter Seal Tank

 2) West Fume Scrubber evacuates fumes from:
   a. West Attack Tank
   b. West Flash Cooler Condenser Seal Tank
   c. West Pan Filter fume hood vent
   d. West Pan Filter Seal Tank

 3) 3rd Fume Scrubber evacuates fumes from:
   a. 3rd #2 and 3rd #3 Evaporator hot wells
   b. 3rd Attack Tank
   c. 3rd Flash Cooler Condenser Seal Tank
   d. 3rd Filter Pan fume hood vent
   e. Third Pan Filter Seal Tank

 4) Area 10 Scrubber evacuates fumes from:
   a. Area 10 West 30% Tank (0061)
   b. #1 30% Clarifier (0034)
   c. #1 30% Clarifier Overflow Tank (0036)
   d. Area 10 East 30% Tank (0062)
   e. #2 30% Clarifier (0035)
   f. #2 30% Clarifier Overflow Tank (0037)
   g. 30% Green Acid Tank (0064)

 5) South Fume Scrubber evacuates fumes from:

        a. West 30% Evaporator Feed Tank (0024)
        b. East 30% Evaporator Feed Tank (0025)
        c. 3rd 30% Evaporator Feed Tank (0069)
        d. 40% Surge Tank (0057)
        e. East 40% Clarifier (0052)
        f. West 40% Clarifier (0053)
        g. 3rd 40% Clarifier (0054)
        h. 40% Clarifier Underflow Tank (0060)
        i. Centrifuge Sludge Tank (0071)

6) North Clarification Scrubber evacuates fumes from:
        a. A Merchant Acid Tank (0010) out of service
        b. B-Merchant Acid Tank (0011)
        c. C-Merchant Acid Tank (0012)
        d. East ROP Clarifier (0014)
        e. West ROP Clarifier (0015)
        f. North ROP Clarifier (0016)
        g. East Belt Filter
        h. West Belt Filter
        i. #1 54% Aging Tank (0017)
        j. #2 54% Aging Tank (0018)

## *2. Animal Feed Ingredients Production*

.
The Batch Tank Scrubber evacuates fumes from:
    a. A Batch Tank (0309)
    b. B Batch Tank (0319)
    c. C Batch Tank (0329)
    d. D Batch Tank (0719)

<u>Tanks</u>

The following tanks are identified as AFIP Units in the AFIP Plant:

1) Defluorination Tank (DF Tank, 0299)
2) A Batch Tank (0309)
3) B Batch Tank (0319)
4) C Batch Tank (0329)
5) D Batch Tank (0719)

Transfer Lines
1) AFI Transfer line  transfers 54% clarified acid and 54% merchant grade acid from the 54 East ROP (0014), 54 West ROP (0015), 54 North ROP (0016), B-Merchant (0011), and C-Merchant (0012) tanks to the A Batch (0309), B Batch (0319), C Batch (0329) and D Batch (0719) tanks at AFIP (Table 2/ Figure 2);

## *3. Mixed-Use Units*

The following tanks with associated equipment (other than those units designated as Downstream) in the Phosphoric Acid Plant are Mixed-use.

Tanks

The following tanks identified as Mixed-Use Units in the Phosphoric Acid Plant serve Upstream Operations but may also serve as storage for feedstocks to Downstream Operations or AFIP:

1) B-Merchant Acid Tank (0011) - feeds Downstream Operations (#1 DAP/MAP, #2 DAP, and #3 GMAP); also feeds AFIP.
2) C-Merchant Acid Tank (0012) - feeds Downstream Operations (#1 DAP/MAP, #2 DAP, and #3 GMAP); also feeds AFIP.
3) 54 West ROP Clarifier (0015) - feeds Upstream Units for production of Merchant Grade Acid (MGA) (#1 Aging Tank (0017) and #2 Aging Tank (0018)) and Downstream Operations (#1 DAP/MAP, #2 DAP, and #3 GMAP); also feeds AFIP.
4) 54 East ROP Clarifier (0014) - feeds Upstream Units for production of MGA (#1 Aging Tank (0017) and #2 Aging Tank (0018)) and Downstream Operations (#1 DAP/MAP, #2 DAP, and #3 GMAP); also feeds AFIP.
5) 54 North ROP Clarifier (0016) - feeds Upstream Units for production MGA (#1 Aging Tank (0017) and #2 Aging Tank (0018)) and Downstream Operations (#1 DAP/MAP, #2 DAP, and #3 GMAP); also feeds AFIP;
6) #1 Clarifier Overflow (0036) – feeds Upstream 30% Evaporator Feed Tanks (30% Evaporator Feed Tank East (0025), 30% Evaporator Feed Tank West (0024) and 30% Evaporator Feed Tank Third (0069) and Downstream Operations (#1 DAP/MAP, #2 DAP and #3 GMAP).
7) #2 Clarifier Overflow (0037) – feeds Upstream 30% Evaporator Feed Tanks (30% Evaporator Feed Tank East (0025), 30% Evaporator Feed Tank West (0024) and 30% Evaporator Feed Tank Third (0069) and Downstream Operations (#1 DAP/MAP, #2 DAP and #3 GMAP).

## *4. BHT Recovery Units*

The following tanks and acid transfer lines are identified as BHT Recovery Units located within the Phosphoric Acid Plant and serve as storage or transport for feedstocks to Downstream Operations. Section V. B Granulation Plants lists the BHT Recovery Units located within the Granulation Plants.

BHT Recovery Units are part of Downstream Operations. Wastes from BHT Recovery Units are recovered into Upstream Operations as designated in this Facility Report or to the BHT itself as described in Section VI (Compliance Projects 1 and 2) of this Report.

The BHTs that Mosaic will install in accordance with Section VI (Compliance Projects) below are also BHT Recovery Units.

Tanks
     1) Centrifuge Sludge Tank (0058)

2) 30% Green Acid Tank (0064)
3) Centrifuge Product Tank (0071)

Scrub Tank
    a.  Scrub Tank (Future SACS make-up tank)

<u>Transfer Lines</u>
1) Truck Unloading Line to either 54E ROP (0014) or 54W ROP (0015)
2) Loading Line from either 54E ROP (0014) or 54W ROP (0015) to the Truck Loading/Unloading Station.
3) 30 Reg Line transfers 30% acid to #1 DAP/MAP Cooler Scrubber, #3 GMAP Scrubber, #2 DAP East Scrubber Seal Tank (0510) or #2 DAP West Scrubber Seal Tank (0511);
4) AP Line transfers 30% or 54% acid to #1 DAP/MAP , #2 DAP East or #2 DAP West;
5) AP line ("GMAP AP line") transfers 30% or 54% acid to #3 GMAP;
6) 54 Reg Line transfers 54% acid from the 54E ROP (0014), 54W ROP (0015), and 54N ROP (0016) to DAP1 54 Tank (0501), DAP2 54 Tank (0280) and GMAP3 54 Acid Day Tank (1071);
7) 54 Merchant Line transfers 54% Merchant Grade Acid from the Merchant B (0011) and Merchant C (0012) tanks to the DAP1 54 Tank (0501) and the DAP2 54 Tank (0280);
8) 30 Raffinate Line transfers 30% acid from the Green Acid Tank (0064) to DAP2 East Seal Tank (0510) and DAP2 West Seal Tank (0511) at #2 DAP;
9) AP Line (MAP Sludge Line) transfers underflow (solids) from the Centrifuge Sludge Tank (0058) or 54E ROP (0014) or 54W ROP Tank (0015) to the MAP Sludge Tank (0026) at #1 DAP/MAP;
10) Centrifuge Product Line transfers 54% Merchant Grade Acid from Centrifuges North & South to the Centrifuge Product Tank (0071) as well as to Merchant B (0011) and Merchant C (0012);
11) 54 Sludge Line transfers 54% acid centrifuge sludge from the MAP Sludge Tank (0026) to the GMAP3 54 Acid Day Tank (1071).

APCDs

    None


### *5. Grandfathered Units*

The following units serve Downstream Operations but are not feasibly segregated from Upstream Operations. The wastes from these units may be managed with wastes from Upstream Operations.

  None


## B. Granulation Plants

Mosaic New Wales granulation process consists of two basic parts: (1) the wet side (e.g., reactor, acid scrubber system); and (2) the dry side (e.g., granulator, dryer).

In addition, Mosaic New Wales operates a re-slurry system that recovers product that is wet and cannot be recovered through the dry side's reclaim system; instead, Mosaic mixes the product in a re-slurry tank with 30% acid, and/or fresh water as a batch process. This slurry is then fed back into the acid scrubber system for recovery.

MAP, DAP and MES manufacturing operations are Downstream Operations; however, the units that are listed below are Recovery Units and are identified within the perimeters shown in Figure 10: Containable Impervious Areas in Granulation.

The following equipment in the Granulation Plants are BHT Recovery Units. Wastes from BHT Recovery Units may be recovered into Upstream Operations as designated in this Facility Report or to the BHT itself as described in Section VI (Compliance Projects 1 and 2) of this Report and Sections 3 and 6 of the BMP:

 a. MAP Sludge Tank (0026);
 b. #1 DAP Day Tank (0501)
 c. #3 GMAP Acid Day Tank (1071)
 d. #2 DAP Day Tank (0280)

The following equipment in the Granulation Plants are GHT Recovery Units. Wastes from GHT Recovery Units may be recovered into the granulation process as designated in this Facility Report or to the GHT itself as described in Section VI. (Compliance Projects 4, 5, and 6) of this Report and Section 3 and 6 of the BMP:

 a. Granulation re-slurry system;
 b. Granulation acid scrubbers;
 c. Granulation reactor;
 d. Granulator;
 e. Dryer;
 f. Cooler;
 g. Elevators;
 h. Screen and milling equipment;
 i. Granulation tailgas scrubbers;
 j. Acid transfer lines from the Phosphoric Acid storage tanks to the Granulation plant.

# VI. Compliance Projects

The projects described below are not all the projects in Appendix 6 (Compliance Schedule) to the Consent Decree but are the projects that are recovery related – the BHT, GHT and reslurry systems. Timeframes for completion of the projects are found in Appendix 6 (Compliance Schedule) to the Consent Decree.

Projects 1 and 2 comprise a plan that will enable Mosaic New Wales to clean Upstream, Mixed-Use, Grandfathered, and BHT Recovery Units and recover value from the wastes as described below.

Projects 4, 5, and 6 are projects related to Downstream Operations in Granulation and the recovery of material in the granulation process.

## A. BHT and Cleaning Solution Return Piping Projects

### 1. Project Description

#### Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant

The Big Holding Tank and wash solution system (together designated the "BHT System") project in the Phosphoric Acid Plant shall install new tank(s) or modify existing tanks, piping, and controls to enable Mosaic to recover the value of wastes as specified in Section VI. A.2. below.

Mosaic will have two BHTs to serve as the BHT system. One of the tanks may be used in services other than BHT when not operating as a BHT (which other use shall not alter or nullify the status of the backup tank as a BHT Recovery Unit or preclude its use as a part of Upstream Operations, if appropriate). The BHT backup tank will be used during cleaning and/or maintenance of the BHT tank. Cleaning waste from the BHT backup tank will be handled in the same way as the cleaning waste from the BHT itself as described in Section 2. Phosphoric Acid Plant Cleaning Procedures of the BMP.

In addition, new or upgraded pumps, motors, small pump tanks, and instrumentation may be needed to ensure the return to the BHT cleaning wastes and spills and leaks of: (1) phosphoric acid, sulfuric acid, SACS, PACS, or BHT Effluent; and (2) NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater when mixed with any of the preceding solutions due to spills, leaks, or cleaning of leaks and spills. Project 1 necessarily coincides with Project 2 below.

#### Project 2: Cleaning Solution Return Piping

Mosaic will install new piping to enable Mosaic to: (1) clean phosphoric acid transfer lines from the Phosphoric Acid Plant to the 1 DAP/MAP, #2 DAP and #3 GMAP Granulation Plants and return those cleaning wastes to the BHT; and (2) clean BHT Recovery Units located in the Granulation Plants and return those wastes to the BHT.

### 2. Project Operations

The wash solution system will be comprised of the BHT and the SACS make up tank(s), along with pumps and piping to supply cleaning solution to units that are part of Upstream Operations or AFIP, or identified as Mixed-Use, Grandfathered, or BHT Recovery Units.

Phosphogypsum Stack System Wastewater, Process Wastewater, fresh water, condensate or other water sources will be mixed with sulfuric acid, phosphoric acid, or BHT Effluent in the SACS wash make up tank(s) or BHT. The equipment and lines that are part of Upstream Operations or are identified as Mixed-Use, Grandfathered, or BHT Recovery Units may be washed with SACS either from the BHT or the SACS wash make up tank and the solutions may be returned to the BHT.

In addition, the BHT will enable Mosaic to recover the value of wastes generated from the use of SACS, PACS, Non-Hazardous Aqueous Cleaning Solution, Process Wastewater, Phosphogypsum

Stack System Wastewater, BHT Effluent from pipes, tanks, process equipment, or other storage or transport units that: (i) are part of Upstream Operations or AFIP, (ii) serve to manage, store, or transport Bevill-Exempt Wastes; or (iii) are identified as Mixed-Use, Grandfathered Units, or BHT Recovery Units in this Facility Report.  In accordance with the BMP, the BHT will also enable Mosaic to recover spills and leaks in Containable Impervious Areas described in Section VII of this Report.  The BHT may also receive transfers from the GHT in accordance with Section VI. Compliance Projects, B.2. Project Operations.

The BHT shall in turn return the recoverable streams into Upstream Operations where their values are recovered or managed through the following (Diagram 1: BHT Inputs and Effluents):

    a.  as an intermediate wash on the filter, prior to the final cake wash, to inhibit scale formation. This wash ultimately circulates back to the reactor (attack tank); and/or

    b.  as direct make up to the Phosphoric acid reactors; and/or

    c.  added to the rock grinding circuit  where it will be pH adjusted using limestone slurry; this mixture ultimately ends up in the slurry fed into the phosphoric acid reactors; and/or

    d.  discharged to the Phosphogypsum Stack System, if in compliance with the LDR standards set forth in 40 C.F.R. Part 268, Subpart D; and/or

    e.  If the $P_2O_5$ content is at least 8%, the BHT Effluent may be placed in the evaporator feed tanks for $P_2O_5$ recovery.

**Diagram 1:  BHT Inputs and Effluents[7]**



---

[7] This Figure is a simplification of the management requirements for BHT inputs and effluents.  Nothing in this Figure substitutes for or overrides the narrative descriptions in this Facility Report.



**Diagram 2: BHT Inputs and Effluents**



\* Spills and Leaks include: P2O5, H2SO4, and mixtures of the proceeding with Process
Wastewater, Phosphogypsum Stack Water and NHACS

## B. GHT Related Projects

### 1. Project Descriptions

#### Project 4: Upgrade Granulation Plants' Pads and Sumps (Upgraded Recovery System)

Mosaic will modify or install, as needed, containment pads and sumps in each granulation plant to improve the capture of spills, leaks and cleaning solutions so materials may be returned to the granulation process via the GHT. This will include the four (4) granulation plants at New Wales - #1 DAP/MAP, #3 GMAP, #2 DAP East and #2 DAP West, as identified in the New Wales Facility Report.

#### Project 5: Granulation Plant Re-slurry System (DAP2 East and West)[8]

Mosaic will install a product recovery tank, hopper, piping, steam feed, valves, agitator, and pumps to recover wet fertilizer product from the DAP 2 East & West plants. The resulting slurry will be fed to the acid scrubber system for consumption in the granulation process.

#### Project 6: Granular Holding Tank and Wash Solution System in the Granulation Plant

Mosaic will install two Granular Holding Tank (GHT)[9] systems- one in DAP2 East & West and the other in #1 DAP/MAP and #3 GMAP (Figure 14). The GHT plus piping, pumps, and instrumentation (together the "GHT system") will transport and recirculate wash solution between GHT Recovery Units and the GHT and consume the wash solution in the granulation plants (DAP2 East & West, #1 DAP/MAP and #3 GMAP) as specified in Section VI.B.2 below.

### 2. Project Operations

The GHT system will enable Mosaic to recover the value of wastes generated from the use of SACS, PACS, Non-Hazardous Aqueous Cleaning Solution, Process Wastewater, Phosphogypsum Stack System Wastewater, or GHT Effluent from pipes, tanks, process equipment, or other storage or transport units identified as GHT Recovery Units or manage those wastes as described in Section 3. Granulation Plants Cleaning Procedures of the BMP. In accordance with the BMP, the GHT will also enable Mosaic to recover spills and leaks in Containable Impervious Areas described in Section VII of this Report.

   A. The GHT shall in turn reuse or recover the recoverable streams as follows:

   a. consumed in the acid scrubber system for consumption in the granulation process; and/or

   b. consumed directly into the granulation reactor; and/or

   c. added to the re-slurry system; and/or

---

[8] DAP1 and GMAP3 already have reslurry systems for each plant.
[9] Although Mosaic plans to install more than one GHT, for simplicity this Report will use the singular "GHT" to describe any and all GHTs that will be installed at Mosaic's New Wales facility.

d.   recirculated to clean GHT Recovery Units; and/or

B.   In GHT cleaning situations identified in Section 4, GHT Cleaning - GHT Recovery Units, of the BMP, Mosaic may transfer the contents of the GHT to the BHT if they are RCRA non-hazardous.  If the contents of the GHT are hazardous only for the RCRA corrosivity characteristic (pH $\leq$ 2), Mosaic may transfer the contents to the BHT no more than two times per calendar year.  The GHT shall then be washed with a cleaning solution (SACS, PACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS).  If the wash solution is hazardous only for RCRA corrosivity (pH $\leq$2), it may be transferred to the BHT not more than two times per calendar year.  If the solution is non-hazardous, it can be transferred to the BHT or sent to the Phosphogypsum Stack System.

C.   In addition to GHT cleaning situations in B, in non-routine situations (such as mechanical failure in the Granulation Plant, unexpected plant outages, electrical power failures, hurricanes or similar weather events or unexpected problems during startups) and if the GHT is (or imminently will be) at or above 90% (full),  Mosaic may transfer GHT Effluent if non-hazardous or hazardous only for the RCRA corrosivity characteristic (pH $\leq$ 2) to the BHT, in order to create additional capacity in the GHT, until the GHT's capacity is at 50% provided that Mosaic:

i)      Manages use of the GHT to BHT transfer line by locking the valve on the transfer line or a system interlock requiring a code to activate;

ii)     Obtains approval from its area manager to make the transfer; and

iii)    Includes information on each transfer in its reports to the EPA and FDEP as required in Paragraph 41 of the CD.

If Mosaic chooses not to reuse or recover the GHT Effluent as described above, the GHT Effluent must instead be managed in accordance with RCRA.

**Diagram 3: GHT Inputs and Effluents**



* Spills and Leaks include: P2O5, H2SO4 and mixtures of the proceeding with Process
Wastewater, Phosphogypsum Stack Water and NHACS

# VII. Containment of Phosphoric Acid Product Spills and Leaks

Any impervious[10] manufacturing or storage areas not identified in this section as Containable
Impervious Areas are considered to be Non-Segregable Areas.

## Non-Segregable Areas

Mosaic New Wales Phosphoric Acid Plant has approximately 80% impervious surfaces with about
50% of it being acid brick and vinyl ester resin lined. The concrete pad is sloped towards concrete-
lined trenches that transport any leaks and spills to the Phosphogypsum Stack System (Figure 8).
Process water flows through the trenches at a rate of approximately 86,000 GPM to the
Phosphogypsum Stack system. Due to the engineered slope of the concrete pad in these areas and
the configuration of the Phosphoric Acid Plant, small spills and leaks of phosphoric acid and
sulfuric acid onto the concrete pad cannot be feasibly segregated ("non-segregable areas") and are
mixed in the trenches with the Process Wastewater flowing to the Phosphogypsum Stack system
and managed pursuant to Appendix 5, BMP. Mosaic may manage small spills and leaks of acid
within the concrete areas of the Phosphoric Acid plant (Figure 8) in accordance with the BMP.

## Containable Impervious Areas

a. Phosphoric Acid Unloading (post BHT project) (Figure 9)

---

[10] Note, the use of the term "impervious" in this section does not refer to a particular definition of impervious or a
particular leakage rate, but instead is used to mean a surface barrier to penetration, such as concrete, liners, steel,
epoxy, etc. The term impervious in this section does not include gravel or soil.

b. GMAP3 Phosphoric Acid Tank (Figure 8)
c. GMAP3 (Figure 8)
d. DAP1 54 Tank (Figure 8)
e. DAP1 Plant (Figure 8)
f. PMAP (Figure 8)
g. DAP2 East (Figure 8)
h. DAP2 54 Day Tank (Figure 8)
i. DAP2 West (Figure 8)

Spills and leaks of phosphoric acid, sulfuric acid, and cleaning solutions onto impervious areas designated by Figure 9 and Figure 10 ("containable impervious areas") shall be separately contained and then recovered in accordance with the BMP. The foregoing shall not relieve Mosaic of its obligations under any applicable law.

## Other Areas

Any leak or spill of a hazardous material, including phosphoric acid and sulfuric acid, that is not contained within the Containable Impervious Areas or Non-Segregable Areas of the plant shall be managed in accordance with the BMP. The foregoing shall not relieve Mosaic of its obligations under any applicable law.

## VIII. Proposed Phosphoric Acid Production Operations

Mosaic has advised EPA and FDEP that it is considering one or more of the following projects at its New Wales facility, but planning has not evolved to where detailed information is available.

Figure 11 depicts Upstream, Mixed-Use, and BHT Recovery Units. In the event that Mosaic reconfigures its Facility in accordance with Figure 12 and Figure 13 or Diagrams 4-7, then Figure 12 and Figure 13 shall replace Figure 11 as identifying Upstream Operations, Grandfathered Units, BHT Recovery Units and Mixed-Use Units for the Phosphoric Acid plant.

However, the Consent Decree does not bind Mosaic to implement the proposed project(s) as depicted in Figure 12 and Figure 13 or Diagrams 4-7. If Mosaic chooses to implement any changes through a different process than any of those depicted in Figure 12 and Figure 13 or Diagrams 4-7 in this Facility Report, then it shall be modified prior to implementation pursuant to Section XVIII (Modification) of the Consent Decree and EPA and FDEP will determine whether the new process as designed involves Upstream Units, Mixed-Use Units, BHT Recovery Units or Downstream Units and amend the Facility report to memorialize those determinations consistent with the descriptions below. Such determination shall be conditioned upon the new process being built substantially as designed. If the new process deviates from that standard, EPA and FDEP will determine whether the new process as built involves Upstream Operations, Mixed-Use Units, Grandfathered Units, BHT Recovery Units or Downstream Operations and amend the Facility Report to memorialize those determinations consistent with the descriptions below.

*

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.



* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.



## IX. Non-Phosphoric Acid Production Proposed Projects

Mosaic has advised EPA and FDEP that it is considering one or more of the following projects at its New Wales Facility, but planning has not evolved to where detailed information is available. Once Mosaic decides to implement one of these proposed project and the project has identifiable units

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

associated with the process, Mosaic should confer with FDEP and EPA to assign unit designations and modify the Facility Report.

↓ ███████████████████

# X. Authorized Future Installations

This section applies to future installations that were not considered based on current or proposed projects.

A. <u>Procedure</u>

The projects in (B) below will be deemed part of Upstream Operations, Mixed-Use Units, BHT Recovery Units or Grandfathered Units as applicable, when installed within contained concrete areas and will not require prior approval by FDEP or EPA provided that:

  i)   Mosaic's Phosphogypsum Stack System is in compliance with the requirements of Appendix 1, Attachment B (Groundwater and Zone of Discharge Requirements), Attachment C (Phosphogypsum Stack System Construction and Operational Requirements) of the Consent Decree, and that Mosaic is in compliance with the Financial Assurance requirements of the Consent Decree (Paragraph 25 and Appendix 2); and

  ii)  Mosaic provides EPA and FDEP with written notice at least 90 Days in advance of the reconfiguration or installation of said project.

However, if as a result of circumstances that require Mosaic to install or reconfigure such equipment in less than 90 Days from the time a decision is made to undertake such action, Mosaic shall provide written notice to FDEP and EPA as soon as possible and in all events prior to the installation or reconfiguration of such equipment;

  (iii) Mosaic obtains and/or modifies any permit(s) required by local, state, or federal agencies; and

  (iv)  Mosaic submits to FDEP and EPA for approval a modified version of this Facility Report with the changes identified at least 60 Days in advance of the reconfiguration or installation of said project; and

  (v)   if applicable, Mosaic submits to FDEP and EPA for approval any modified section(s) of Appendix 5, BMP at least 45 Days in advance of the reconfiguration or installation of said project.

B. <u>Future Installations</u>

  1.  Any existing tank within the battery limits of the Phosphoric Acid Plant (Figure 11), which may or may not be storing phosphoric acid, can be converted to phosphoric acid storage service up to, but excluding Merchant Grade Acid.  Any tank placed into phosphoric acid storage service shall be structurally adequate and physically compatible with the contents of the tank.

  2.  Up to a total of two (2) new phosphoric acid tanks storing First Saleable Product may be added within the battery limits of the Phosphoric Acid Plant (Figure 11), where the stored

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

phosphoric acid product in the new tank(s) will be sent for use in Granulation so long as the new unit performs the same function as the existing Grandfathered or BHT Recovery Unit tank identified in this Facility Report. The installation of more than two (2) such tanks shall require advance approval by EPA and FDEP in order to be considered a BHT Recovery Unit or Grandfathered Unit.

3. APCDs (scrubbers) may be newly installed, replaced, or modified if they are servicing Upstream Units, Animal Feed Ingredient Production, or Mixed-Use Units identified in this Facility Report. APCDs may not be reconfigured to service any Downstream Operations or any chemical processes which they are not serving as identified in this Report.

4. Phosphoric acid piping systems and underflow piping systems associated with Upstream, Mixed-Use Units, BHT Recovery Units, or Grandfathered Units identified in this Facility Report may be installed, replaced, or modified provided that the replacement or modified systems are located within the battery limits of the Phosphoric Acid Plant (Figure 11) or the Tank Farms, excluding DAP, and serve only the phosphoric acid production operations identified in this Report for those Upstream, Mixed-Use Units, BHT Recovery Units, or Grandfathered Units.

# Appendix:  Tables and Figures

Figure 1:  Mosaic New Wales Process Flow Diagram. .......................................................................36
Table 2:  Transfer of phosphoric acid between Phosphoric Acid Production and AFIP (corresponds with Figure 2)................................................................................................................................37
Figure 2:  Transfer of phosphoric acid between Phosphoric Acid Production and the AFIP Plant (corresponds with Table 2) ........................................................................................................37
Table 3:  BHT Recovery Unit transfer of phosphoric acid between the Phosphoric Acid Plant and Truck Loading/Unloading (corresponds with Figure 3) ....................................................................38
Figure 3:  BHT Recovery Unit transfer of phosphoric acid between the Phosphoric Acid Plant and Truck Loading/Unloading (corresponds with Table 3)........................................................................39
Table 4:  BHT Recovery Units transfer of phosphoric acid between Phosphoric Acid Production and #1 DAP/MAP and PMAP (corresponds with Figure 4).......................................................................40
Figure 4:  BHT and GHT Recovery Units transfer of phosphoric acid between Phosphoric Acid Production and #1 DAP/MAP and PMAP (corresponds with Table 4)..............................................41
Table 5:  BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #3 GMAP (corresponds with Figure 5) .......................................................................................42
Figure 5:  BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #3 GMAP (corresponds with Table 5) ........................................................................................43
Table 6:  BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #2 DAP (corresponds with Figure 6). .........................................................................................44
Figure 6:  BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #2 DAP (corresponds with Table 6)............................................................................................45
Table 7:  BHT Recovery Units for transfer of phosphoric acid between Centrifuge Product Tank and Merchant Grade Acid Tanks (corresponds with Figure 7) ...........................................................46
Figure 7:  BHT Recovery Units for transfer of phosphoric acid between Centrifuge Product Tank and Merchant Grade Acid Tanks (corresponds with Table 7)...................................................................46
Figure 8:  Ditch and Swale Diagram at Phosphoric Acid Plant ...........................................................47
Figure 9:  Containable Impervious Areas in Phosphoric Acid (post BHT project) ............................48
Figure 10:  Containable Impervious Areas in Granulation ..................................................................49
Figure 11:  Equipment Configuration at Phosphoric Acid .................................................................50
Figure 12:  Proposed Projects Layout ................................................................................................51
Figure 13:  Proposed Configuration (post installation of proposed projects) at Phosphoric Acid Plant and DAP1/GMAP GHT.................................................................................................................52
Figure 14:  Proposed Preliminary Locations for Granulation Holding Tanks ....................................53



Figure 1: Mosaic New Wales Process Flow Diagram.

**Table 2:  Transfer of phosphoric acid between Phosphoric Acid Production and AFIP (corresponds with Figure 2)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft) [11] |
|---|---|---|---|---|---|
| **Phosphoric Acid Plant to AFP Plants** | 54% Acid | AFI Transfer Line | Transfers clarified or merchant grade 54% acid from the 54E ROP, 54W ROP, 54N ROP, B-Merchant or C-Merchant tanks to batch tanks A, B, C or D tanks. | As needed | 1,420 |
| | Estimate for Existing Lines | | Total Estimated Piping Length (ft) | | 1420 |
| | | | Estimated Vertical Runs- Basis 20% Factor (ft) | | 280 |
| | | | Total Estimated Piping Length (ft) | | 1700 |

**Figure 2:  Transfer of phosphoric acid between Phosphoric Acid Production and the AFIP Plant (corresponds with Table 2)**



---

[11] The lengths listed in this chart are estimates based on interpreting Google Earth images.  The actual lengths may differ.

**Table 3:  BHT Recovery Unit transfer of phosphoric acid between the Phosphoric Acid Plant and Truck Loading/Unloading (corresponds with**

**Figure 3)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft)[12] |
|---|---|---|---|---|---|
| Truck Unloading to/from Phosphoric Acid Plant | 54% Acid | Transfer Line | Transfers 54% acid between Truck Loading/Unloading and the 54E ROP, 54W ROP | As needed | 230 |
| | 54% Acid | Loading Line | Transfers 54% acid between Truck Loading/Unloading and the 54E ROP, 54W ROP | As needed | 230 |
| | Estimate for Existing Lines | | Estimate Length - Plan View (ft) | | 230 |
| | | | Estimated Vertical Runs- Basis 20% Factor (ft) | | 50 |
| | | | Total Estimated Piping Length (ft) | | 280 |

[12] The lengths listed in this chart are estimates based on interpreting Google Earth images.  The actual lengths may differ.

**Figure 3:  BHT Recovery Unit transfer of phosphoric acid between the Phosphoric Acid Plant and Truck Loading/Unloading (corresponds with Table 3)**



**Table 4: BHT Recovery Units transfer of phosphoric acid between Phosphoric Acid Production and #1 DAP/MAP and PMAP (corresponds with Figure 4)**

| Service | Name | Description | Cleaning Frequency | Estimated Length (ft)[13] |
|---|---|---|---|---|
| 30% Acid | 30 Reg | Transfers 30% acid from Green Acid Tank to #1 DAP/MAP Scrubber | As needed | 1,000 |
| 30% Acid or 54% acid | AP | Transfers 30% acid from Green Acid Tank to #1 DAP/MAP Scrubber or Transfer clarified 54% acid from the 54E ROP, 54W ROP or 54N ROP to the DAP1 54 Tank | As needed | 1,000 |
| 54% Acid | 54 Reg Line | Transfer clarified 54% acid from the 54E ROP, 54W ROP or 54N ROP to the DAP1 54 Tank | As needed | 1,100 |
| 54% Acid | Merchant Transfer Line | Transfers 54% Merchant Grade Acid from the Merchant B or Merchant C tanks to the DAP1 54 Tank. | As needed | 1,100 |
| 54% Centrifuge Sludge | MAP Sludge Line | Transfers 54% acid sludge from the Centrifuge Sludge Tank, 54E ROP or 54W ROP to the MAP Sludge Tank or PMAP Day Tank. | As needed | 1080 |

[13] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

| | | Estimate Length - Plan View (ft) | 5280 |
|---|---|---|---|
| | Estimate for Existing Lines | Estimated Vertical Runs - Basis 20% Factor (ft) | 1060 |
| | | Total Estimated Piping Length (ft) | 6340 |

**Figure 4: BHT and GHT Recovery Units transfer of phosphoric acid between Phosphoric Acid Production and #1 DAP/MAP and PMAP (corresponds with Table 4)**



**Table 5: BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #3 GMAP (corresponds with Figure 5)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft)[14] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to #3 MAP | 30% Acid | 30 Reg | Transfers 30% acid from Green Acid Tank to #3 GMAP Scrubber | As needed | 580 |
| | 54% Acid | 54 Reg Line | Transfer clarified or merchant grade acid from the E ROP, W ROP or N ROP, B-Merchant or C-Merchant Tanks to the #3 GMAP 54 Acid Day Tank | As needed | 950 |
| | 54% Sludge | Sludge Line | Transfers 54% acid centrifuge sludge from the MAP Acid Sludge Tank (026) to the #3 GMAP 54 Acid Day Tank | As needed | 590 |
| | 54% Acid | 54 Spare Line | Transfer clarified or Merchant Grade Acid from the E ROP, W ROP or N ROP, B-Merchant or C-Merchant Tanks to the #3 GMAP 54 Acid Day Tank | As needed | 950 |
| | Estimate for Existing Lines | | Estimate Length - Plan View (ft) | | 3,650 |
| | | | Estimated Vertical Runs- Basis 20% Factor (ft) | | 730 |
| | | | Total Estimated Piping Length (ft) | | 4,380 |

[14] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 5: BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #3 GMAP (corresponds with Table 5)**



**Table 6: BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #2 DAP (corresponds with Figure 6).**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft)[15] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to #2 DAP/MAP | 30% Acid | 30 Reg | Transfers 30% acid from Green Acid Tank to #2 DAP/MAP Scrubber | As needed | 1,450 |
| | 30% Acid | 30 Raffinate or AP | Transfers 30% acid from Green Acid Tank to #2 DAP/MAP Scrubber | As needed | 1,450 |
| | 54% Acid | 54 Reg Line | Transfers clarified 54% acid from the E ROP, W ROP or N ROP to the DAP2 54 Tank | As needed | 2,600 |
| | 54% Acid | Merchant Transfer Line | Transfers 54% Merchant Grade Acid from the B-Merchant or C-Merchant tanks to the DAP2 54 Tank. | As needed | 2,600 |
| | 30% Acid or 54% Acid | AP | Transfers 30% acid from Green Acid Tank to #2 DAP/MAP Scrubber; or Transfers clarified 54% acid from E ROP, W ROP or N ROP to the DAP2 54 Tank | As needed | 2,600 |
| | Estimate for Existing Lines | | Estimate Length- Plan View (ft) | | 10,700 |
| | | | Estimated Vertical Runs- Basis 20% Factor (ft) | | 2,140 |
| | | | Total Estimated Piping Length (ft) | | 12,840 |

---

[15] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 6: BHT Recovery Units for transfer of phosphoric acid between Phosphoric Acid Production and #2 DAP (corresponds with Table 6)**



**Table 7: BHT Recovery Units for transfer of phosphoric acid between Centrifuge Product Tank and Merchant Grade Acid Tanks (corresponds with Figure 7)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft)[16] |
|---|---|---|---|---|---|
| Centrifuge to Merchant Tank Transfer | Merchant Acid | Centrifuge Product Line | Transfers merchant acid from centrifuges to Centrifuge Product Tank (0071) to B-Merchant and C-Merchant Tanks. | As needed | 390 |
| | Estimate for Existing Lines | | Estimate Length - Plan View (ft) | | 390 |
| | | | Estimated Vertical Runs - Basis 20% Factor (ft) | | 80 |
| | | | Total Estimated Piping Length (ft) | | 470 |

**Figure 7: BHT Recovery Units for transfer of phosphoric acid between Centrifuge Product Tank and Merchant Grade Acid Tanks (corresponds with Table 7)**



---

[16] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 8: Ditch and Swale Diagram at Phosphoric Acid Plant**



**Figure 9:  Containable Impervious Areas in Phosphoric Acid (post BHT project)**



**Figure 10: Containable Impervious Areas in Granulation**



**Figure 11: Equipment Configuration at Phosphoric Acid**



6: 8% Tank (#2 Filtrate off Belt Filters)
7: East Train Filtrate Seal Tank
8: West Train Filtrate Seal Tank
9: Third Filtrate Seal Tank
11: B-Merchant Acid Tank
12: C-Merchant Acid
14: East ROP (54% P2O5) Clarifier
15: West ROP (54% P2O5) Clarifier
16: North ROP (54% P2O5) Clarifier
17: No.1 Aging Tank (54% P2O5)
18: No.2 Aging Tank (54% P2O5)
19: North & South Centrifuges (52% P2O5)
20: 40% Belt Filter Seal Tank E, 40% Belt Filter Seal Tank W

24: West 30% Evap Feed
25: East 30% Evap Feed
1st Stage Evaps - #7, 1E, 1W, 1A, 1B, 1C
2nd Stage Evaps - 2E, 2W, 2T
3rd Stage Evaps - 3E, 3W, 3T
34: Area 10 #1 30% Clarifier
35: Area 10 #2 30% Clarifier
36: #1 Clarifier Overflow
37: #2 Clarifier Overflow
45: 3rd Condensate Transfer Tank
47: Cooling Water Pump Tank
48: East Train Phosphoric Acid Reactor
49: West Train Phosphoric Acid Reactor

51: Third Train Phosphoric Acid Reactor
52: East 40% Clarifier
53: West 40% Clarifier
54: 3rd 40% Clarifier
57: 40% Surge
58: Centrifuge Sludge Tank
60: 40% Clarifier Underflow/MAP
61: Area 10 East 30% Acid (30% clarifier feed)
62: Area 10 West 30% Acid (30% clarifier feed)
64: Green Acid (30% P2O5)
66: Scrub Tank
69: 3rd 30% Evap Feed
71: Centrifuge Product Tank

50

**Figure 12:  Proposed Projects Layout**



*\* = Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.*

**Figure 13: Proposed Configuration (post installation of proposed projects) at Phosphoric Acid Plant and DAP1/GMAP GHT**



\* = Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.

**Figure 14: Proposed Preliminary Locations for Granulation Holding Tanks**



*\* = Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.*

# APPENDIX 4
**FACILITY REPORT**
**RIVERVIEW COMPLEX**
**EXECUTIVE SUMMARY**

These summary tables provide an overview of the Upstream, Downstream, Mixed-Use, Grandfathered, and Recovery Units at Mosaic Fertilizer LLC's (Mosaic) Riverview Facility. For Upstream Operations, the table only includes tanks that store phosphoric acid prior to the generation of the First Saleable Product. Piping associated with those tanks is considered part of Upstream Operations unless designated otherwise in the Facility Report. Nothing in these summary tables overrides subsequent details provided in diagrams and text.

**Table 1: Unit Designations**

| Units in Upstream Operations | | | |
|---|---|---|---|
| Tank Name | Tank No. from Figure 13 and 15 | Phosphoric Acid Service (%) | Alternate Name(s)/asset number |
| Phosphoric Acid Dorrco Reactor | 01 | 30 | ***Dorrco Reactor/Digester[1]***, Dorrco Reactor |
| Phosphoric Acid Dorrco Digester | 02 | 30 | ***Dorrco Reactor/Digester***, Digester or DOR2-A |
| Phosphoric Acid Reactor | 03 | 30 | ***Prayon Reactor*** |
| No. 1 Filter, Filtrate Tank | 04 | 30 | ***Vacuum Filter #1***, #1 Filter, 212306 |
| No. 2 Filter, Filtrate Tank | 05 | 30 | ***Vacuum Filter #2***, #2 Filter, 31T24 |
| No. 3 Filter, Filtrate Tank | 06 | 30 | ***Vacuum Filter #3***, *#3 Filter*, 41T001 |
| ***Gypsum Slurry Tank*** | 04 | Gypsum slurry | Gyp Tank or 21T09 |
| ***Gypsum Slurry Tank*** | 05 | Gypsum slurry | Gyp Tank or 31T09 |
| ***Gypsum Slurry Tank*** | 06 | Gypsum slurry | Gyp Tank or 41T002 |
| 30% CFT | 07 | 30 | ***28% Clarifier Feed Tank***; 30 CFT or 55T001 |
| 30% Clarifier | 08 | 30 | ***28% Acid Clarifier*** or |
| No. 1 EFT | 10 | 30 | ***#1, #2, #3 Evaporator Feed Tanks***, #1 EFT; 26T01 |
| 43 CFT | 11 | 43 | ***43% Clarifier Feed Tank*** or 26T02 |
| No. 3 EFT | 12 | 30 | ***#1, #2, #3 Evaporator Feed Tanks***, or 26T03 |
| 1-4 Evaporators | 13 | 30-43 | ***First Stage Evaporators (1/2/3/4*** or 1EVAP01, 2EVAP01, 3EVAP01 or 4EVAP01) |

[1] Names that are used in the Process Flow Diagram (Figure 4) are shown in **bold italic** font

| | | | |
|---|---|---|---|
| 9-11 Evaporators | 14 | 30-43 | ***First Stage Evaporators*** (*/9/10/11*) or 9EVAP01, 10EVAP01 and 11EVAP01 |
| ***43% Clarifier*** | 16 | 43 | 43 Clarifier, 29T01 |
| No. 4 EFT | 17 | 43 | ***#4 Evaporator Feed Tank***; 26T04 or Second stage feed tank |
| 5-8 Evaporators | 18 | 43-54 | ***Second Stage Evaporators*** (*4/5/6/7/8*) *or* 4EVAP01, 5EVAP01, 6EVAP01 or 7EVAP01 and 8EVAP01 |
| ***Gypsum Slurry Surge Tank*** | 25 | N/A | Gyp tank on the hill or 50T010 or 51T010 |
| East SACS Wash Tank | 15 | 40 or 54 | ***East 5% Tank*** |
| West SACS Wash Tank | 30 | 40 or 54 | ***West 5% Tank*** |
| No. 3 Scrubber | 26 | N/A | ***#3 Filter Scrubber***; APCD or 40E003 |
| Dorrco Scrubber | 27 | N/A | Phosphoric Acid Dorrco Vescor Scrubber; ***Dorrco Vescor Scrubber***, APCD or 30SCBR01 |
| ***Digester Scrubber*** | 28 | N/A | APCD or 30SCBR02 |
| Prayon Scrubber | 29 | N/A | ***Prayon Teller Scrubber***; APCD, Phosphoric Acid Teller Scrubber or 20SCBR01 |

| Mixed Use Units | | | |
|---|---|---|---|
| Tank Name | Tank No. from Figures 13 and 15 | Phosphoric Acid Service (%) | Alternate Name(s)/asset number |
| 300K Tank | 09 | 30 | ***Clarified 30% Acid Storage***; 30% Acid Storage Tank or 24T19 |
| 54 CFT | 19 | 54 | ***54% Clarifier Feed Tank*** or 24T17 |
| ***54% Clarifier*** | 20 | 54 | 54 Clarifier or 55CL002 |

| Big Holding Tank Recovery Units (Tanks) | | | | |
|---|---|---|---|---|
| Tank Name (as appears in referenced figure) | Figure No. | Tank No. in Figures | Phosphoric Acid Service (%) | Alternate Name(s)/asset number |
| FSA Scrubber Liquor Tank | Figure 13; Figure 15 | 21 | FSA | ***Scrubber Liquor Tank*** or 25T12 |
| FSA "A" Tank | Figure 13; Figure 15 | 22 | FSA | ***FSA Product Tanks*** or 25T07 |
| FSA "B" Tank | Figure 13; Figure 15 | 23 | FSA | ***FSA Product Tanks*** or 25T08 |
| FSA "C" Tank | Figure 13; Figure 15 | 24 | FSA | ***FSA Product Tanks*** or 25T09 |

| North SACS Wash Tank | Figure 13 | 31 | Cleaning solution | ***North 5% tank*** |
|---|---|---|---|---|
| East Dock Tank | Figure 7, Figure 8 | labeled | 54 | East PFS tank or 25T11 |
| West Dock Tank | Figure 7, Figure 8 | labeled | 54 | West PFS tank or 25T10 |
| No.5 DAP 54% Acid Tank | Figure 8 | labeled | 54 | 54% Day Tank or 33T01 |
| 60K Tank | Figure 7 | labeled | 54 | #6 DAP/MAP 54% Acid Tank or 30T04 |
| Pond Water Neutralization Tank | Figure 9 | labeled | Neutralized Process Wastewater | |
| Big Holding Tank (BHT) | Figure 15 | 36A | Cleaning solution | BHT |
| BHT backup Tank | Figure 15 | 36B | Cleaning solution | BHT |

| Big Holding Tank Recovery Units (Transfer Lines) | | | | | |
|---|---|---|---|---|---|
| Line Name | Phosphoric Acid Service (%) | From | To | Figure No. | |
| East 54 Clarifier Feed Line | Unclarified 54 | 54 CFT | Truck Loading | Table 2/Figure 5 | |
| FSA Shipping | FSA | FSA A Tank FSA B Tank FSA C Tank | A & B to railcars and trucks, C to trucks only | Table 3/Figure 6 | |
| "A-30" Line | 30 | 300K Tank | #5 DAP | Table 6/Figure 8 | |
| "B-30" Line | 30 | 300K Tank | #5 DAP or #6 DAP/MAP | Table 5/Figure 7; Table 6/Figure 8 | |
| "C-30" Line | 30 | 300K Tank | #6 DAP/MAP | Table 5/Figure 7 | |
| "Unders" Line to MAP (North/South Lines) | 54 | 54 Clarifier | 54% Acid Tank at #6 DAP/MAP | Table 5/Figure 7 | |
| East 54% Overs Line (also called South Shipping Line in FSA shipping area) | 54 | 54 Clarifier | East Dock Tank or West Dock Tank | Table 4/Figure 7 and Figure 8 | |
| East transfer line | 54 | East Dock Tank | #5 DAP or #6 DAP/MAP Tank | Table 5/Figure 7, Table 6/Figure8 | |
| West 54% Overs Line (North Shipping Line in FSA shipping area) | 54 | 54 Clarifier | West Dock Tank or East Dock Tank | Table 4/Figure 7 and Figure 8 | #5 DAP or #6DAP/MAP Tank |

| West Transfer Line at the West Dock Tank | 54 | West Dock Tank | #5 DAP or #6 DAP/MAP Tank | Table 5/Figure 7, Table 6/Figure 8 |
|---|---|---|---|---|
| Pond Water Neutralization Line | Neutralized process wastewater | Pond Water Neutralization Tank | Rock Grinding | Table 7/Figure 9 |

| Grandfathered Units | | | | |
|---|---|---|---|---|
| Tank Name | Tank No. from Figure 13 & Figure 15 | Phosphoric Acid Service (%) | Alternate Name(s) | |
| FSA Swift Towers | Orange circles co-located with Tanks 13, 14 and 18 | FSA | FSA recovery on ***First Stage Evaporators (1/2/3/4[2]/9/10/11)*** and ***Second Stage Evaporators (4/5/6/7/8)*** or 1SCBR01, 2SCBR01, 3SCBR01, 4SCBR01, 5SCBR01, 6SCBR01, 7SCBR01, 8SCBR01, 9SCBR01, 10SCBR01 | ***1st Stage Evap FSA Seal Tanks*** |
| FSA Seal Tanks | Orange circles co-located with Tanks 13, 14 and 18 | FSA | FSA recovery on ***First Stage Evaporators (1/2/3/4/9/10)*** ***and*** ***Second Stage Evaporators (4/5/6/7/8)*** or 1T001, 2T001, 3T001, 4T001, 9T001, 10T001, 5T001, 6T001, 7T001 and 8T001 | ***1st Stage Evap FSA Seal Tanks*** |

| Granular Holding Tank Recovery Units | | | |
|---|---|---|---|
| Tank Name | Tank No. | Service | Alternate |

---

[2] Evaporator 4 is a swing evaporator that can be used for either 1st or 2nd stage evaporation.

| | from Figure 12 | | Name(s) |
|---|---|---|---|
| Granular Holding Tank | To be determined (TBD) | Cleaning solution | GHT |
| GHT Recovery Units described in section V.B. below | | Ammoniated slurry / granulated product | |

**APPENDIX 4**
**FACILITY REPORT**
**MOSAIC FERTILIZER, LLC**
**RIVERVIEW COMPLEX**
**EPA ID NO.  FLD 064 696 107**

## Table of Contents

I. Introduction ...................................................................................................................7

II. Background ..................................................................................................................10

III. First Saleable Products at Mosaic ..............................................................................11

IV. Phosphoric Acid and FSA Production - Phosphoric Acid Plant................................11

*A. Standard Acid Flow Configuration* .........................................................................11

*B. Alternative to Standard Acid Flow Configuration* ..................................................13

*C. Phosphoric Acid Transfer to Downstream Operations* ............................................14

*D. Fluorosilicic Acid (FSA) Standard Process Configuration* .....................................15

*E. Ammoniated Process Wastewater Transfer (BHT Recovery Units)* .........................17

V. Configuration Equipment Designations ......................................................................18

*A. Phosphoric Acid Plant and FSA* .............................................................................18

*1. Upstream Operations* ..............................................................................................18

*2. Mixed-Use Units* .....................................................................................................19

*3. BHT Recovery Units* ................................................................................................19

*4. Grandfathered Units* ...............................................................................................21

B. Granulation Plants .....................................................................................................22

VI. Compliance Projects ..................................................................................................22

*A. BHT and Cleaning Solution Return Piping Projects* ...............................................23

1. Project Descriptions ...............................................................................................23

2. Project Operations .................................................................................................23

*B. GHT Related Projects* .............................................................................................26

1. Project Descriptions ...............................................................................................26

2. Project Operations .................................................................................................26

VII. Containment of Phosphoric Acid Product Spills and Leaks ....................................28

VIII. Proposed Phosphoric Acid Production-Related Operations....................................29

IX. Non-Phosphoric Acid Production Proposed Projects .................................................31

X. Authorized Future Installations...................................................................................31

Appendix: Figures and Tables .........................................................................................33

# I. Introduction

All capitalized terms not otherwise defined in this Facility Report shall have the meaning set forth in the Consent Decree.

## A. Purpose

The purposes of this Facility Report are to:

1. Identify Mosaic Fertilizer, LLC's (Mosaic) Upstream Operations (Upstream), and Downstream Operations (Downstream) at its Riverview Facility (Mosaic Riverview), its Mixed-Use air pollution control devices (APCDs), and Mixed-Use tanks, pipes, and other ancillary equipment involved in the production of phosphoric acid.
2. Identify certain units associated with Downstream Operations from which the cleaning wastes may be managed with wastes from Upstream Operations due to the particular configuration of the Facility (Grandfathered Units).
3. Identify compliance projects set forth in Section VI. Compliance Projects of this Report, including the Big Holding Tank (BHT) and the Granular Holding Tank (GHT).
4. Identify certain Downstream Units associated with Mosaic's BHT project (BHT Recovery Units). Waste streams from these units will be recovered into Upstream Operations as designated in this Report or to the BHT in accordance with Section VI. Compliance Projects of this Report.
5. Identify certain Downstream Units associated with Mosaic's GHT project (GHT Recovery Units). Waste streams from these units will be recovered in the Granulation process as designated in this Report or to the GHT in accordance with Section VI. Compliance Projects of this Report.
6. Address phosphoric acid product spills and leaks in accordance with Section VII. Containment of Phosphoric Acid Product Spills and Leaks of this Report.
7. Identify categories of future equipment installations, some wastes from which may be co-managed with Bevill Exempt wastes when meeting the conditions set forth in Sections VIII. Proposed Phosphoric Acid Production-Related Operations, IX. Non-Phosphoric Acid Production Proposed Projects and X. Authorized Future Installations of this Report.

Hazardous wastes generated from the production of sulfuric acid, wastes related to the transport of sulfuric acid to the phosphoric acid plant, and wastes generated from the cleaning of sulfuric acid transportation-related equipment are not within the scope of this Report.

## B. Overview[3]:

A major purpose of the Facility Report is to specify how Mosaic shall handle wastes from designated units at the Riverview Facility. For the units designated as part of Upstream or Downstream Operations or identified as Mixed-Use, Grandfathered, Big Holding Tank (BHT) Recovery or Granular Holding Tank (GHT) Recovery Units, wastes shall be handled as described below. The potential influents to the designated units are: BHT Effluent, Fluorosilicic Acid (FSA), Fluorosilicic

---

[3] This Overview Section summary is provided solely for informative purposes and does not replace, modify, or supersede the provisions specified in the Consent Decree or the substantive terms in the succeeding sections of this Facility Report.

Acid Cleaning Solution (FSACS), GHT Effluent, Non-Hazardous Aqueous Cleaning Solution (NHACS), Phosphogypsum Stack System Wastewater, Phosphoric Acid Cleaning Solution (PACS), Process Wastewater, Sulfuric Acid Cleaning Solution (SACS) and spills and leaks of phosphoric acid, sulfuric acid, and FSA in Containable Impervious Areas.

   A.  <u>Wastes generated from Upstream/Mixed-Use/Grandfathered Operations</u>.

      1.  <u>Cleaning Solutions Wastes</u>.
         a.  If NHACS, Phosphogypsum Stack System Wastewater, and/or Process Wastewater have been used to clean these units, the wastes from these units may be input to Upstream Operations or discharged to the Phosphogypsum Stack System.

         b.  Prior to commencement of the BHT, if FSACS, SACS, or PACS are used to clean these units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following commencement of operations of the BHT, if FSACS, SACS, PACS or BHT Effluent are used to clean these units, the wastes from these units may be input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report, except in the case of a BHT process upset (see below).

         c.  Following commencement of operations of the BHT, if Mosaic does not utilize the BHT to recover cleaning wastes identified in (b) above, or if any cleaning solutions other than those listed in (a) & (b) above are used to clean these units, Mosaic shall make a RCRA hazardous waste determination and manage the wastes in accordance with RCRA.

      2.  <u>Scrubber Wastes</u>. Wastes from normal operations (i.e., scrubber effluent) may be input to Upstream Operations or discharged to the Phosphogypsum Stack System. Scrubber cleaning wastes must be managed as described in A.1. above.

      3.  <u>Spills and Leaks</u>. These are handled in accordance with the BMP and Section VII. Containment of Phosphoric Acid Product Spills and Leaks. Spills and leaks of phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS or BHT Effluent in Containable Impervious Areas may be returned to a tank with similar material or input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report. Spills and leaks of Process Wastewater, Phosphogypsum Stack System Wastewater or NHACS in Containable Impervious Areas may also be returned to the BHT, when these spills and leaks are mixed with phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS or BHT Effluent.

   B.  <u>Wastes generated from BHT and BHT Recovery Units</u>.

      1.  BHT Recovery Units. Prior to commencement of the BHT, if SACS, PACS, FSACS, NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater are used to clean BHT Recovery Units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following commencement of operations of the

BHT, if SACS, PACS, FSACS, NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or BHT Effluent are used to clean BHT Recovery Units, the wastes from these units may be input to the BHT for use in Upstream Operations in accordance with Section VI. Compliance Projects of this Report or managed in accordance with Section 3. Phosphoric Acid Plant Cleaning Procedures (Phosphoric Acid Tank and Equipment Cleaning – BHT Recovery Units) and Section 3. Granulation Plants Cleaning Procedures of the Best Management Practices Plan (BMP).

2. BHT.  Influents to the BHT are limited to the following: (i) wastes generated from the use of SACS, PACS, FSA, FSACS, NHACS, Phosphogypsum Stack System Wastewater, Process Wastewater, and BHT Effluent; (ii) spills and leaks of phosphoric acid, sulfuric acid, and FSA in Containable Impervious Areas; (iii) sulfuric acid for SACS make-up; (iv) spills and leaks per A.3 above; and (v) GHT Effluent.  BHT operation is described in Section VI.A. 2. Project Operations of this Report.  BHT Effluent may be input to Upstream Operations or used for cleaning of the BHT Recovery Units and returned to the BHT.  The BHT itself is designated a BHT Recovery Unit, and therefore for wastes generated from cleaning the BHT itself, see B.1 above.

3. Process Upset.  In the event of a process upset that prevents the recovery of cleaning solutions via the BHT, then Mosaic (1) shall not discharge to the Phosphogypsum Stack System any SACS, PACS, BHT Effluent, FSA, or FSACS used in cleaning those units affected by the process upset; and (2) shall make a RCRA hazardous waste determination of any cleaning wastes generated from BHT Recovery Units and manage such wastes in accordance with RCRA.

C. Wastes generated from Granular Holding Tank (GHT) and GHT Recovery Units.

1. GHT Recovery Units.  Prior to commencement of the GHT, if SACS, PACS, NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater are used to clean GHT Recovery Units, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015.  Following commencement of operations of the GHT, if SACS, PACS, NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or GHT Effluent are used to clean GHT Recovery Units, the wastes from these units may be input to the GHT for use in Downstream Operations in accordance with Section VI. Compliance Projects of this Report or managed in accordance with Section 3. Granulation Plants Cleaning Procedures of the BMP.

2. Influents to the GHT are limited to the following:  (i) Phosphogypsum Stack System Wastewater, Process Wastewater, Non-Hazardous Aqueous Solution, wastes generated from SACS, PACS, and GHT Effluent; (ii) spills and leaks of phosphoric acid, sulfuric acid, SACS, PACS, or GHT Effluent in Containable Impervious Areas; and (iii) spills and leaks of Process Wastewater, Phosphogypsum Stack System Wastewater or NHACS, when these spills and leaks are mixed with phosphoric acid, sulfuric acid,  SACS, PACS, or GHT Effluent.  GHT operation is described in Section VI. Compliance Projects, B. 2. Project Operations of this Report.  If GHT Effluent is not reused or transferred to the BHT in accordance with Section VI.

Compliance Projects, Mosaic shall manage GHT Effluent as described in Section 6. Wash Solution System Operation of the BMP. The GHT itself is designated a GHT Recovery Unit, and therefore for wastes generated from cleaning the GHT itself, see C.1 above

3. Process Upset. In the event of a process upset that prevents the recovery of cleaning solutions via the GHT, then Mosaic shall make a hazardous waste determination of cleaning wastes generated from those units affected by the process upset and manage them in accordance with RCRA.

D. Wastes generated from Downstream Operations only.

Prior to commencement of the GHT or BHT, the wastes from these units may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following the commencement of the operation of the GHT and BHT, if the Downstream wastes are not sent to the GHT or BHT for recovery and reuse, Mosaic shall make a hazardous waste determination of such wastes and manage them in accordance with RCRA. Following the commencement of the operation of the GHT and BHT, downstream scrubber effluent shall not be discharged to the Phosphogypsum Stack System.

## II. Background[4]

Mosaic Riverview's primary commercial products include solid ammoniated phosphate fertilizers: monoammonium phosphate (MAP) and diammonium phosphate (DAP), MicroEssentials® (MES) as well as fluorosilicic acid (FSA). DAP is manufactured in two production trains designated as #5 DAP and #6 DAP/MAP. MAP is also produced in #5 DAP or # 6 DAP/MAP. Ammonia and phosphoric acid are the primary reactants for MAP, DAP and MicroEssentials® and are consumed in the production of ammoniated fertilizers on-site.

Phosphoric acid is produced by the digestion of phosphate rock with sulfuric acid. Mosaic manufactures phosphoric acid in one production plant, with two distinct reactors on-site. The reaction yields phosphoric acid and phosphogypsum (gypsum). Gypsum is filtered from the phosphoric acid on rotating pan filters, slurried with Process Wastewater in Gypsum Slurry Tanks, and the resultant slurry is pumped to a lined Phosphogypsum Stack. Because the production of phosphoric acid is a water-intensive process and water is used throughout the process (e.g., as acid dilution, in the ball mills, evaporators, condensers, and as a pipe and tank cleaning agent), approximately 500 million to 1.5 billion gallons of Process Wastewater are constantly stored in and circulating throughout the facility's Phosphogypsum Stack System.

Mosaic Riverview deposits slurried gypsum in a clay-lined Phosphogypsum Stack (gypstack). An expansion to the gypstack is complete and is lined with 60-mil high density polyethylene (HDPE). The gypstack and the expansion are located northeast of the facility, east of US Hwy 41. The

---

[4] This Background Section is provided solely for informative purposes and is not a definitive or exhaustive description of the Facility or its operations.

combined lined gypstack operates in conjunction with the 80-mil HDPE lined Phosphogypsum Stack system.

Mosaic's Riverview Phosphogypsum Stack system is lined with 80-mil HDPE. The pond system consists of a transfer pond located directly east of the production complex, and the pond's connecting ditches. Mosaic Riverview operates the Phosphogypsum Stack System under an Industrial Wastewater Facility Permit issued by the Florida Department of Environmental Protection (FDEP).

## III. First Saleable Products at Mosaic

The line marking the division between Upstream and Downstream Operations lies at the point of generation of the First Saleable Product. Mosaic Riverview generates two phosphoric acid First Saleable Products used as direct feedstocks to MAP or DAP production:

- 30% phosphoric acid that is routed to MAP or DAP production rather than to further concentration steps;
- 54% clarified phosphoric acid (greater than 1% solids) that is also routed to either MAP or DAP production.

Riverview also produces fluorosilicic acid (FSA) as a First Saleable Product. Downstream operations at Mosaic Riverview are associated with the storage, transport or use of FSA and of the phosphoric acid First Salable Products in MAP, DAP, and MES operations.

## IV. Phosphoric Acid and FSA Production - Phosphoric Acid Plant

Figure 13 identifies Upstream Operations, BHT Recovery Units, Mixed-Use Units, and Grandfathered Units within Mosaic Riverview's Phosphoric Acid Plant.

Mosaic Riverview's Phosphoric Acid Plant has approximately 90% impervious surfaces and approximately 50% of the Plant has 40-mil HDPE liner installed below the concrete acid pads within contained areas. Below-grade concrete or acid-brick lined trenches and underground polyethylene piping throughout the Plant convey Process Wastewater from the Plant to the Phosphogypsum Stack system at a flow rate of approximately 60,000 GPM. The main Process Wastewater return ditches within the plant are composed of high performance concrete. The entire phosphoric acid plant is encompassed by a bentonite slurry wall that vertically intersects the limestone/bedrock layer.

### A. Standard Acid Flow Configuration

The Phosphoric Acid Plant produces three concentrations of phosphoric acid for use in fertilizer manufacturing: 30% $P_2O_5$[5], 43% $P_2O_5$, and 54% $P_2O_5$[6]. The 30% acid that is not used directly as feedstock to fertilizer manufacturing is further processed to 54% $P_2O_5$ in Upstream Operations. The

---

[5] All concentrations of $P_2O_5$ are approximate and fluctuate slightly.

[6] Note that although the terms $P_2O_5$ and phosphoric acid ($H_3PO_4$) are used interchangeably, the concentrations are not interchangeable. Mosaic manufactures phosphoric acid, however, in this document we refer to the concentration of the acid in terms of $P_2O_5$ concentration, rather than phosphoric acid concentration. $P_2O_5$ concentration can be converted to an approximate concentration of phosphoric acid by multiplying by 1.3808. Phosphoric acid is converted to an approximate concentration of $P_2O_5$ by multiplying by 0.7242.

standard phosphoric acid manufacturing process described below is illustrated in process flow diagram (Figure 4). Deviations from the standard acid flow configuration are necessary on periodic short-term intervals.

Mosaic Riverview produces phosphoric acid in two reactors designated as the Phosphoric Acid Reactor and the Dorrco Phosphoric Acid Reactor. The acid from both reactors mixes at the 30% Clarifier Feed Tank ("30 CFT" - 55T001). Prior to mixing at the 30 CFT (55T001), the acid flow is as follows:

Phosphoric Acid Reactor:
    Post-reactor, unclarified 30% acid is pumped through the # 3 Filter to the #3 Filter #1 Filtrate Tank (41T001) and/or through the #1 Filter #1 Filtrate Tank (212306) then to the 30 CFT (55T001).

Phosphoric Acid Dorrco Reactor:
    Post-reactor, unclarified 30% acid is pumped to the Phosphoric Acid Dorrco Digester ("Digester") for aging (additional gypsum crystallization/solids formation) and then through the #1 Filter to the #1 Filter #1 Filtrate Tank (212306) and/or through the #2 Filter to the # 2 Filter # 1 Filtrate tank (31T24) and then to the 30 CFT (55T001).

1) 30% Acid Processed to 30% Clarification (Upstream)
   - 30% acid from the 30 CFT (55T001) is pumped to the 30% Clarifier;
   - Underflow (solids) from the 30% Clarifier is pumped to either the Phosphoric Acid or Phosphoric Acid Dorrco Reactor for acid recovery;
   - Overflow (clarified acid) from the 30% Clarifier is pumped to any of the following:
     1. Clarified 30% Acid Storage ("300K" - 24T19) via "A overs" pump and transfer line;
     2. #1 Evaporator Feed Tank ("#1 EFT" - 26T01) via "B overs" and "D overs" pump and transfer line;
     3. #3 EFT (26T03) via "C overs" pump and transfer line;
     4. #3 EFT (26T03) via "D overs" pump and transfer line.
   - Evaporators are fed from the Evaporator Feed Tanks which are equalized: #1 and #3 EFTs are equalized and feed acid to the 1st stage Evaporators; #4 Evaporator Feed Tank ("EFT"- 26T04) feeds the 2nd stage Evaporators.

2) Clarified 30% Acid Processed to 43% Clarification (Upstream) or Feedstock to DAP/MAP (Downstream)
   - Clarified 30% acid is pumped from the 300K Tank (24T19) to any of the following:
     1. #1 EFT (26T01);
     2. #3 EFT (26T03) via the #3 transfer line (Upstream);
     3. #5 DAP Scrubber via the "A-30" or "B-30" Transfer Line (BHT Recovery Units);
     4. #6 DAP/MAP Scrubber via the "C-30" or "B-30" Transfer Line BHT Recovery Units).
   - 30% acid from the #1 EFT and #3 EFT is pumped to the 1st Stage Evaporators #1, 2, 3, 9, 10, and 11, where it is concentrated to 43% acid (#4 Evaporator is a swing evaporator for either 30% acid concentration to 43% acid or for 43% acid concentration to 54% acid) (Upstream);
   - 43% acid from the 1st Stage Evaporators #1, 2, 3, 9, 10, and 11, or 4 is pumped to the 43% Clarifier Feed Tank ("43 CFT"- 26T02) and then to 43% Clarifier (29T01) (Upstream);

- Underflow (solids) from the 43% Clarifier (29T01) are pumped to the 30 CFT (55T001) and the combined solids are clarified further or are pumped to either the Phosphoric Acid or Phosphoric Acid Dorrco Reactor for acid recovery (Upstream);
- Overflow (clarified 43% acid) is pumped from the 43% Clarifier (29T01) to the #4 Evaporator Feed Tank ("#4 EFT" - 26T04) (Upstream).

3) <u>43% Acid Processed to 54% Acid (Upstream)</u>
- From the #4 EFT (26T04), 43% acid is pumped to the #4 Swing Evaporator or to the #5, 6, 7, and 8 Second Stage Evaporators for concentration to 54% acid (Upstream);
- Concentrated 54% acid is pumped from the evaporators to the 54% Clarifier Feed Tank ("54 CFT"- 24T17) (Mixed-Use);
- Unclarified 54% acid is transferred from the 54 CFT (24T17) to:
    1. Truck Loading via the East 54 Clarifier feed line for clarification at the New Wales or Bartow facilities (BHT Recovery Units); and/or
    2. the 54% Clarifier (55CL002) (Mixed-use);
- Underflow (solids) from the 54% Clarifier (55CL002) is pumped to:
    1. #6 DAP/MAP 54% Acid Tank ("60K" - 30T04) for use in DAP or MAP production via the North or South 54% Unders Line (BHT Recovery Units); and/or
    2. the 30 CFT (55T001) where the combined solids from the clarifiers are pumped back to either the Phosphoric Acid or Phosphoric Acid Dorrco Reactor for acid recovery (Upstream);
- Overflow (clarified 54% acid) from the 54% Clarifier (55CL002) is pumped to the East Dock Tank (25T11) or the West Dock Tank (25T10) via the East 54% Overs Line (which becomes the South Shipping Line in the FSA shipping area and the East Fill Line at the Dock Tanks); and to the East Dock Tank (25T11) or West Dock Tank (25T10) via the West 54% Overs Line (which becomes the North Shipping Line in the FSA shipping area and the West Fill Line at the West Dock Tank) (BHT Recovery Units);
- 54% acid from the East and West Dock Tanks (25T11 and 25T10, respectively) is transferred via the East and/or West Transfer Pump to:
    1. #5 DAP 54% Acid Tank (33T01) (BHT Recovery); and/or
    2. #6 DAP/MAP 54% Acid Tank ("60K" - 30T04) (BHT Recovery).

4) <u>54% Acid Transfer between Mosaic Facilities</u>

Riverview also has capability of importing and exporting phosphoric acid. The acid is exported from the 54% Clarifier Feed Tank. Imported acid is transferred to the East and West Dock Tanks.

## *B. Alternative to Standard Acid Flow Configuration*

<u>Note</u>: Mosaic Riverview has the capability to route around all evaporator feed tanks, clarifier feed tanks, clarifiers, and storage tanks within the phosphoric acid process on a temporary basis, except for the following Upstream Units:
- Phosphoric Acid and Phosphoric Acid Dorrco Reactors;
- Filters;
- Gypsum Slurry Tanks;
- First Stage Evaporators # 1, 2, 3, 9, 10, 11, or 4 (Swing Evaporator);
- Second Stage Evaporators # 5, 6, 7, 8, or 4 (Swing Evaporator).

## C. Phosphoric Acid Transfer to Downstream Operations

### 1) Acid Transfer between the Phosphoric Acid Plant and the Dock Tanks (BHT Recovery Units)

Mosaic Riverview has two primary transfer lines that serve to transport 54% phosphoric acid from the Phosphoric Acid Plant to the Dock Tanks. The East 54 Overs Line and the West 54 Overs transfer lines transfer 54% clarified phosphoric acid from 54% Clarifier to East Dock Tank (25T11) or West Dock Tank (25T10).

All transfer lines described above are cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of the transfer lines are illustrated in Figure 7 and Figure 8. The estimated line lengths and cleaning frequencies are listed in Table 4.

### 2) Acid Transfer between the Phosphoric Acid Plant and the #6 DAP/MAP (BHT Recovery Units)

Mosaic Riverview has two primary transfer lines that serve to transport 30% phosphoric acid from the Phosphoric Acid Plant to #6 DAP/MAP. The "B-30" or the "C-30" transfer lines transport 30% acid from the 300K Tank (24T19) to the #6 DAP/MAP primary acid scrubbers.

Mosaic Riverview has three primary transfer lines that serve to transport 54% phosphoric acid between the Phosphoric Acid Plant and #6 DAP/MAP. The "A Unders" line transports unclarified 54% acid from the 54 Clarifier (55CL002) to the #6 DAP/MAP 54% Acid Tank ("60K" - 30T04). The "East Fill Line/East Transfer Line" and "West Fill Line/West Transfer Line" transport clarified 54% acid from the East and West Dock Tanks (25T11 and 25T10, respectively) to #6 DAP/MAP Day Tank.

All transfer lines described above are cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of the transfer lines are illustrated in Figure 7. The estimated line lengths and cleaning frequencies are listed in Table 5.

### 3) Acid Transfer between the Phosphoric Acid Plant to #5 DAP (BHT Recovery Units)

Mosaic Riverview has two primary transfer lines that serve to transport 30% phosphoric acid between the Phosphoric Acid Plant and #5 DAP. The "A-30" and "B-30" transfer lines transport 30% acid from the 300K Tank (24T19) to the #5 DAP Acid Scrubber.

Mosaic Riverview has two primary transfer lines that serve to transport 54% phosphoric acid between the Phosphoric Acid Plant and #5 DAP. The "East Fill Line/East Transfer Line" and "West Fill Line/West Transfer Line" transport clarified 54% acid from the East and West Dock Tanks (25T11 and 25T10, respectively) to #5 DAP 54% Acid Tank (33T01).

All transfer lines described above are cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The locations of the transfer lines are illustrated in Figure 8. The line lengths and cleaning frequencies are listed in

Table 6.

**4) *Acid Transfer between the Phosphoric Acid Plant and Truck Loading (BHT Recovery Units)***

Riverview has one transfer line, the East 54 Clarifier feed, which serves to transport unclarified 54% phosphoric acid from the Phosphoric Acid Plant to Truck Loading. The line is cleaned with cleaning solution to remove precipitated solids and scale to maintain acceptable pressure levels and acid flow rates. The location of the transfer line is illustrated in Figure 5. The estimated line lengths and cleaning frequencies are listed in Table 2.

## D. Fluorosilicic Acid (FSA) Standard Process Configuration

Mosaic Riverview recovers fluoride vapors from several evaporators. The recovery of fluoride vapors produces FSA. A generic depiction of the FSA production process is illustrated in Diagram 1.

FSA is produced as part of the first and second stage evaporation of phosphoric acid. Evaporators #1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 each have a FSA recovery unit, also called a "Swift Tower," integrated with a barometric condenser. The Swift Tower receives gas emitted from the concentration of 28% P2O5 to 43% P2O5 (for first stage evaporators – #1, 2, 3, 4, 9 and 10) and 43% $P_2O_5$ to 54% $P_2O_5$ (for second stage evaporators - #4, 5, 6, 7, 8) through evaporation. The gas is condensed in the Swift Tower and the liquid is continuously recirculated through a seal tank and back through the Swift Tower to maintain the seal and operation of the FSA Swift Tower.

FSA is not always produced. When FSA is not being produced for sale or use as a cleaning solution, the gases pass through the Swift Tower to the barometric condenser, there is no recirculation of FSA through the Swift Tower, and therefore FSA is not produced. Even when FSA is not being produced, the FSA Seal Tank remains an essential part of the Phosphoric Acid Evaporator by sealing the Swift Tower downleg.

When FSA is being produced for sale, recirculated liquid will continue to absorb fluoride vapors until the desired strength of FSA is obtained. FSA for sale is a solution of approximately 23-26% strength and specific gravity of 1.20-1.23.

Once the FSA reaches the desired strength for sale, a slip stream from the recirculation line between the FSA Seal Tank and FSA Swift Tower is sent to the FSA Scrubber Liquor Tank (25T12). In the FSA Scrubber Liquor Tank (25T12) the solution is isolated and tested for meeting customer specifications. Solutions meeting customer specifications in the Scrubber Liquor tank are transferred to the FSA Storage Tanks: FSA "A" Tank (25T07), FSA "B" Tank (25T08), and FSA "C" Tank (25T09) and sold to customers off-site.

Prior to commencement of operations of the BHT, if the solution does not meet the minimum customer specifications, within 90 days of that determination, the contents from the FSA Scrubber Liquor Tank (25T12) must be:

1. Returned to the #1 Evaporator Feed Tank (26T01), #3 Evaporator Feed Tank (26T03) or #4 Evaporator Feed Tank (26T04) for reprocessing and recovery of acid value when FSA is being recovered for sale; or
2. Sent to the Phosphoric Acid Reactors for reprocessing and recovery; or

    3. Sent to the 43 CFT (26T02) for reprocessing and recovery of acid values when FSA is being recovered for sale and/or internal consumption; or

    4. Discharged to the Phosphogypsum Stack System.

Following commencement of operations of the BHT, if the solution does not meet the minimum customer specifications, within 90 days of that determination, the contents from the FSA Scrubber Liquor Tank must be:

    1. Returned to the #1 Evaporator Feed Tank (26T01), #3 Evaporator Feed Tank (26T03) or #4 Evaporator Feed Tank (26T04) for reprocessing and recovery of acid value when FSA is being recovered for sale; or

    2. Sent to the Phosphoric Acid Reactors for reprocessing and recovery; or

    3. Sent to the 43 CFT (26T02) for reprocessing and recovery of acid values when FSA is being recovered for sale and/or internal consumption; or

    4. Sent to the Big Holding Tank as described in section VI. Compliance Projects, for reprocessing and recovery of acid values; or

    5. Used as FSA Cleaning Solution (FSACS) and then sent to the Big Holding Tank, as described in Section VI. Compliance Projects of this Report for reprocessing and recovery of acid values; or

    6. Discharged to the Phosphogypsum Stack System, if in compliance with the land disposal restriction (LDR) standards set forth in 40 C.F.R. Part 268, Subpart D.

Because the sampling cannot take place instantaneously, it may be also necessary at times to transfer FSA from the FSA Scrubber Liquor Tank to the FSA "A" Tank (25T07), FSA "B" Tank (25T08), or FSA "C" Tank (25T09) before sampling results are obtained or a customer for this FSA is found.

Prior to commencement of operations of the BHT, if the solution does not meet the minimum customer specifications, within 90 days of that determination, the contents from the FSA "A" Tank (25T07), FSA "B" Tank (25T08), or FSA "C" Tank (25T09) must be:

    1. Returned to the #1 Evaporator Feed Tank (26T01), #3 Evaporator Feed Tank (26T03) or #4 Evaporator Feed Tank (26T04) for reprocessing and recovery of acid value when FSA is being recovered for sale and/or internal consumption; or

    2. Sent to the Phosphoric Acid Reactors for reprocessing and recovery; or

    3. Sent to the 43 CFT (26T02) for reprocessing and recovery of acid values when FSA is being recovered for sale or internal consumption; or

    4. Discharged to the Phosphogypsum Stack System.

Following commencement of operations of the BHT, if the solution does not meet the minimum customer specifications, within 90 days of that determination, the contents from the FSA "A" Tank (25T07), FSA "B" Tank (25T08), or FSA "C" Storage Tanks must be:

    1. Returned to the #1 Evaporator Feed Tank (26T01), #3 Evaporator Feed Tank (26T03) or #4 Evaporator Feed Tank (26T04) for reprocessing and recovery of acid value when FSA is being recovered for sale or internal consumption; or

    2. Sent to the Phosphoric Acid Reactors for reprocessing and recovery; or

    3. Sent to the 43 CFT (26T02) for reprocessing and recovery of acid values when FSA is being recovered for sale and/or internal consumption; or

4. Sent to the Big Holding Tank as described in Section VI. Compliance Projects of this Report; or

5. Used as FSACS and then sent to the Big Holding Tank, as described in Section VI. Compliance Projects of this Report for reprocessing and recovery of acid values; or

6. Discharged to the Phosphogypsum Stack System, if in compliance with the land disposal restriction (LDR) standards set forth in 40 C.F.R. Part 268, Subpart D.

Prior to commencement of operations of the BHT, FSA meeting customer specifications in the FSA Storage Tanks: FSA "A" Tank (25T07), FSA "B" Tank (25T08), and FSA "C" Tank (25T09), will not be mixed with FSA that has not yet been tested to determine if it meets customer specifications.

Prior to commencement of operations of the BHT, FSA produced for use as a cleaning solution may continue to be managed consistent with Mosaic's consolidated waste management practices submittal dated September 8, 2015. Following commencement of operations of the BHT, FSA produced for use as a cleaning solution may be used and then must be sent to the Big Holding Tank, as described in Section VI Compliance Projects of this Report, for reprocessing and recovery of acid values.

Mosaic Riverview has one primary transfer line, FSA Shipping Line that serves to transport FSA between the FSA Storage Tanks and the Rail and Truck Loadout Area. The location of the transfer line is illustrated in Figure 6. The line designation and cleaning frequency is listed in Table 3.

**Diagram 1:  General block flow diagram of fluorosilicic acid production.**



Typical Single Stage Phosphoric Acid Evaporator System with FSA Recovery

## E. Ammoniated Process Wastewater Transfer (BHT Recovery Units)

Riverview uses ammonia to pH adjust Process Wastewater before it is sent to the rock grinding circuit. The neutralization process occurs in the Pond Water Neutralization Tank located within the footprint of the #6 DAP/MAP (Figure 9). The pH-adjusted Process Wastewater is then sent to the

rock grinding area for the processing of phosphate rock and recovery of $P_2O_5$ content in the Process Wastewater.


# V. Configuration Equipment Designations

## A. Phosphoric Acid Plant and FSA

Figure 13 depicts Upstream, Mixed-Use BHT Recovery and Grandfathered Units within Mosaic Riverview's Phosphoric Acid Plant.

### 1. Upstream Operations

The following processes, tanks and associated equipment used in the production, concentration, transport, and storage of 30% and 43% phosphoric acid, and the concentration of 43% phosphoric acid to 54% phosphoric acid, serve only Upstream Operations.

- Both the Phosphoric Acid and Phosphoric Acid Dorrco Reactor and Digestor through filtration, recovery, and storage of 30% acid when the acid is not diverted to #5 DAP or #6 DAP/MAP: #1, 2, and 3 Filtrate Tanks, #1, #2, and #3 Filters, #1, 2, and 3 Gypsum Slurry Tanks, and Gypsum Slurry Surge Tank;
- Clarification and storage of the 30% acid:
    - 30 CFT (55T001);
    - 30 Clarifier #1 EFT (26T01);
    - #3 EFT (26T03).
- Concentration of 30% acid to 43% acid:
    - #1, 2, 3, 9, 10, 11, and 4 Evaporators;
    - 43 CFT (26T02).
- Clarification and storage of 43% acid:
    - 43 Clarifier (29T01);
    - # 4 EFT (26T04).
- Concentration of 43% acid to 54% acid:
    - #4, 5, 6, 7, and 8 Evaporators.
- Clarification and storage of 54% acid:
    - None.

APCDs

Scrubbers within the Phosphoric Acid Plant use once-thru Process Wastewater to scrub fumes from specific units within the phosphoric acid process. There are no APCDs that serve both Upstream and Mixed-Use Operations or Upstream and phosphoric acid Downstream processes. Therefore, all APCDs within the Phosphoric Acid Plant are Upstream Units.

These units are:

a. Phosphoric Acid Teller Scrubber that evacuates fumes from:
    - Phosphoric Acid Reactor
    - #1 Vacuum Filter table fume hood (optional)
    - #1 Filtrate tank

   b.  #3 Filter Scrubber that evacuates fumes from:
- 1st Stage Evaporators (9-10) FSA Seal Tanks
- 2nd Stage Evaporators (5-8) FSA Seal Tanks
- #3 Vacuum Filter table fume hood
- 54% Clarifier Feed Tank
- #3 filtrate tank
- #3 Gyp tank

   c.  Phosphoric Acid Dorrco Vescor Scrubber that evacuates fumes from:
- #2 Vacuum Filter table fume hood
- #1Vacuum Filter table fume hood
- #2 Filtrate tank
- #2 Gyp Tank

   d.  Digester Scrubber that evacuates fumes from:
- Phosphoric Acid Dorrco Reactor
- Digester

   e.  Phosphoric Acid Dorrco Flash Cooler Condensers

   f.  Phosphoric Acid Flash Cooler Condensers


## 2. Mixed-Use Units

The following tanks with associated equipment in the Phosphoric Acid Plant are Mixed-Use.

Phosphoric Acid Tanks

   The following tanks identified as Mixed-Use Units in the Phosphoric Acid Plant serve Upstream Operations but may also serve as storage for feedstocks to Downstream Operations:

- Clarified 30% Acid Storage (300K-24T19);
- 54 CFT (24T17);
- 54 Clarifier (55CL002);

APCDs

   None


## 3. BHT Recovery Units

The following tanks and acid transfer lines are identified as BHT Recovery Units located within the Phosphoric Acid Plant and serve as storage or transport for feedstocks to Downstream Operations. Section B. Granulation Plants addresses the BHT Recovery Units located within the Granulation Plants.

BHT Recovery Units are part of Downstream Operations. Wastes from BHT Recovery Units are recovered into Upstream Operations as designated in this Facility Report or to the BHT as described in Section VI. Compliance Projects (Projects 1 and 2).

The BHTs that Mosaic will install in accordance with Section VI below are also BHT Recovery Units.

Transfer Lines:

- East 54 Clarifier feed line from 54 CFT (24T17) to Truck loading (Table 2/Figure 5);

- A, B, and C FSA Tanks to the East Loading Station via the Truck Loading Line or to the Rail Loading area via the Rail Loading Line (Table 3/Figure 6).
- All acid transfer lines within #5 DAP and #6 DAP/MAP.
- "A-30," "B-30," and "C-30" transfer lines that transfer 30% acid from the 300K Tank (24T19) to #5 DAP and #6 DAP/MAP (Table 5 and

- Table 6/Figure 7 and Figure 8)
- North/South lines ("Unders" line) to #6 DAP/MAP from the 54 Clarifier (55CL002) to #6 DAP/MAP 54% Acid Tank (Table 5/Figure 7)
- East Fill Line (East Transfer Line) transfers clarified 54% acid from the East Dock Tank to either #6 DAP/MAP 54% Acid Tank  or #5 DAP 54% Acid Tank  (Table 5 and Table 6/Figure 7 and Figure 8);
- West Fill Line (West Transfer Line) transfers clarified 54% acid from the West Dock Tank to either #6 DAP/MAP 54% Acid Tank or #5 DAP 54% Acid Tank (Table 5 and Table 6/Figure 7 and Figure 8)
- East 54% Overs Line (which becomes the South Shipping Line in the FSA shipping area and the East Fill Line/East Transfer Line at the East Dock Tank) that transfers 54% Acid from 54 Clarifier to East Dock Tank (25T11) or West Dock Tank (25T10)  (Table 4/Figure 7 and Figure 8)
- West 54% Overs Line (which becomes the North Shipping Line in the FSA shipping area and the West Fill Line at the West Dock Tank) that transfers 54% acid from 54 Clarifier to East Dock Tank (25T11) or West Dock Tank (25T10)  (Table 4/Figure 7 and Figure 8)
- Phosphoric acid unloading line from Truck Unloading Station to the East Dock Tank (25T11) or West Dock Tank (25T10) (Table 8/Figure 17).

FSA Tanks and Transfer Lines

- FSA A Tank (25T07);
- FSA B Tank (25T08);
- FSA C Tank (25T09);
- FSA Scrubber Liquor Tank (25T12);
- Transfer lines from the FSA Scrubber Liquor Tank (25T12) to the FSA Product Tanks: FSA A Tanks, FSA B Tank, and FSA C Tank
- Lines from Seal Tanks to FSA Scrubber Liquor Tank (25T12).

Pond Water Neutralization Tank and Transfer Line
- Pond Water Neutralization Tank (Figure 9)
- Pond Water Neutralization Line  (Figure 9/Table 7)

## 4. Grandfathered Units

The following units serve Downstream Operations but are not feasibly segregated from Upstream Operations. The wastes from these units may be managed with wastes from Upstream Operations.

Phosphoric Acid Tanks

  None

Transfer Lines

  None

FSA Tanks and Transfer Lines

- Swift Towers on Evaporators;
- Seal Tanks on FSA Recovery System

## B. Granulation Plants

Mosaic Riverview's granulation process consists of two basic parts: (1) the wet (e.g., reactor, acid scrubber system); and (2) the dry side (e.g., granulator, dryer).

In addition, Mosaic Riverview will install a re-slurry system that recovers product that becomes wet and cannot be recovered through the dry side's reclaim system. Mosaic will mix the product in a re-slurry tank with 30% acid, fresh water and/or GHT effluent as a batch process. This slurry will then be fed back into the acid scrubber system for recovery.

MAP, DAP and MES manufacturing operations are Downstream Operations; however, the units listed below are Recovery Units and are identified within the perimeters shown in Figure 12.

The following equipment in the Granulation Plant are BHT Recovery Units. Wastes from BHT Recovery Units are recovered into Upstream Operations as designated in this Report or to the BHT itself as described in Section VI. Compliance Projects (Projects 1 and 2) of this Report and Sections 3 and 6 of the BMP:

- #5 DAP 54% Acid Tank (33T01);
- #6 DAP 54% Acid Tank ("60K"- 30T04);
- East Dock Tank (25T11); and
- West Dock Tank (25T10);

The following equipment in the Granulation Plants are GHT Recovery Units. Wastes from GHT Recovery Units are recovered into the granulation process as designated in this Report or to the GHT itself as described in Section VI. Compliance Projects (Projects 3, 4, and 5) of this Report and Sections 3 and 6 of the BMP:

a. Granulation re-slurry system;
b. Granulation acid scrubbers;
c. Granulation reactor;
d. Granulator;
e. Dryer;
f. Cooler;
g. Elevators;
h. Screen and milling equipment;
i. Granulation tailgas scrubbers;
j. Acid transfer lines from the Phosphoric Acid storage tanks to the Granulation plant.

## VI. Compliance Projects

The projects described below are not all the projects in Appendix 6 (Compliance Schedule) to the Consent Decree but are the projects that are recovery related – the BHT, GHT and reslurry systems. Timeframes for completion of the projects are found in Appendix 6 (Compliance Schedule) to the Consent Decree.

Projects 1 and 2 comprise a plan that will enable Mosaic Riverview to clean Upstream, Mixed-Use, Grandfathered, and BHT Recovery Units and recover value from the wastes as described below.

Projects 3, 4, and 5 are projects related to the Downstream Operations in Granulation and recovery of material in the granulation process.

## A. BHT and Cleaning Solution Return Piping Projects

### 1. Project Descriptions

#### Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant
The Big Holding Tank and wash solution system (together designated the "BHT system") project in the Phosphoric Acid Plant shall install new tank(s) piping, and controls to enable Mosaic to recover the value of wastes, as specified in Section VI.A.2 Project Operations below.

Mosaic will install two new BHTs for the BHT system.  One of the tanks may be used in services other than BHT when not operating as a BHT (which other use shall not alter or nullify the status of the backup tank as a BHT Recovery Unit or preclude its use as a part of Upstream Operations, if appropriate).  The BHT backup tank(s) will be used during cleaning and/or maintenance of the BHT tank.  Cleaning waste from the BHT backup tank will be handled in the same way as the cleaning waste from the BHT itself as described in Section 2. Phosphoric Acid Plant Cleaning Procedures of the BMP.

In addition, new or upgraded pumps, motors, small pump tanks, and instrumentation may be needed to ensure the return to the BHT cleaning wastes and spills and leaks of: (1) phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS, or BHT Effluent; or (2) NHACS, Process Wastewater, or Phosphogypsum Stack System Wastewater when mixed with any of the preceding solutions due to spills, leaks, or cleaning of leaks and spills to the BHT.  Project 1 necessarily coincides with Project 2 below.

#### Project 2: Cleaning Solution Return Piping
Mosaic will install new piping to enable Mosaic to: (1) clean phosphoric acid transfer lines from the Phosphoric Acid Plant to the #6 DAP/MAP and #5 DAP Granulation Plants and the Dock Tanks and return those cleaning wastes to the BHT; (2) clean BHT Recovery Units located in the Granulation Plants and return those wastes to the BHT; and (3) clean FSA system and return those wastes to the BHT.

### 2. Project Operations

The wash solution system will be comprised of the BHT and the SACS make up tank(s), along with pumps and piping to supply cleaning solution to units that are part of Upstream Operations, or are identified as Mixed-Use, Grandfathered, or BHT Recovery Units.

Phosphogypsum Stack System Wastewater, Process Wastewater, fresh water, condensate or other water sources will be mixed with sulfuric acid, FSA, phosphoric acid or BHT Effluent in the SACS wash make up tank(s) or BHT. The equipment and lines that are part of Upstream Operations or are identified as Mixed-Use, Grandfathered, or BHT Recovery Units may be washed with SACS either from the BHT or the SACS wash make up tank and the solutions may be returned to the BHT.

In addition, the BHT will enable Mosaic to recover the value of wastes generated from the use of SACS, FSA, FSACS, PACS, Non-Hazardous Aqueous Cleaning Solution, Process Wastewater, Phosphogypsum Stack System Wastewater, BHT Effluent from pipes, tanks, process equipment, or other storage or transport units that: (i) are part of Upstream Operations, (ii) serve to manage, store, or transport Bevill-Exempt Wastes; or (iii) are identified as Mixed-Use, Grandfathered Units, or BHT Recovery Units in this Report.  In accordance with the BMP, the BHT will also enable Mosaic to recover spills and leaks in Containable Impervious Areas described in Section VII of this report.  The BHT may also receive transfers from the GHT in accordance with Section VI. Compliance Projects, B.2. Project Operations of this Report.

The BHT shall in turn return the recoverable streams into Upstream Operations where their values are recovered or managed through the following (Figure 1):
   a. as an intermediate wash on the filter, prior to the final cake wash, to inhibit scale formation. This wash ultimately circulates back to the reactor (attack tank); and/or
   b. as direct make up to the phosphoric acid reactors; and/or
   c. neutralized in the Pond Water Neutralization System and then added to the rock grinding circuit where it will ultimately end up in the slurry fed into the phosphoric acid reactors; and/or
   d. discharged to the Phosphogypsum Stack System, if in compliance with the LDR standards set forth in 40 C.F.R. Part 268, Subpart D; and/or
   e. if the $P_2O_5$ content is at least 8% the BHT Effluent may be placed in the evaporator feed tanks for $P_2O_5$ recovery.

**Figure 1:  BHT Inputs and Effluents[7]**



---

[7] This Figure is a simplification of the management requirements for BHT inputs and effluents. Nothing in this Figure substitutes for or overrides the narrative descriptions in this Facility Report.

**Figure 2: BHT Inputs and Effluents**



* Spills and Leaks include: P2O5, H2SO4, FSA and mixtures of the proceeding with Process
Wastewater, Phosphogypsum Stack Water and NHACS

## B. GHT Related Projects

### 1. Project Descriptions

#### Project 3: Granulation Plant Re-slurry System
Mosaic will install product recovery tank, hopper, piping, steam feed, valves, agitator, and pumps to recover wet fertilizer product. The resulting slurry will be fed to the acid scrubber system for consumption in the granulation process. This may be one system for both granulation plants, or it may be two systems, one for each granulation plant.

#### Project 4: Granular Holding Tank and Wash Solution System in the Granulation Plant
Mosaic will install either one common or two Granular Holding Tank (GHT) systems for the #5 DAP and #6 DAP/MAP granulation plants (Figure 16). The GHT plus intermediate holding tanks, piping, pumps, and instrumentation (together the "GHT system") will transport and recirculate wash solution between GHT Recovery Units and the GHT and consume the wash solution in the granulation plants (#5 DAP and #6 DAP/MAP) as specified in Section VI.B.2 Project Operations below.

#### Project 5: Upgrade Granulation Plants' Pads and Sumps As Needed
Mosaic will modify or install, as needed, containment pads and sumps in each granulation plant to improve the capture of spills, leaks, and cleaning solution so materials may be returned to the granulation process via the GHT, as identified in the Riverview Facility Report.

### 2. Project Operations

The GHT system will enable Mosaic to recover the value of wastes generated from the use of SACS, PACS, Non-Hazardous Aqueous Cleaning Solution, Process Wastewater, Phosphogypsum Stack System Wastewater, or GHT Effluent from pipes, tanks, process equipment, or other storage or transport units identified as GHT Recovery Units or manage those wastes as described in Section 3. Granulation Plants Cleaning Procedures of the BMP. In accordance with the BMP, the GHT will also enable Mosaic to recover spills and leaks in Containable Impervious Areas described in Section VII of this report.

A. The GHT shall in turn reuse or recover the recoverable streams as follows:

    a. consumed in the acid scrubber system for consumption in the granulation process; and/or

    b. consumed directly into the granulation reactor; and/or

    c. added to the re-slurry system; and/or

    d. recirculated to clean GHT Recovery Units.

B. In GHT cleaning situations identified in Section 3: GHT Cleaning and Non-Routine Transfer Situations of the BMP, Mosaic may transfer the contents of the GHT to the BHT if they are RCRA non-hazardous. If the contents of the GHT are hazardous only for the RCRA corrosivity characteristic (pH $\leq 2$), Mosaic may transfer the contents to the BHT no more than two times per calendar year. The GHT shall then be washed with a cleaning solution (SACS, PACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS). If the wash solution is hazardous only for RCRA corrosivity (pH $\leq 2$), it may be transferred to the BHT not more than two times per calendar year. If the solution is non-hazardous, it can be transferred to the BHT or sent to the Phosphogypsum Stack System.

C. In addition to GHT cleaning situations in B, in non-routine situations (such as mechanical failure in the Granulation Plant, unexpected plant outages, electrical power failures, hurricanes or similar weather events or unexpected problems during startups) and if the GHT is (or imminently will be) at or above 90% (full), Mosaic may transfer GHT Effluent if non-hazardous or hazardous only for the RCRA corrosivity characteristic (pH $\leq 2$) to the BHT, in order to create additional capacity in the GHT, until the GHT's capacity is at 50% (full), provided that Mosaic:

    i) Manages use of the GHT to BHT transfer line by locking the valve on the transfer line or a system interlock requiring a code to activate;

    ii) Obtains approval from its area manager to make the transfer; and

    iii) Includes information on each transfer in its reports to the EPA and FDEP as required in Paragraph 41 of the CD.

If Mosaic chooses not to reuse or recover the GHT Effluent as described above, the GHT Effluent must instead be managed in accordance with RCRA.

**Figure 3: GHT Inputs and Effluents**



\* Spills and Leaks include: P2O5, H2SO4 and mixtures of the proceeding with Process Wastewater, Phosphogypsum Stack Water and NHACS

## VII. Containment of Phosphoric Acid Product Spills and Leaks

Any impervious[8] manufacturing or storage areas not identified in this section as Containable Impervious Areas are considered to be Non-Segregable Areas.

### Non-Segregable Areas

Approximately 50% of Mosaic Riverview's Phosphoric Acid Plant's impervious areas have 40-mil HDPE liner installed beneath them. The concrete pad is sloped towards concrete-lined trenches (denoted by orange lines in Figure 10) that transport any leaks and spills to the Phosphogypsum Stack System. Process Wastewater flows through the trenches at a rate of approximately 60,000 GPM to the HDPE-lined Phosphogypsum Stack system. Due to the engineered slope of the concrete pad in these areas and the configuration of the Phosphoric Acid Plant, small spills and leaks of phosphoric acid, sulfuric acid, and FSA onto the concrete pad cannot be feasibly segregated ("non-segregable areas") and are mixed in the trenches with the Process Wastewater flowing to the Phosphogypsum Stack system and managed pursuant to Appendix 5, BMP to the Consent Decree. Mosaic may manage small spills and leaks of phosphoric acid, sulfuric acid, and FSA within the concrete areas of the Phosphoric Acid plant) in accordance with the BMP. There are some areas in the Phosphoric acid area that are not concreted and they are shown with redlines in Figure 10.

---

[8] Note, the use of the term "impervious" in this section does not refer to a particular definition of impervious or a particular leakage rate, but instead is used to mean a surface barrier to penetration, such as concrete, liners, steel, epoxy, etc. The term impervious in this section does not include gravel or soil.

### *Containable Impervious Areas*

1. #6 DAP/MAP Plant and Acid Pad
2. Dry Products Tank Farm
3. #5 DAP Plant and Acid Pad
4. 300K Tank Area
5. 30% Clarifier Area
6. 54% Clarifier Area
7. 43% Clarifier Area
8. FSA and Phosphoric Acid Loadout
9. SACS Wash Tank
10. FSA Tank Farm Area
11. East and West Dock Tanks

Spills and leaks of phosphoric acid, sulfuric acid, and FSA onto impervious areas designated by yellow lines in Figure 11 and Figure 12 ("containable impervious areas") shall be separately contained, and then recovered in accordance with the BMP. The foregoing shall not relieve Mosaic of its obligations under any applicable law.

### *Other Areas*

Any leak or spill of a hazardous material, including phosphoric acid and sulfuric acid, that is not contained within the Containable Impervious Areas or Non-Segregable Areas of the plant shall be managed in accordance with the BMP. The foregoing shall not relieve Mosaic of its obligations under any applicable law.

## VIII. Proposed Phosphoric Acid Production-Related Operations

Mosaic has advised EPA and FDEP that it is considering one or more of the following projects at its Riverview facility, but planning has not evolved to where detailed information is available.

Figure 13 depicts Upstream, Mixed-Use, BHT Recovery, and Grandfathered Units. In the event that Mosaic reconfigures its Facility in accordance with Figure 14, Figure 15, Diagram 2 and Diagram 3, then Figure 14 and Figure 15 shall replace Figure 13 as identifying Upstream Operations, BHT Recovery Units, Grandfathered Units and Mixed Used Units for the Phosphoric Acid Plant.



However, the Consent Decree does not bind Mosaic to implement the proposed project(s) as depicted in Figure 14, Figure 15, Diagram 2 and Diagram 3. If Mosaic chooses to implement any changes through a different process than any of those depicted in Figure 14, Figure 15, Diagram 2 and Diagram 3 in this Facility Report, the Report shall be modified prior to implementation pursuant to Section XVIII (Modification) of the Consent Decree and EPA and FDEP will determine whether the new process as designed involves Upstream Units, Mixed-Use Units, Grandfathered Units, BHT Recovery Units or Downstream Units and amend the Facility report to memorialize those determinations consistent with the descriptions below. Such determination shall be conditioned upon the new process being built substantially as designed. If the new process deviates from that standard,

* = *Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.*

EPA and FDEP will determine whether the new process as built involves Upstream Operations, Mixed-Use Units, Grandfathered Units, BHT Recovery Units or Downstream Operations and amend the Facility Report to memorialize those determinations consistent with the descriptions below.



* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.



## IX. Non-Phosphoric Acid Production Proposed Projects

Mosaic has advised EPA and FDEP that it is considering one or more of the following projects at its Riverview Facility, but planning has not evolved to where detailed information is available. Once Mosaic decides to implement one of these proposed project and the project has identifiable units associated with the process, Mosaic should confer with FDEP and EPA to assign unit designations and modify the Facility Report.



## X. Authorized Future Installations

This section applies to future installations that were not considered based on current or proposed projects.

A. Procedure

The projects in (B) below will be deemed Upstream Units, Mixed-Use Units, Grandfathered Units or Recovery Units as applicable, when installed within contained concrete areas and will not require prior approval by FDEP or EPA provided that:

(i)     Mosaic's Phosphogypsum Stack System is in compliance with the requirements of Appendix 1, Attachment B (Groundwater and Zone of Discharge Requirements), Attachment C (Phosphogypsum Stack System Construction and Operational Requirements) of the Consent Decree, and that Mosaic is in compliance with the Financial Assurance requirements of the Consent Decree (Paragraph 25 and Appendix 2); and

(ii)    Mosaic provides EPA and FDEP with written notice at least 90 Days in advance of the reconfiguration or installation of said project.

However, if as a result of circumstances that require Mosaic to install or reconfigure such equipment in less than 90 Days from the time a decision is made to undertake such action, Mosaic shall provide written notice to FDEP and EPA as soon as possible and in all events prior to the installation or reconfiguration of such equipment; and

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

(iii)    Mosaic obtains and/or modifies any permit(s) required by local, state, or federal agencies; and

(iv)    Mosaic submits to FDEP and EPA for approval a modified version of this Facility Report with the changes identified at least 60 Days in advance of the reconfiguration or installation of said project; and

(v)    if applicable, Mosaic submits to FDEP and EPA for approval any modified section(s) of Appendix 5 (Best Management Practices Plan) at least 45 Days in advance of the reconfiguration or installation of said project.

## B. Future Installations

1. Any existing tank within the battery limits of the Phosphoric Acid Plant (Figure 13) which may or may not be storing phosphoric acid, can be converted to phosphoric acid storage service up to, but excluding Merchant Grade Acid. Any tank placed into phosphoric acid storage service shall be structurally adequate and physically compatible with the contents of the tank.

2. Up to a total of two new phosphoric acid tanks storing First Saleable Product may be added within the battery limits of the Phosphoric Acid Plant (Figure 13), where the stored phosphoric acid product in the new tank(s) will be sent for use in Granulation so long as the new unit performs the same function as the existing Grandfathered or BHT Recovery Unit tanks identified in this Facility Report. The installation of more than two such tanks shall require advance approval by EPA and FDEP in order to be considered a BHT Recovery Unit or a Grandfathered Unit.

3. APCDs (scrubbers) may be newly installed, replaced, or modified if they are servicing Upstream Units or Mixed-Use Units identified in this Facility Report. APCDs may not be reconfigured to service any Downstream processes or any chemical processes which they are not serving as identified in this Facility Report.

4. Phosphoric acid piping systems and underflow piping systems associated with Upstream Units, Mixed-Use Units, BHT Recovery Units, or Grandfathered Units identified in this Facility Report may be installed, replaced, or modified provided that the replacement or modified systems are located within the battery limits of the Phosphoric Acid Plant (Figure 13) or the Tank Farms, excluding DAP, and serve only the phosphoric acid production operations identified in this Facility Report for those Upstream Units, Mixed-Use Units, BHT Recovery Units, or Grandfathered Units.

# Appendix: Figures and Tables

Figure 4: Mosaic Riverview Process Flow Diagram ....................................................................34
Table 2: Transfer line for phosphoric acid from Phosphoric Acid Plant to Truck Loading (corresponds with Figure 5) ...........................................................................................................35
Figure 5: Transfer line for phosphoric acid from Phosphoric Acid Plant to Truck Loading (corresponds with Table 2) ...........................................................................................................35
Table 3: FSA Shipping Line from FSA Product Tanks to FSA Rail and Truck Loading (corresponds with Figure 6)........................................................................................................36
Figure 6: FSA Shipping Line from FSA Product Tanks to FSA Rail and Truck Loading (corresponds with Table 3)........................................................................................................36
Table 4: BHT Recovery Units – transfer lines for phosphoric acid to East and West Dock Tanks (corresponds with Figure 7 and Figure 8)....................................................................................37
Table 5: BHT Recovery Units transfer lines for phosphoric acid to #6 DAP/MAP (corresponds with Figure 7)......................................................................................................................................37
Figure 7: BHT Recovery Units - transfer lines for phosphoric acid to #6 DAP/MAP (corresponds with Table 5) ..........................................................................................................................38
Table 6: BHT Recovery Units transfer lines for phosphoric acid to #5 DAP (corresponds with Figure 8) ...................................................................................................................................39
Figure 8: BHT Recovery Units - transfer lines for phosphoric acid to #5 DAP (corresponds with Table 6) ..........................................................................................................................39
Table 7: BHT Recovery Units neutralized process wastewater transfer line from #6 DAP/MAP to Rock Grinding (corresponds with Figure 9) ................................................................................40
Figure 9: BHT Recovery Units neutralized process wastewater transfer line from #6 DAP/MAP to Rock Grinding (corresponds with Table 7)....................................................................................41
Table 8:Transfer Line for phosphoric acid from the truck unloading station to the Dock Tanks (corresponds with Figure 17) ........................................................................................................42
Figure 17: Transfer Line for phosphoric acid from the truck unloading station to the dock tanks (corresponds with Table 8) ...........................................................................................................42
Figure 10: Ditch and Swale Diagram at Phosphoric Acid Plant......................................................43
Figure 11: Containable Impervious Areas at Phosphoric Acid Plant ...............................................44
Figure 12: Containable Impervious Areas at Granulation ...............................................................45
Figure 13: Equipment designations for Upstream, Mixed-Use, Grandfathered and BHT Recovery Units.................................................................................................................................................46
Figure 14: Proposed locations for planned █████ ██████████████████████████████ ██████████████████████████████████████████..........................................47
Figure 15: Proposed equipment configurations for Upstream, Mixed-Use and BHT Recovery Units .................................................................................................................................................48
Figure 16: GHT Location for DAP5 and #6 DAP/MAP ...................................................................49

* = Portions of this section have been omitted pursuant to a request for confidential treatment. An unredacted version of this section has been filed separately.

Figure 4: Mosaic Riverview Process Flow Diagram

**Table 2: Transfer line for phosphoric acid from Phosphoric Acid Plant to Truck Loading (corresponds with Figure 5)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft) [9] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to Truck Loading | 54% Acid | East 54 Clarifier Feed Line | Transfers unclarified 54% acid to truck loading station for transport to Mosaic's New Wales or Bartow Facilities | As needed | 330 |
| | **Estimate for Existing Lines** | | **Estimate Length - Plan View (ft)** | | 330 |
| | | | **Estimated Vertical Runs- Basis 20% Factor (ft)** | | 66 |
| | | | **Total Estimated Piping Length (ft)** | | 396 |

**Figure 5: Transfer line for phosphoric acid from Phosphoric Acid Plant to Truck Loading (corresponds with Table 2)**



---

[9] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Table 3: FSA Shipping Line from FSA Product Tanks to FSA Rail and Truck Loading (corresponds with Figure 6)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft) [10] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to Rail and Truck Loading | FSA | FSA Shipping | Transfers Product FSA from Product Tanks A, B and C to Rail or Truck Loadout | As needed | 120 |
| | **Estimate for Existing Lines** | | **Estimate Length - Plan View (ft)** | | 120 |
| | | | **Estimated Vertical Runs - Basis 20% Factor (ft)** | | 24 |
| | | | **Total Estimated Piping Length (ft)** | | 144 |

**Figure 6: FSA Shipping Line from FSA Product Tanks to FSA Rail and Truck Loading (corresponds with Table 3)**



---

[10] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Table 4: BHT Recovery Units – transfer lines for phosphoric acid to East and West Dock Tanks (corresponds with Figure 7 and Figure 8)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft) [11] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to Dock Tanks | 54% Acid | East 54% Overs Lines | Transfers 54% Acid from 54 Clarifier to East Dock Tank or West Dock Tank | As Needed | 2,640 |
| | 54% Acid | West 54% Overs Line | Transfers 54% Acid from 54 Clarifier to East Dock Tank or West Dock Tank | As Needed | 2,640 |
| | **Estimate for Existing Lines** | | **Estimate Length - Plan View (ft)** | | 5,280 |
| | | | **Estimated Vertical Runs - Basis 20% Factor (ft)** | | 1,320 |
| | | | **Total Estimated Piping Length (ft)** | | 6,600 |

**Table 5: BHT Recovery Units transfer lines for phosphoric acid to #6 DAP/MAP (corresponds with Figure 7)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft) [12] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to #6 DAP/MAP | 30% Acid | B-30 Line | Transfers 30% acid from 300K tank to #6 DAP/MAP scrubber | As needed | 678 |
| | 30% Acid | C-30 Line | Transfers 30% acid from 300K tank to #6 DAP/MAP Scrubber | As Needed | 678 |
| | 54% Acid | North/South Lines | Transfer unclarified 54% acid from the 54 Clarifier to #6 DAP/MAP 54% Acid Tank | As Needed | 1,181 |
| | 54% Acid | East Fill Line/East Transfer Line | Transfers clarified 54% acid from the East Dock Tank to #6 DAP/MAP 54% Tank | As Needed | 1,900 |
| | 54% Acid | West Fill Line/West Transfer Line | Transfers clarified 54% acid from the West Dock Tank to #6 DAP/MAP 54% Tank | As Needed | 1,814 |
| | **Estimate for Existing Lines** | | **Estimate Length- Plan View (ft)** | | 6,251 |
| | | | **Estimated Vertical Runs - Basis 20% Factor (ft)** | | 1,250 |
| | | | **Total Estimated Piping Length (ft)** | | 7,501 |

---

[11] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

[12] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 7: BHT Recovery Units - transfer lines for phosphoric acid to #6 DAP/MAP (corresponds with Table 5)**



**Table 6: BHT Recovery Units transfer lines for phosphoric acid to #5 DAP (corresponds with Figure 8)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (Ft) [13] |
|---|---|---|---|---|---|
| Phosphoric Acid Plant to #5 DAP | 30% Acid | A-30 Line | Transfers 30% acid from 300K Tank to #5 DAP scrubber | As needed | 1,150 |
| | 30% Acid | B-30 Line | Transfers 30% acid from 300K Tank to #5 DAP scrubber | As needed | 1,150 |
| | 54% Acid | East Fill Line/ East Transfer Line | Transfers clarified 54% acid from the East Dock Tank to #5 DAP 54% Acid Tank | As needed | 1,700 |
| | 54% Acid | West Fill Line/ West Transfer Line | Transfers clarified 54% acid from the West Dock Tank to #5 DAP 54% Acid Tank | As needed | 1,590 |
| | **Estimate for Existing Lines** | | **Estimate Length - Plan View (Ft)** | | 5,590 |
| | | | **Estimated Vertical Runs - Basis 20% Factor (Ft)** | | 1,120 |
| | | | **Total Estimated Piping Length (Ft)** | | 6,710 |

Figure 8: BHT Recovery Units - transfer lines for phosphoric acid to #5 DAP (corresponds with

---

[13] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Table 6)**



**Table 7: BHT Recovery Units neutralized process wastewater transfer line from #6 DAP/MAP to Rock Grinding (corresponds with Figure 9)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (Ft) [14] |
|---|---|---|---|---|---|
| Neutralized Process Wastewater to Rock Grinding | Neutralized process wastewater | Pond Water Neutralization Line | Transfers neutralized process wastewater from Pond Water Neutralization Tank to Rock Grinding | As needed | 1,180 |
| | **Estimate for Existing Lines** | | **Estimate Length - Plan View (Ft)** | | 1,180 |
| | | | **Estimated Vertical Runs - Basis 20% Factor (Ft)** | | 240 |
| | | | **Total Estimated Piping Length (Ft)** | | 1,420 |

---

[14] The lengths listed in this chart are estimates based on interpreting Google Earth images. The actual lengths may differ.

**Figure 9:  BHT Recovery Units neutralized process wastewater transfer line from #6 DAP/MAP to Rock Grinding (corresponds with Table 7)**



**Table 8:Transfer Line for phosphoric acid from the truck unloading station to the Dock Tanks (corresponds with  Figure 17)**

| | Service | Name | Description | Cleaning Frequency | Estimated Length (ft) [15] |
|---|---|---|---|---|---|
| Truck Unloading to Dock Tanks | 54% Acid | Phosphoric acid Unloading line | Transfers 54% phosphoric acid from truck unloading station to the Dock Tanks | As needed | 250 |
| | **Estimate for Existing Lines** | | **Estimate Length - Plan View (ft)** | | 250 |
| | | | **Estimated Vertical Runs- Basis 20% Factor (ft)** | | 50 |
| | | | **Total Estimated Piping Length (ft)** | | 300 |

**Figure 17: Transfer Line for phosphoric acid from the truck unloading station to the dock tanks (corresponds with Table 8)**



---

[15] The lengths listed in this chart are estimates based on interpreting Google Earth images.  The actual lengths may differ.

**Figure 10:  Ditch and Swale Diagram at Phosphoric Acid Plant**



**Figure 11: Containable Impervious Areas at Phosphoric Acid Plant**



**Figure 12: Containable Impervious Areas at Granulation**



**Figure 13: Equipment designations for Upstream, Mixed-Use, Grandfathered and BHT Recovery Units.**



**Figure 14: Proposed locations for planned** 



*\* = Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.*

**Figure 15: Proposed equipment configurations for Upstream, Mixed-Use and BHT Recovery Units**



*\* = Portions of this figure have been omitted pursuant to a request for confidential treatment. An unredacted version of this figure has been filed separately.*

**Figure 16: GHT Location for DAP5 and #6 DAP/MAP**



# APPENDIX 5



# Appendix 5

# Mosaic Fertilizer LLC
# Best Management Practices Plan

**BARTOW**
**NEW WALES**
**RIVERVIEW**
**UNCLE SAM**

# Table of Contents

INTRODUCTION ..................................................................................................................5

SECTION 1:  PHOSPHORIC ACID PLANTS LEAK/SPILL DETECTION SYSTEMS AND
RESPONSE PROCEDURES.................................................................................................5

    1.1    General....................................................................................................................5

    1.2    Release Reporting ..................................................................................................5

    1.3    Inspections .............................................................................................................6

    1.4    Conductivity System Description: Non-Segregable Spills/Leaks .........................6

    1.5    Tracking/Recording ...............................................................................................7

    1.6    Reporting, Recovery, and Remedial Measures......................................................7

SECTION 2:  PHOSPHORIC ACID PLANT CLEANING PROCEDURES ...................10

    2.1    General..................................................................................................................10

    2.2    Designations ........................................................................................................11

    2.3    Line Cleaning – Upstream and Mixed-Use .........................................................11

    2.4    Evaporator Cleaning – Upstream and Grandfathered..........................................12

    2.5    Phosphoric Acid Tank and Equipment Cleaning – Upstream, Mixed-Use and Grandfathered 12

    2.6    Phosphoric Acid Tank and Equipment Cleaning – BHT Recovery Units............12

    2.7    BHT/Pump Tank Cleaning – BHT Recovery Units .............................................13

    2.8    FSA Tank and Equipment Cleaning:  BHT Recovery Units ................................13

    2.9    Rotating Pan Filter Cleaning ...............................................................................13

    2.10    Phosphoric Acid Reactor (Attack Tank) Cleaning .............................................13

    2.11    Plant Wash Down ................................................................................................14

    2.12    Dewatering Areas - Upstream, Mixed Use and Grandfathered Units ..................14

    2.13    Dewatering Areas – BHT Recovery Units ..........................................................14

SECTION 3:  GRANULATION PLANTS CLEANING PROCEDURES .........................15

    3.1    General..................................................................................................................15

    3.2    Line Cleaning ......................................................................................................15

    3.3    Phosphoric Acid Tank Cleaning (BHT Recovery Units) ....................................15

    3.4    Acid Scrubber, Reactor and Tailgas Scrubber System Cleaning - GHT Recovery Units ....15

    3.5    Granulation Dry Side Equipment Cleaning - GHT Recovery Units ...................16

    3.6    GHT Cleaning and Non-Routine Transfer Situations..........................................16

    3.7    Wash Down ..........................................................................................................16

SECTION 4:  GRANULATION PLANTS LEAK/SPILL DETECTION SYSTEMS AND
RESPONSE PROCEDURES ..................................................................................................... 17

    4.1    General ............................................................................................................................ 17

    4.2    Release Reporting .......................................................................................................... 17

    4.3    Inspections ...................................................................................................................... 17

    4.4    Recording/Tracking ....................................................................................................... 17

    4.5    Reporting, Recovery and Remedial Measures ............................................................... 18

SECTION 5: GRANULATION PLANT SECONDARY SCRUBBERS .......................................... 19

SECTION 6:  CLEANING SOLUTION SYSTEM OPERATION .................................................. 19

    6.1    Phosphoric Acid Plant Areas ......................................................................................... 19

    6.2    Granulation Areas .......................................................................................................... 20

SECTION 7:  MINIMIZATION OF OPERATIONAL PHOSPHORIC ACID INPUTS .................. 22

    7.1    Background ..................................................................................................................... 22

    7.2    Operational Input Minimization .................................................................................... 22

        7.2.1    Sample Collection ................................................................................................ 22

        7.2.2    Clarifier/Valve/Line Operational Releases ......................................................... 22

    7.3    Response ......................................................................................................................... 22

        7.3.1    Releases Outside Containment Areas .................................................................. 22

        7.3.2    Emergency Response ........................................................................................... 22

SECTION 8:  CONTAINMENT INTEGRITY PLAN .................................................................... 23

    8.1    Background ..................................................................................................................... 23

    8.2    Tanks .............................................................................................................................. 23

    8.3    Concrete Acid Pads ........................................................................................................ 23

    8.4    Sumps and Ditches ........................................................................................................ 23

SECTION 9:  BMP PERFORMANCE STANDARDS ................................................................... 24

    9.1    Performance Criteria ...................................................................................................... 24

    9.2    Performance Criteria for Spill and Leak Detection ....................................................... 24

    9.3    Reporting/Auditing ........................................................................................................ 24

SECTION 10:  BMP TRAINING .................................................................................................... 25

    10.1    Overview Training .......................................................................................................... 25

    10.2    Area Specific Employee Training ................................................................................... 25

    10.3    Contractors ..................................................................................................................... 25

Attachment A:  Tables ....................................................................................................................26

Attachment B:  Conductivity Probes on Process Wastewater System..................................................27

All capitalized terms not otherwise defined in this Appendix shall have the meaning set forth in the Consent Decree.

# INTRODUCTION

Mosaic has developed Appendix 5: Best Management Practices Plan (hereinafter either "BMP" or "Plan") to reduce unintended (and seek to eliminate unauthorized) inputs of phosphoric acid, sulfuric acid, fluorosilicic acid (FSA), SACS, PACS, and FSACS to Process Wastewater entering the Phosphogypsum Stack System. Where possible, Mosaic will capture and reuse these acid loses.

Through the BMP, Mosaic has established procedures to address the management, tracking, and reporting of phosphoric acid, sulfuric acid, and FSA leaks and spills for four of its fertilizer production facilities—Bartow, New Wales, Riverview, and Uncle Sam[1]—in areas of the phosphoric acid plants (post first-stage filtration, e.g. bird or belt filters), including acid clarification and evaporation, and in the granulation plants. The specific details of the BMP for the phosphoric acid and granulation plants are discussed in the Sections that follow and the referenced Attachments. Where noted, certain BMP procedures are dependent upon the commencement of operation of the compliance projects set forth in Appendix 6 (Project Narrative & Compliance Schedules), to the Consent Decree.

# SECTION 1: PHOSPHORIC ACID PLANTS LEAK/SPILL DETECTION SYSTEMS AND RESPONSE PROCEDURES

## 1.1     General

Mosaic will implement two approaches to increase the likelihood of detecting non-segregable acid leaks, spills and process upsets: operator inspections and process stream conductivity monitoring, which are discussed in greater detail below. While conductivity monitoring is exclusive to the Process Wastewater system (non-segregable areas), operator inspections also serve to identify observable leaks and spills of acids regardless of the area of the plant where they occur – non-segregable, contained impervious, or outside contained impervious area.

## 1.2     Release Reporting

Mosaic personnel are responsible for notifying the appropriate personnel immediately upon the identification of a leak or spill of any hazardous material listed in Attachment A, Table 1 BMP Actionable Volumes (hereinafter, "Table 1 Materials") pursuant to this BMP. This BMP does not

---

[1] Mosaic's Faustina facility is not covered under this Appendix and Mosaic's Plant City facility is the subject of a separate BMP Plan developed under a separate consent decree.

relieve Mosaic of its obligation to provide any such notifications under applicable federal, state, or local laws.

## 1.3    Inspections

Operators shall visually inspect the plant for leaks and/or spills of phosphoric acid, sulfuric acid, and FSA during their normal rounds a minimum of twice per shift and document the inspections.  The operator shall correct any leaks from valves, flanges, pumps, or any other equipment that can be readily and safely corrected at the time of discovery.  The incident shall be recorded in the tracking database known as AON Risk Management software or any other future data collection system which replaces or supplements AON Risk Management software (hereinafter, collectively referred to as "AON").  Any leaks or spills in excess of the applicable volume listed in Attachment A, Table 1 BMP Actionable Volumes (hereinafter "BMP Actionable Volume (Table 1)") shall be reported to management for further action and recorded in AON. Reporting responsibilities are outlined in Mosaic's Spill Reporting Policy and Procedure.

## 1.4    Conductivity System Description: Non-Segregable Spills/Leaks[2]

New Wales, Bartow, Riverview, and Uncle Sam shall monitor key outgoing streams (see Attachment B) with a conductivity system to enable the continuous detection of changes in conductivity that indicate occurrence of detectable acid leaks and spills.  Each key outgoing stream shall have a conductivity probe to continuously measure the conductivity of the Process Wastewater as shown in Attachment B of this Plan.  The conductivity of the return Process Wastewater stream shall be displayed on the operators' distributive control system, see Attachment B of this Plan.

If acid leaks or spills into an outgoing water or Process Wastewater stream, the conductivity of the water or Process Wastewater increases because the acid has a higher conductivity than the water. Visual alarms (see example in Attachment B of this Plan) shall be triggered if the conductivity increases beyond the set alarm limits for a 5-minute interval.  Upon triggering of such an alarm, the area around the probe will be investigated.  Individual conductivity probe locations are found in Attachment B of this Plan.

Individual conductivity probes will alarm based on the preliminary trigger values set for each probe found in Attachment B of this Plan.  The targets shown in Attachment B of this Plan are the initial temperature compensated conductivity targets for Bartow, New Wales, Riverview and Uncle Sam, respectively.  Pursuant to Section 9: BMP Performance Standards, of this BMP, Mosaic will monitor the conductivity probes at Bartow, New Wales, and Riverview for a year after June 30, 2015 and will monitor the conductivity probes at Uncle Sam for a year after January 31, 2016 to ensure settings are correct for alerting operations to leaks and spills within the limits of the probes when properly operated and calibrated.

When a visual alarm triggers, the operator shall inspect that piece of equipment or area of the plant for any problems and take appropriate measures to stop or minimize the release and minimize further impacts (see Attachment B of this Plan).

---

[2] Non-Segregable Areas are described in Facility Reports "Containment of Phosphoric Acid Product Spills and Leaks."

The conductivity system shall be maintained in accordance with specific manufacturer recommendations or acceptable industrial practices and updated as needed. Conductivity meters will be checked monthly and the instruments calibrated if necessary. The calibration dates and probe alarm limits shall be documented in the maintenance management system that is in place at the time. Maintenance and calibration procedures are found in Attachment B of this Plan.

## 1.5     Tracking/Recording

AON shall be used to track leaks and spills and the remedial measures taken to address a leak or spill. The area management, engineering, and environmental departments shall use AON to ensure the prompt and proper execution of remedial measures. When plant personnel identify a leak, spill or process upset (e.g. filtrate tank overflow), resulting in a release, appropriate remedial measures shall be taken as outlined below. A record of the incident shall be entered within 24 hours of the incident into AON to log and track releases of Table 1 Materials. Supervisors shall be trained to enter incidents into AON. AON tracks specific information including date and time of release, date and time of report, a description of the incident, volume of the material, type of material, and additional supporting information. AON generates emails to specific personnel that identify the severity and location of the incident. Mosaic personnel are responsible for notifying the appropriate personnel immediately upon the identification of a leak or spill, except for minor leaks or spills that already have been remedied.

## 1.6     Reporting, Recovery, and Remedial Measures

Management and environmental staff shall be notified of leaks or spills with a reasonable potential to reach or exceed the BMP Actionable Volume (Table 1) as quickly as possible in order to verify the volume of the leak or spill and ensure that it is properly reported, documented, and corrected pursuant to this BMP.

Mosaic personnel are responsible for notifying the appropriate personnel immediately upon the identification of a leak or spill, except for minor leaks or spills that already have been remedied. AON shall be used to track leaks and spills and the immediate actions taken to address a leak or spill. The area management, engineering, and environmental departments shall use AON to ensure the prompt and proper execution of remedial measures.

### 1.6.1     Non-Segregable Areas of the Phosphoric Acid Plants:

#### 1.6.1.1 Reporting

Any leak or spill of FSA, sulfuric acid, SACS, PACS, FSACS or phosphoric acid into a non-segregable area, as described in each Facility's Facility Report, which is detected as a result of visual inspections, audible alarms, conductivity monitoring, or operational detections (e.g. pressure losses) must be logged into AON. See Section 1.6.1.2: Remedial Measures, of this BMP.

If the leak or spill has the potential to exceed the BMP Actionable Volume (Table 1) in a rolling 24-hour period, appropriate management and environmental staff shall be notified and the leak or spill shall be properly reported, documented, and corrected pursuant to this BMP.

1.6.1.2 Remedial Measures

If any leak or spill of a Table 1 Material into a non-segregable area, as described in each Facility's Facility Report, with a reasonable potential to approach a BMP Actionable Volume (Table 1) within any rolling 24-hour period is discovered, Mosaic will take the following measures:

1) Investigate potential release sources.

2) Address any issues found.

    a. Stop the release if possible, such as by flow diversion or by closing the release gate.

    b. Generate a work order if needed to correct the issue.

3) Document the release in AON.

4) Report the release to EPA, FDEP, or LDEQ pursuant with the Consent Decree.

This BMP does not relieve Mosaic of its obligation to comply with any federal, state, or local laws applicable to such a leak or spill.

## 1.6.2      Containable Impervious Areas:

### 1.6.2.1 Reporting

Any leak or spill of a Table 1 Material into a containable impervious area, as described in each Facility's Facility Report and identified in Figure 10 (Bartow), Figure 9 (New Wales), Figure 7 (Uncle Sam), and Figure 11 (Riverview), must be logged into AON but does not need to be reported to EPA if recovered to a tank containing the same chemical or the Big Holding Tank (BHT), described in Section 6: Cleaning Solution System Operation, of this BMP.

### 1.6.2.2 Recovery and Remedial Measures

Any leak or spill of a Table 1 Material into a containable impervious area, as described in each Facility's Facility Report and identified in Figure 10 (Bartow), Figure 9 (New Wales), Figure 7 (Uncle Sam), and Figure 11 (Riverview), shall be recovered back to a tank containing the same chemical or input into the BHT via sump pump, vacuum truck, or other means or, if unrecoverable due to contamination or location of the spill, must be managed in compliance with the RCRA Requirements. This BMP does not relieve Mosaic of its obligation to comply with any other federal, state, or local laws applicable to such a leak or spill.

## 1.6.3      Other Areas:

### 1.6.3.1 Reporting

Any leak or spill of a Table 1 Material that is not contained within a non-segregable area or a containable impervious area, as described in each Facility's Facility Report, shall be reported pursuant to the Consent Decree. This BMP does not relieve Mosaic of its obligation to comply

with any other federal, state, or local laws applicable to such a leak or spill.

### 1.6.3.2 Remedial Measures

The cleanup of leaks or spills of a Table 1 Material shall be implemented in compliance with the Consent Decree.  This BMP does not relieve Mosaic of its obligation to comply with any other federal, state, or local laws applicable to such a leak or spill.


## 1.7     Production Department Responsibilities

The Phosphoric Acid Production Department personnel shall be responsible for troubleshooting and correcting process upsets that result in a leak or a spill.  The operator covering the plant at which the upset occurs shall notify his or her supervisor and begin taking immediate action.  The appropriate manager or supervisor shall enter any leak or spill in AON.


## 1.8     Maintenance Department Responsibilities

The Maintenance Department personnel will be responsible for repairs and maintenance to faulty equipment.  If the leak or spill is the result of a mechanical failure, the appropriate operations personnel shall notify the Maintenance Department of the condition and a work order request for correction of the problem is initiated.  The Maintenance Department shall be responsible for timely completion of leak repairs. Maintenance work requests and their status are tracked in a computerized maintenance management system (currently MAXIMO).

## SECTION 2:  PHOSPHORIC ACID PLANT CLEANING PROCEDURES

### 2.1    General

SACS, FSA, PACS, or FSACS are periodically used to wash lines, filters, or other equipment within the phosphoric acid plant, including evaporation and clarification.  The primary purpose for continuing to use SACS is to recover sulfate value and offset the amount of virgin sulfuric acid used. The primary purpose for continuing to use FSA and FSACS is to recover FSA value.  The primary purpose for using PACS is to recover $P_2O_5$ value.  The recovery of these solutions will contribute to decreasing the total dissolved solids in the Process Wastewater ponds.

SACS, FSA, FSACS and PACS shall be managed as shown in Diagram 1:  Big Holding Tank Cleaning Solution and Solids Management Plan**.**  Following commencement of operations of the Big Holding Tank (BHT), no SACS or PACS shall be placed into the Phosphogypsum Stack System, other than indirectly via the approved uses below.  SACS PACS, FSA and FSACS shall be routed to the BHT (described in Section 7: Minimization of Operational Phosphoric Acid Inputs, of this Appendix) for consumption in the phosphoric acid plant so the BHT Effluent's value can be realized through the following uses described in each Facility's Facility Report:

1. Added to the filter prior to the final cake wash to inhibit scale formation.  The filtrate from this wash is sent as recycle acid to the reactor (attack tank); or
2. Used as direct make up to the reactor attack tank; or
3. Added to the rock grinding circuit where it will ultimately end up in the slurry fed into the phosphoric acid reactor(s); or
4. If the $P_2O_5$ content is at least 8%, placed in the evaporator feed tank(s) for $P_2O_5$ recovery.

If for any reason the BHT Effluent is not recovered as outlined above, it must satisfy the RCRA land disposal restriction (LDR) standards prior to discharge to the Phosphogypsum Stack System (see Diagram 1).

Following commencement of operations of the BHT, if FSA has been transferred to BHT Recovery Units for sale or cleaning,[3] no FSA or FSACS shall be placed into the Phosphogypsum Stack System from BHT Recovery Units, other than indirectly via the following:

1. Returned to the evaporator feed tank(s) that directly feed FSA-producing evaporators when FSA is being recovered for sale and/or internal consumption; or
2. Sent to phosphoric acid reactors for reprocessing and recovery of FSA values; or
3. Sent to the BHT as described in Section VI (Compliance Projects) of the respective Facility's Facility Report for recovery of FSA values; or
4. Used as FSACS and then sent to the BHT for reprocessing and recovery of acid values.

If for any reason FSA or FSACS from BHT Recovery Units is not recovered as outlined above, it must

---

[3] FSA is not always recovered.  When FSA is not being recovered for sale or cleaning, the gases pass through the Swift Tower to the barometric condenser, there is no recirculation of FSA through the Swift Tower, and therefore FSA is not produced.  Even when FSA is not being recovered, the FSA Seal Tank remains an essential part of the Phosphoric Acid Evaporator by sealing the Swift Tower downleg.

satisfy the RCRA LDR standards prior to discharge to the Phosphogypsum Stack System (see Diagram 1).

**Diagram 1**:  **Big Holding Tank Cleaning Solution and Solids Management Plan[4]**



## 2.2     Designations

The equipment and transfer lines designated as Upstream, Mixed Use, Grandfathered, BHT Recovery Units and GHT Recovery Units are shown in Table 1 of each Facility's Facility Report.

## 2.3     Line Cleaning – Upstream and Mixed-Use

All lines within the phosphoric acid plant may be washed with Phosphogypsum Stack System Wastewater, Process Wastewater, or a Non-Hazardous Aqueous Cleaning Solution (NHACS). Such cleaning solutions may be circulated through the lines and filters and may be input to Upstream

---

[4] FSA is not part of the New Wales process.

Operations or sent to the Phosphogypsum Stack System.

When SACS, PACS, or FSACS is used to clean lines and equipment, the cleaning solution shall be managed as shown in Diagram 1.

## 2.4    Evaporator Cleaning – Upstream and Grandfathered

Evaporators (including Swift Tower and FSA Seal Tank, if applicable) shall be washed using the following procedure. Prior to the wash, evaporators shall be drained of phosphoric acid; the acid shall be recovered in the phosphoric acid production process. The wash shall be performed with hot cleaning solution, typically condensate, Phosphogypsum Stack System Wastewater, Process Wastewater, SACS, or FSACS. The cleaning solution is circulated through the evaporator and various lines that require cleaning. All SACS, PACS, or FSACS shall be managed as shown in Diagram 1.

Note: If Phosphogypsum Stack System Wastewater, Process Wastewater, or NHACS is used, the cleaning solution(s) may be input into Upstream Operations or sent to the Phosphogypsum Stack System.

## 2.5    Phosphoric Acid Tank and Equipment Cleaning – Upstream, Mixed-Use and Grandfathered

The following general steps shall be used in cleaning of units that are part of Upstream Operations, Mixed-Use Units, or Grandfathered Units, or phosphoric acid tanks in the Phosphoric Acid Plant. The tanks shall be emptied by recovering as much phosphoric acid and as many solids as possible back into the phosphoric acid production process. The tanks shall then be washed with a cleaning solution, including at times SACS. High pressure cleaning with NHACS or other mechanical means may be used to remove hard phosphogypsum scale and buildup or to strip rubber from the tank. Solids from these units may be transferred to the Phosphogypsum Stack System. If Phosphogypsum Stack System Wastewater, Process Wastewater or NHACS is used to clean these tanks, such cleaning solutions may be input to Upstream Operations or sent to the Phosphogypsum Stack System. SACS, PACS, and FSACS shall be managed as shown in Diagram 1.

## 2.6    Phosphoric Acid Tank and Equipment Cleaning – BHT Recovery Units

Following commencement of operations of the BHT, the following general steps shall be used in cleaning of phosphoric acid tanks designated as BHT Recovery Units. The tanks shall be emptied by recovering as much phosphoric acid and as many solids as possible back into the phosphoric acid production process. The tanks shall then be washed with a cleaning solution (SACS, PACS, FSACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS). Liquids (including entrained solids) will be recovered to the BHT. Solids that are removed with high pressure cleaning with NHACS or by other mechanical means will be dewatered. The liquid portion of the dewatered solids will be recovered to the BHT. If the dewatered solids are non-hazardous, they will be transferred to the Phosphogypsum Stack System. If they are hazardous, they will be handled in compliance with the RCRA Requirements.

## 2.7    BHT/Pump Tank Cleaning – BHT Recovery Units

Following commencement of operations of the BHT, the following general steps shall be used in cleaning of BHT(s) or any pump tanks installed with the project for collecting cleaning solutions prior to returning to BHT. The tank(s) shall be emptied by recovering as much liquid and as many solids as possible back into the BHT or a backup BHT. The tank(s) shall then be washed with a cleaning solution (SACS, PACS, FSACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS) and the wash solution sent to the available BHT.

Liquids (including entrained solids) will be recovered to the available BHT. Solids that are removed with high pressure cleaning with NHACS or by other mechanical means will be dewatered. The liquid portion of the dewatered solids will be recovered to the available BHT. If the dewatered solids are non-hazardous, they will be transferred to the Phosphogypsum Stack System. If they are hazardous, they will be handled in compliance with the RCRA Requirements.

## 2.8    FSA Tank and Equipment Cleaning: BHT Recovery Units

Following commencement of operations of the BHT, the following procedure shall be used for cleaning FSA tanks designated as BHT Recovery Units in a Facility's Facility Report. Transfer as much acid as possible from the tank into an available FSA tank. Wash out the remaining solids in the tank using NHACS. Liquids (including entrained solids) will be recovered to the available BHT. Solids that are removed with high pressure cleaning with NHACS or by other mechanical means will be dewatered. The liquid portion of the dewatered solids will be recovered to the available BHT. If the dewatered solids are non-hazardous, they will be transferred to the Phosphogypsum Stack System. If they are hazardous, they will be handled in compliance with the RCRA Requirements.

## 2.9    Rotating Pan Filter Cleaning

An aqueous cleaning solution is used to wash filter pans. High pressure cleaning with freshwater, aqueous cleaning solution or mechanical equipment may be used to remove hard phosphogypsum scale and buildup. When Phosphogypsum Stack System Wastewater, Process Wastewater or NHACS is used to clean the filter pans, such cleaning solutions may be input to Upstream Operations or sent to the Phosphogypsum Stack System. If SACS, PACS, or FSACS are used to wash filter pans, such solutions shall be sent to the BHT. Phosphogypsum solids removed by high pressure cleaning with NHACS or other mechanical means shall be transferred to the Phosphogypsum Stack System.

## 2.10    Phosphoric Acid Reactor (Attack Tank) Cleaning

The following general steps shall be used in the cleaning of phosphoric acid attack tanks (phosphoric acid reactors). Empty the attack tank by recovering phosphoric acid and solids back to the process. The attack tank may then be washed with a cleaning solution. High pressure cleaning with NHACS or other mechanical means may be used to remove hard phosphogypsum scale and buildup. Solids removed using Phosphogypsum Stack System Wastewater, Process Wastewater or NHACS or by mechanical means shall be transferred to the Phosphogypsum Stack System. If Phosphogypsum Stack System Wastewater, Process Wastewater, or NHACS is used to clean the attack tank, cleaning solutions may be input to Upstream Operations or sent to the Phosphogypsum Stack System. If SACS, PACS, or FSACS is used to clean the attack tank, such solutions shall be sent to the BHT.

## 2.11   Plant Wash Down

Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS may be used for washing the floors, building, equipment, etc. in the Phosphoric Acid Plants' non-segregable and containable impervious areas as described in the Facility's Facility Report and returned to the Phosphogypsum Stack System or the Phosphoric Acid Plant.

## 2.12   Dewatering Areas - Upstream, Mixed Use and Grandfathered Units

Dewatering areas are used for mechanically removing solids from units designated as part of Upstream Operations or as Mixed Use or Grandfathered Units removed from the Phosphoric Acid plant, such as pipes, pumps, filter pans, etc. during repair, maintenance, or turnaround.  Solids removal is performed with high pressure cleaning with NHACS or by other mechanical means.  The solids and the liquids are discharged to the Phosphogypsum Stack System.  The equipment is either returned to the plant or disposed of in compliance with applicable law.  Equipment from Granulation cannot be cleaned in this area.

## 2.13   Dewatering Areas – BHT Recovery Units

Dewatering areas are used for mechanically removing solids from units designated as BHT Recovery Units such as pipes, pumps, etc. during repair, maintenance, or turnaround.  Solids removal is performed with high pressure cleaning with NHACS or by other mechanical means. Following commencement of operations of the BHT, the liquid portion of the dewatered solids will be recovered to the BHT.  If non-hazardous, the dewatered solids are discharged to the Phosphogypsum Stack System.  If hazardous, they will be handled in compliance with the RCRA Requirements.  The equipment is either returned to the plant or disposed of in compliance with applicable law.

## SECTION 3:  GRANULATION PLANTS CLEANING PROCEDURES[5]

### 3.1     General

Mosaic's intent is to minimize losses and to conserve and recover resources whenever feasible. Solutions and solids generated from cleaning granulation equipment other than BHT Recovery Units as described in the Facility's Facility Report shall either be recovered in the granulation process or characterized to determine if they are hazardous under the RCRA Requirements for corrosivity (pH ≤ 2 or pH ≥ 12.5) and/or toxicity (Table 2).  If the materials are not recovered to the granulation process and are hazardous, they shall be handled according to the RCRA Requirements.  If these materials are not recovered to the granulation process and are non-hazardous, they can be discharged to the Phosphogypsum Stack System.

### 3.2     Line Cleaning

All lines within the granulation plant shall be washed with an aqueous cleaning solution (i.e., Process Wastewater, Phosphogypsum Stack Water, NHACS, SACS, PACS, FSACS, FSA or GHT Effluent). All cleaning solutions that enter the boundary of the granulation plant shall be handled according to Section 3.1: General, of this BMP.

### 3.3     Phosphoric Acid Tank Cleaning (BHT Recovery Units)

Following commencement of operations of the BHT, the following general steps shall be used in the cleaning of any phosphoric acid storage tank in the granulation plants (BHT Recovery Units).  Empty the tank by feeding the remaining acid to the Granulation process or recovering phosphoric acid back to the phosphoric acid clarification process or another phosphoric acid tank within the Granulation area.  Wash the tank with an aqueous cleaning solution (i.e., Process Wastewater, Phosphogypsum Stack Water, NHACS, SACS, PACS, FSACS, FSA or BHT Effluent) if needed.  Fill the tank with cleaning solution and recirculate to facilitate cleaning for an appropriate period of time (typically 12-48 hours), until the scale is adequately removed.  The wash may be repeated multiple times until adequately cleaned, and the wash solution (including entrained solids) sent to the BHT.  Solids that are removed with high pressure cleaning with NHACS or by other mechanical means will be dewatered. The liquid portion of the dewatered solids will be recovered to the BHT.  If the dewatered solids are non-hazardous, they will be transferred to the Phosphogypsum Stack System.  If they are hazardous, they will be handled in compliance with the RCRA Requirements.

At Bartow, ammonia may be added as a scale softening agent to DAP Pond water, Phosphogypsum Stack System Wastewater, or Process Wastewater and the resulting cleaning solution is used to clean phosphoric acid storage tanks in the granulation plant.  This non-hazardous spent wash solution shall only be recovered to the DAP process pond.

### 3.4     Acid Scrubber, Reactor and Tailgas Scrubber System Cleaning - GHT Recovery Units

Granulation plant scrubbers and reactors are cleaned with a cleaning solution based on the frequency of scale buildup.  After recovering scrubber liquid to the process, the scrubbers and reactors shall be filled and recirculated with the cleaning solution until scale is adequately removed.  SACS is normally

---

[5] This Section applies only to the Bartow, Riverview and New Wales Facilities.

used as a cleaning solution, but Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS (including water from the DAP Pond or fresh water) can be used.  Following commencement of operations of the Granular Holding Tank (GHT), the resulting stream shall be sent to the GHT. High pressure cleaning with NHACS or other mechanical means may be used to remove hard scale and buildup or to strip rubber from the equipment.  Solids that are removed from the Tailgas Scrubber system will be characterized and handled in compliance with the RCRA Requirements.

## 3.5     Granulation Dry Side Equipment Cleaning - GHT Recovery Units

The wash solution, such as Process Wastewater, DAP Pond water, Phosphogypsum Stack Wastewater, or NHACS is collected either in the Acid Scrubber or the Reactor and a continuous flow is sent to the Dry Side Equipment, such as the granulator, dryer, cooler, elevators, screens, milling equipment and the associated piping.  The cooler may be washed as part of the Dry Side Equipment wash or separately. High pressure cleaning with NHACS or other mechanical means may be used to remove hard scale. Following commencement of operations of the GHT, liquids (including entrained solids) will be recovered to the GHT.  Solids that are removed with high pressure cleaning or mechanical means will be dewatered, if needed.  Following commencement of operations of the GHT, any liquid portion of these solids will be recovered to the GHT.  The solids will be recovered back to the granulation process through either the dry reclaim system or the re-slurry system.

## 3.6     GHT Cleaning and Non-Routine Transfer Situations

### 3.6.1    GHT Cleaning
Following commencement of operations of the GHT, the following general steps shall be used in cleaning of the GHT(s) and the Riverview and New Wales GHT intermediate tanks. The tanks shall be emptied by recovering as much liquid (with entrained solids) as possible back into the granulation process and/or the BHT.  Any residual volume that is hazardous only for RCRA corrosivity (pH $\leq$2) and cannot be recovered into the granulation process may be transferred to the BHT not more than two times per calendar year.  The GHT shall then be washed with a cleaning solution (SACS, PACS, Process Wastewater, Phosphogypsum Stack System Wastewater, or NHACS).  If the wash solution is hazardous only for RCRA corrosivity (pH $\leq$2), it may be transferred to the BHT; not more than two times per calendar year.  If the solution is non-hazardous, it can be transferred to the BHT or sent to the Phosphogypsum Stack System.

### 3.6.2    Non-Routine Situations
In non-routine situations, such as mechanical failure in the Granulation Plant, unexpected plant outages, electrical power failures, hurricanes or similar weather events or unexpected problems during startups, Mosaic may transfer GHT Effluent that is hazardous only for RCRA corrosivity (pH $\leq$2) from the GHT to the BHT(s) as described in each Facility's Facility Report.

## 3.7     Wash Down

NHACS (including fresh water or DAP Pond water) may be used for wash down of the floors, conveyor belts, and other equipment within the granulation plant.  If non-hazardous, the resulting streams may be transferred to the Phosphogypsum Stack System or the DAP Pond.  If the resulting streams are hazardous, they will be recovered to the GHT or characterized and handled in compliance with the RCRA Requirements.

SACS, PACS, FSA, Process Wastewater, Phosphogypsum Stack System Water or FSACS may not be used to wash down floors.

# SECTION 4: GRANULATION PLANTS LEAK/SPILL DETECTION SYSTEMS AND RESPONSE PROCEDURES[6]

## 4.1    General

The purpose of this Section is to assist Mosaic's operators with the appropriate management of leaks and spills of phosphoric acid and sulfuric acid in the Granulation Plants.

Leaks and spills of a Table 1 Material to containment areas in the Granulation Plant shall be captured and returned to the process as soon as practicable.  If recovery is not possible, they shall be treated in an appropriate vessel so that they no longer exhibit hazardous characteristics and meet the LDR standards and may be discharged to the Phosphogypsum Stack System. If treatment is not possible, they shall be appropriately managed in compliance with the RCRA Requirements, as well as the specific procedures set forth in this BMP.

## 4.2    Release Reporting

Mosaic personnel are responsible for notifying the appropriate personnel immediately upon the identification of a leak or spill of a Table 1 Material pursuant to this BMP.  This BMP does not relieve Mosaic of its obligation to comply with any federal, state, or local laws applicable to such a leak or spill.

## 4.3    Inspections

Operators shall inspect the Granulation Plants in the course of their normal rounds, a minimum of twice per shift and document the inspections.  The operator shall correct any leaks from valves, flanges, pumps, or any other equipment that can be readily and safely corrected at the time of discovery.  The incident shall be recorded in AON. Operator and supervisor responsibilities associated with discovery of a spill or leak is outlined in this BMP.

## 4.4    Recording/Tracking

When plant personnel identify a leak, spill or process upset resulting in a release, appropriate actions shall be taken as outlined in this BMP.  A record of the incident shall be entered into AON within 24 hours of the incident.  Supervisors shall be trained to enter incidents into AON.  AON tracks specific information including date and time of release, date and time of report, a description of the incident, volume of the material, type of material, and additional supporting information.  The system generates emails to specific personnel based on the severity and location of the incident.

---

[6] This Section applies only to the Bartow, Riverview and New Wales Facilities.

## 4.5    Reporting, Recovery and Remedial Measures

4.5.1    Containable Impervious Areas of the Granulation Plants

### 4.5.1.1    Reporting

Any leak or spill of a Table 1 Material to containable impervious areas as described in each Facility's Facility Report and identified in Figure 11 (Bartow), Figure 10 (New Wales), and Figure 12 (Riverview) must be logged into AON but does not need to be reported to EPA or the States if recovered to a tank containing the same chemical, the BHT or the GHT, as described below.

### 4.5.1.2    Recovery and Remedial Measures

Any leak or spill of a Table 1 Material to containable impervious areas as described in each Facility's Facility Report and identified in Figure 11 (Bartow), Figure 10 (New Wales), and Figure 12 (Riverview) shall be recovered back to the appropriate process vessel containing in the same chemical or input into the BHT or GHT, as described in each Facility's Facility Report.

If unrecoverable for any reason, the leak or spill must be managed in compliance with the RCRA Requirements.  This BMP does not relieve Mosaic of its obligation to comply with any other federal, state, or local laws applicable to such a leak or spill.

4.5.2    Other Areas

### 4.5.2.1    Reporting

Mosaic personnel are responsible for notifying the appropriate personnel immediately upon identification of a leak or spill, except for minor leaks or spills that already have been remedied.

Any leak or spill of Table 1 Materials that is not contained within a containable impervious area as described in each Facility's Facility Report must be recorded in AON and reported pursuant to the Consent Decree. This BMP does not relieve Mosaic of its obligation to comply with any other federal, state, or local laws applicable to such a leak or spill. AON shall be used to record such a spill or leak and to track immediate actions taken to address the leak or spill.

### 4.5.2.2    Remedial Measures

The cleanup of Table 1 Materials shall be administered in compliance with the Consent Decree. This BMP does not relieve Mosaic of its obligation to comply with any other federal, state, or local laws applicable to such a leak or spill.

## 4.6    Production Department Responsibilities

The Granulation Production Department personnel shall be responsible for troubleshooting and correcting process upsets.  The employee who discovers the upset shall execute his or her responsibilities as outlined in this BMP.  The operator covering the plant at which the leak, spill or upset occurred shall notify his or her supervisor and begin taking immediate action.  The appropriate manager or supervisor shall enter the incident in AON.

## 4.7    Maintenance Department Responsibilities

The Maintenance Department personnel will be responsible for repairs and maintenance to faulty equipment. If the leak or spill is the result of a mechanical failure, the appropriate operations personnel shall notify the Maintenance Department of the condition and shall initiate a work order request for correction of the problem. The Maintenance Department shall be responsible for timely completion of leak repairs. Maintenance work requests and their status are tracked in a computerized maintenance management system (currently MAXIMO). When the Maintenance Department completes the repairs, the appropriate operations personnel shall be notified.


# SECTION 5: GRANULATION PLANT SECONDARY SCRUBBERS[7]

The granulation plants utilize secondary scrubbers. These secondary scrubbers are utilized on the reactor, granulator, dryer, equipment, and/or cooler scrubbing circuits for fluoride scrubbing. The New Wales site utilizes once through Process Wastewater as a scrubbing medium. Pursuant to the Consent Decree, the New Wales granulation plants shall eliminate the use of Process Wastewater as a scrubber medium. Mosaic may continue to discharge Process Wastewater used in the aforementioned scrubbers within the New Wales granulation plants to the Phosphogypsum Stack System until the referenced projects described in Appendix 6 (Project Narrative & Compliance Schedules) of the Consent Decree are completed.


# SECTION 6:  CLEANING SOLUTION SYSTEM OPERATION

## 6.1    Phosphoric Acid Plant Areas

The cleaning solution system shall be composed of a containment system to capture and return cleaning solution streams from Upstream, Mixed-Use, Grandfathered, and BHT Recovery Units, including SACS, PACS, FSA, and FSACS to the BHT(s). Mosaic also may recover spills and leaks of phosphoric acid, sulfuric acid, FSA, SACS, PACS, FSACS, or BHT Effluent; or NHACS, Process Wastewater, Phosphogypsum Stack System Wastewater, when mixed with any of the preceding solutions due to spills, leaks, or cleaning of leaks and spills, in containable impervious areas to the BHT(s). The BHT(s) shall in turn return the spills, leaks, and cleaning solution streams to the phosphoric acid production process, where their values can be realized through the methods outlined in Section 2: Phosphoric Acid Plant Cleaning Procedures, of this BMP. All inputs to and effluents from the BHT are illustrated in Diagram 2.

---

[7] This Section applies only to the Bartow, Riverview and New Wales Facilities.

**Diagram 2: BHT Inputs and Effluents[8]**



* Spills and Leaks include: P2O5, H2SO4, FSA and mixtures of the proceeding with Process
Wastewater, Phosphogypsum Stack Water and NHACS

## 6.2    Granulation Areas[9]

The granulation containment pads shall be designed to collect rainfall, spills, leaks, and cleaning solutions within plant areas. The collection sumps for these containment pads shall pump to the granulation plant scrubbers, re-slurry tank, GHT or, if non-hazardous, may be discharged to a permitted National Pollutant Discharge Elimination System (NPDES) outfall. The sumps will be designed with pH probes that will allow storm water run-off during high rainfall to be diverted to the Phosphogypsum Stack System if pH > 2.0 or to a permitted NPDES outfall. This will eliminate excessive rain water getting into the GHT, diluting it and also leading to the tank level being high. The granulation plant acid scrubbers and re-slurry tank are designed to recover fertilizer materials, product and raw materials for consumption in the granulation process.

Cleaning solutions in the Granulation area (except for cleaning solutions from BHT Recovery Units) shall be managed as follows:
- If the resulting stream from the cleaning process is non-hazardous, the solution may be discharged directly to the Phosphogypsum Stack System or recovered in the granulation process via the GHT.
- If the resulting stream is hazardous, then the resulting solution shall be recovered in the granulation process via the GHT for recovery of product value.

Mosaic may transfer cleaning solution from GHT to BHT as specified in the Facilities' Facility Reports.

---

[8] New Wales does not have a "FSA Tank & Lines Cleanout Waste" input.
[9] This paragraph applies only to the Bartow, Riverview and New Wales Facilities.

**Diagram 3:  GHT Inputs and Effluents**



* Spills and Leaks include: P2O5, H2SO4 and mixtures of the proceeding with Process
Wastewater, Phosphogypsum Stack Water and NHACS

Permitted Discharge

This Section does not relieve Mosaic of its obligation to comply with any National Pollutant
Discharge Elimination System (NPDES) permit.

# SECTION 7: MINIMIZATION OF OPERATIONAL PHOSPHORIC ACID INPUTS

## 7.1    Background

During normal operation of the Phosphoric Acid Plants, various activities may result in the operational input of phosphoric acid to impervious areas within the battery limits of the Phosphoric Acid Plants or to the Phosphogypsum Stack System.  These activities include sample collection, slide gate valve operation, clearing plugged piping or process equipment, and similar routine operations.  Operators shall minimize the volume of such phosphoric acid inputs by releasing only the amount of acid necessary in order to accomplish the task and recover acid loss where practicable.  Intermittent operational inputs of phosphoric acid to impervious areas or the Phosphogypsum Stack System are unavoidable and shall not be considered malfunctions, leaks, or spills, unless the volume from one of these inputs to the Phosphogypsum Stack System exceeds the BMP Actionable Volume (Table 1).  Any continuing release resulting from these activities may indicate the need for maintenance activity and shall be entered into AON and the computerized maintenance management system (currently MAXIMO) for correction.

## 7.2    Operational Input Minimization

### 7.2.1  Sample Collection

Samples of phosphoric acid or reactor slurry collected for purposes of plant process control shall be returned to the process.

### 7.2.2  Clarifier/Valve/Line Operational Releases

Operational inputs of phosphoric acid from clarifier unplugging, valve operation and line unplugging shall be minimized to the extent practicable, releasing only the amount of acid necessary out of the primary containment area in order to accomplish the task and recovery where practicable.

## 7.3    Response

### 7.3.1  Releases Outside Containment Areas

All reasonable measures shall be taken to avoid releases of phosphoric acid outside of plant containment areas.  This BMP does not relieve Mosaic of its obligation to comply with any federal, state, or local laws applicable to such a release.

### 7.3.2  Emergency Response

Mosaic's Spill Reporting Policy and Procedure also contains guidance for the management of environmental spills or releases that may require emergency response measures.

# SECTION 8: CONTAINMENT INTEGRITY PLAN

## 8.1    Background

The mechanical integrity of new, upgraded, or existing containment systems for phosphoric acid shall be managed in accordance with Mosaic's Liquid Storage Tanks, Secondary and Impermeable Containment Program. The most current versions of these specifications shall be maintained by the Engineering Document Control Department.

## 8.2    Tanks

The mechanical integrity of phosphoric acid tanks shall be managed in accordance with the current version of Mosaic's Liquid Storage Tanks, Secondary and Impermeable Containment Program.

Phosphoric acid storage tanks that are regulated by Florida Department of Environmental Protection (FAC § 62-762) shall be inventoried. Phosphoric acid storage tanks that are not regulated by Florida Department of Environmental Protection (FAC § 62-762) or Louisiana Department of Environmental Quality shall be inventoried and inspected in accordance with Mosaic's Liquid Storage Tanks, Secondary and Impermeable Containment Program.

## 8.3    Concrete Acid Pads

The mechanical integrity of concrete acid pad containment systems for phosphoric acid leaks or spills shall be inspected and evaluated annually in accordance with requirements contained in Mosaic's Liquid Storage Tanks, Secondary and Impermeable Containment Program.

Mosaic shall be responsible for conducting annual inspections of concrete acid pads in the Phosphoric Acid and Granulation Plant areas. Visual inspection will be for the following indicators: erosion/holes, protective liner damage and/or floor drainage irregularities. Inspection results shall be documented in a report with recommendations, reviewed with appropriate management, and implemented as needed.

When Mosaic determines it is necessary to replace or partially replace concrete acid pads in the Phosphoric Acid and Granulation Plant areas, under-slab liners shall be installed in the affected area.

## 8.4    Sumps and Ditches

The mechanical integrity of sumps and ditches used in washing circuits and collection of phosphoric acid leaks or spills shall be managed as specified in Mosaic's Liquid Storage Tanks and Secondary Containment Program.

Mosaic shall be responsible for conducting inspections of sumps and ditches whenever major plant outages or turnarounds in the phosphoric acid and granulation plant areas allow for the sumps to be drained (approximately once every 5 years). Inspection results shall be documented in a report with recommendations and reviewed with appropriate management and implemented as needed.

# SECTION 9: BMP PERFORMANCE STANDARDS

## 9.1    Performance Criteria

The goals of the BMPs are listed in the Introduction of this Appendix. Mosaic shall develop appropriate performance criteria consistent with the BMPs herein for the purpose of evaluating trends and improving performance. The performance criteria include progress review of the construction and utilization of the projects in Appendix 6 (Project Narrative & Compliance Schedules) to the Consent Decree, BMP training, and implementation of the procedures set forth herein.

For two years from the Effective Date of the CD, semi-annual meetings will be held with the State Agency and EPA to review BMP performance. Meetings will occur annually after the first two years and may be adjusted based on the completion of the implementation schedule.

## 9.2    Performance Criteria for Spill and Leak Detection

An initial data collection period of 12 months will be used to establish baseline performance criteria for spills, leaks, and other releases. Mosaic will monitor the conductivity probes at Bartow, New Wales, and Riverview for a year after June 30, 2015 and will monitor the conductivity probes at Uncle Sam for a year after January 31, 2016. Once BMP performance criteria and a baseline are established, Mosaic shall review the criteria quarterly. Based upon the reviews, BMPs will be updated as warranted to minimize leaks, spills, and other releases. Mosaic shall initiate additional review of the BMP Program under the following circumstances:

- At any time during a calendar quarter when two or more leak or spill events of phosphoric acid, sulfuric acid or FSA into "non-segregable areas" at the same facility have occurred that exceed the quantity shown in Table 1: BMP Actionable Volumes (Table 1) in a rolling 24-hour period.

- At any time during a calendar quarter when two or more leak or spill events of phosphoric acid, sulfuric acid or FSA inside a "containable impervious area" at the same facility have occurred that exceed the quantity shown in Table 1: BMP Actionable Volumes (Table 1) in a rolling 24-hour period.

- At any time during a calendar quarter when two or more leak or spill events of phosphoric acid, sulfuric acid or FSA have occurred outside of non-segregable or containable impervious areas at the same facility that exceed the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) Reportable Quantity.

## 9.3    Reporting/Auditing

Reporting shall be conducted pursuant to the Consent Decree and the aforementioned Performance Criteria.

# SECTION 10:  BMP TRAINING

## 10.1    Overview Training

An overview of BMP issues and procedures shall be included in the periodic environmental compliance training provided to all affected employees, such as the managers, superintendents, supervisors, operators, and maintenance personnel in the phosphoric acid, FSA, AFIP, and granulation plants.

## 10.2    Area Specific Employee Training

Employees within phosphoric acid, FSA, AFIP, and granulation plants shall receive initial training on RCRA and the Consent Decree, including the BMPs, through classes and materials developed by Mosaic. Employee training is part of project implementation and is found in Appendix 6 (Project Narrative & Compliance Schedules) to the Consent Decree.  Detailed refresher training on the Consent Decree, including RCRA and the BMPs, shall be conducted for all affected employees every year. Updated training shall be provided as BMP projects are completed, and will commence within two months of establishing a baseline under Section 9.2, and if the BMP is modified.  Records of training shall be maintained by the Training Department.

## 10.3    Contractors

The relevant portions of this BMP shall be incorporated into contractors' site-specific training where appropriate.

# Attachment A:  Tables

Table 1:  BMP Actionable Volumes ...................................................................................................26
Table 2:  RCRA 8 Metals and Regulatory Limits ...........................................................................26

## Table 1:  BMP Actionable Volumes

| Chemical | Concentration | Non-Segregable and Containable Impervious  (gallons) |
|---|---|---|
| Phosphoric Acid | Less than 40%[10] | 10,000 |
| | Equal to or greater than 40% | 5,000 |
| PACS & SACS | 5% $P_2O_5$    5% $H_2SO_4$ | 10,000 |
| Sulfuric Acid | 98% $H_2SO_4$ | 1,000 |
| FSA & FSACS | 23%; 15%; 5% | 430 |

## Table 2:  RCRA 8 Metals and Regulatory Limits.

| TCLP Metals | Toxicity Characteristic (TCLP, grab) (mg/L) | UTS for wastewater (mg/L) | UTS for non-wastewater (mg/L) |
|---|---|---|---|
| Arsenic | 5.0 | 1.4 | 5.0 |
| Barium | 100 | 1.2 | 21 |
| Cadmium | 1.0 | 0.69 | 0.11 |
| Chromium (total) | 5.0 | 2.77 | 0.60 |
| Lead | 5.0 | 0.69 | 0.75 |
| Mercury | 0.2 | 0.15 | 0.025 |
| Selenium | 1.0 | n/a | n/a |
| Silver | 5.0 | 0.43 | 0.14 |

Note 1: UTS = Universal Treatment Standards (40 C.F.R. §268.48).
Note 2:  The amount of total suspended solids (TSS) by weight in the sample must be determined in order to compare the UHC concentrations to the appropriate UTS. The waste stream is a "wastewater" if it contains less than 1% by weight TSS, and "non-wastewaters" contain TSS ≥1% by weight (defined in 40 C.F.R. §268.2(d) and (f)).
*Reference: 40 C.F.R. §§261.24 & 268.48*

---

[10] Excluding Process Wastewater and Phosphogypsum Stack Wastewater.

## Attachment B:  Conductivity Probes on Process Wastewater System

This Attachment addresses conductivity probes located in the outgoing process wastewater streams at the Phosphoric Acid Plants.   It contains information on probe locations, alarm settings and maintenance.



# Appendix 5
# ATTACHMENT B:
# Conductivity Probes on Process Wastewater System

# Contents

General                                                                3

Probe Locations and Targets                                            5

Maintenance                                                           12

## General

Conductivity probes continuously measure the conductivity of the Process Wastewater incoming and outgoing streams. The conductivity of the return Process Wastewater System streams are displayed on the operators' distributive control system, see Figure 1 and Figure 2 below as an example.

*Figure 1: Example of Conductivity Trend Stored in the Data Historian PI*



*Figure 2: Example of Operator Monitoring Graphic*



*Figure 3: Conductivity Alarm Trigger Corrective Action Plan*



| | |
|---|---|
| **Mosaic** | **Conductivity Alarm Trigger Corrective Action Plan** |
| | PAGE   1   of   1 |

## Probe Locations and Targets

*Figure 4: Bartow Conductivity Probe Locations in Phosphoric Acid Plant*



| Probe No. | Name | Location Description |
|-----------|------|----------------------|
| 1 | Incoming PW ditch | R1 Canal; brings process water to Phos Acid plant from Process Pond |
| 1a | Redundant Incoming PW Ditch | R1 Canal; brings process water to Phos Acid plant from Process Pond |
| 2 | 30% Area ditch | 30% containment area sumps and wash boxes discharge |
| 4 | 5-7 Hotwell | Hotwell for evaporators 5, 6 and 7 |
| 6 | 1 & 2 Hotwell | Hotwell for evaporators 1 & 2 |
| 7 | 3 & 4 Hotwell | Hotwell for evaporators 3 & 4 |
| 9 | Mall ditch | Non-segregable areas around #3 and #5 Filters |
| 10 | A & B Hotwell | Hotwell for evaporators A & B |
| 11 | C & D Hotwell | Hotwell for evaporators C & D |
| 13 | #5 Ditch | Non- segregable area spills from Attack Tank U-Train |
| 14 | 33 Area ditch | 33 containment area sump and wash boxes discharge |

*Table 1: Bartow Conductivity Initial Alarm Limits (Differential)*

| Probe No. | Name | Alarm Trigger (millisiemens/cm) |
|---|---|---|
| 1 | Incoming PW ditch | No alarm |
| 1a | Redundant Incoming PW ditch | No alarm |
| 2 | 30% Area ditch | 5 |
| 4 | 5-7 Hotwell | 10 |
| 6 | 1 & 2 Hotwell | 10 |
| 7 | 3 & 4 Hotwell | 10 |
| 9 | Mall ditch | 15 |
| 10 | A & B Hotwell | 5 |
| 11 | C & D Hotwell | 5 |
| 13 | #5 ditch | 10 |
| 14 | 33 Area ditch | 15 |

*Figure 5: Riverview Conductivity Probe Locations in Phosphoric Acid Plant and Granulation*



TRANSMITTER LEGEND

#1. Dry Products Return Line (pipe 1)
#2. Prayon Teller Sump Discharge (pipe 2)
#4. Digester Feed Pump Wash to Ditch (pipe 4)
#5. Dorrco Hot Tank & Barometric Seal Tank (pipe 5)
#6. 1-4 Evap Barometric Condensers (pipe 6)
#8. 5-8 Evap Barometric Condensers (pipe 8)
#10. 30% Clarifier (pipe 10)

#11. 54% Clarifier (pipe 11)
#13. 9-10 Evaps Barometric Condensers (pipe 13)
#14. 11 Evap Baro Condensers & Inter-Condenser (pipe 14)
#15. #2 Filter Sump
#16. 3rd Filter Discharge Ditch
#17. Incoming PW CHT
#18. Redundant Incoming PW CHT

| Probe No. | Name | Location Description | Alarm Condition (milliSiemens/cm) |
|---|---|---|---|
| 1 | Dry Products Return Line (PIPE 1) | Dry Product Return Line | 15 |
| 2 | Prayon Teller Sump Discharge (PIPE 2) | Prayon Sump Discharge | 15 |
| 4 | Digester Feed Pump Wash to Ditch (PIPE 4) | Digester Feed Pumps Wash | 15 |
| 5 | Dorrco Hot Tank & Barometric Seal Tank (PIPE 5) | Dorrco Hot Tank & Barometric Seal Tank | 5 |
| 6 | 1-4 Evap Barometric Condensers (PIPE 6) | Evaporator 1-4 Barometric Condensers Combined | 5 |
| 8 | 5-8 Evap Barometric Condensers (PIPE 8) | Evaporator 5-8 Barometric Condensers Combined | 10 |
| 10 | 30% Clarifier (PIPE 10) | 30% Clarifier Wash Return | 10 |
| 11 | 54% Clarifier (PIPE 11) | 54% Clarifier Wash Return | 10 |
| 13 | 9-10 Evaps Barometric Condensers (PIPE 13) | Evaporators 9-10 Barometric Condensers, 9-11 Evaporator Feed Lines Wash | 5 |
| 14 | 11 Evap Baro Condensers & Inter-Condenser (PIPE 14) | Evaporator #11 Barometric Condenser | 5 |
| 15 | #2 Filter Sump | No. 2 Filter Sump | 10 |
| 16 | 3rd Filter Discharge Ditch | No. 3 Filter Sump | 10 |
| 17 | Incoming PW CHT | Incoming process water (constant head tank) | **No alarm** |
| 18 | Redundant Incoming PW CHT | Incoming process water (constant head tank) | **No alarm** |

Following pipes don't have a conductivity probe installed as **P2O5 loss is not expected** there due to:

#3 pipe carries only the scrubber liquor from Digester fume scrubber;

#7 pipe carries only the scrubber liquor from #3 Filter fume scrubber;

#9 pipe carries rain water only from the Swimming Pool Pumps area;

#12 pipe carries rain water runoff only from Crescent Pond;

*Figure 6: New Wales Conductivity Probe Locations in Phosphoric Acid Plant and Granulation*



*Table 3: New Wales Conductivity Alarm Limits (Differential & Absolute)*

| Probe No. | Probe Name | Alarm Trigger (milliSiemens/cm)[1] |
|---|---|---|
| 1 | Total New Wales Outflow to Pond | 5 |
| 2 | AFI Evaporators and Plant | 5 |
| 3 | Phos Acid and Granular Outflow | 10 |
| 4 | Clarification D1 Sump | 20 |
| 5 | 7E Evaporator | 10 |
| 6 | Incoming Pond Water | **No alarm** |
| 7 | Clarification South Ditch | 55 (absolute) |
| 8 | Total East Train / West Train Outflow (F3) | 5 |
| 9 | Third Train Evaporators and Flash Coolers | 5 |
| 10 | Third Train Ditch | 5 |
| 11 | Redundant Incoming Pond Water | **No alarm** |

---

[1] The alarm triggers are differential values, unless otherwise noted in the table.

*Figure 7: Uncle Sam Conductivity Probe Locations for Process Wastewater and River Water Return[2] (current and proposed)(Absolute)*



*Table 4: Uncle Sam Conductivity Alarm Limits (Absolute)*

| Alarm Name | Alarm Condition |
|---|---|
| West Trench | 700 microSiemens/cm[3] |
| South Fume scrubber | 700 microSiemens/cm |
| South Flash Cooler Barometric Condenser | 700 microSiemens/cm |
| North Flash Cooler Barometric Condenser | 700 microSiemens/cm |
| North Fume scrubber | 700 microSiemens/cm |
| East Trench | 2000 microSiemens/cm |
| Ditch Conductivity 1[4] | milliSiemens/cm |
| Ditch Conductivity 2 | milliSiemens/cm |

---

[2] Uncle Sam project #6 in Appendix 6 (RCRA Project Narrative & Compliance Schedules) of the Consent Decree shows existing conductivity probes (blue) for the discharges to the outfall. The locations shown in red are proposed to identify spills that could enter the 04 Basin.

[3] Conductivity probes that are on units that use river water are measured in microSiemens. Ditch Conductivity 1 and Ditch Conductivity 2 probes will be on the Process Pond water, therefore milliSiemens are used.

[4] Ditch conductivity probes 1 & 2 will be filled in after installation and generation of the baseline.

## Maintenance

Each Mosaic concentrate plant uses manufacturer recommended calibration procedures specific to the type of probe.  The four calibration methods that are being used are Bench Calibration using a User-Supplied Wire, Bench Calibration Using a Foxboro Calibration Plug and Solution Calibration and the Decade resistor box.  Table 5 below shows methods that are being used at each of the sites. Probes are removed, cleaned and dried every time prior the calibration procedure is performed.

*Table 5:  Calibration Procedures Used at Each Plant*

| Plant | Calibration Method |
|-------|--------------------|
| Bartow | User-Supplied Wire |
|  | Foxboro Calibration Plug |
|  | Solution Calibration |
| Riverview | Calibration Using a Foxboro Calibration Plug |
| Uncle Sam | User-Supplied Wire |
| New Wales | Decade Resistor Box |

# APPENDIX 6

# APPENDIX 6

# RCRA Project Narrative & Compliance Schedule Florida Facilities



Bartow

New Wales

Riverview

# Table of Contents

Bartow.............................................................................................................................................3

    Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant........................3

    Project 2: Cleaning Solution Return Piping ........................................................................................3

    Project 4: Granular Holding Tank and Wash Solution System in the Granulation Plant ......................4

    Project 5: Upgrade Granulation Plant Sump System ..........................................................................4

    Project 6: North Gypsum Stack R-2 Canal Seepage Area....................................................................5

    Project 7: BMP Training ....................................................................................................................5

New Wales ......................................................................................................................................6

    Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant........................6

    Project 2: Cleaning Solution Return Piping ........................................................................................6

    Project 3: DAP 2 East & West Scrubber System Modifications...........................................................7

    Project 4: Upgrade Granulation Plants' Pads and Sumps (Upgraded Recovery System) ....................8

    Project 5: Granulation Plant Re-slurry System...................................................................................8

    Project 6: Granular Holding Tank and Wash Solution System in the Granulation Plant .....................9

    Project 8: Northeast Sump Area .......................................................................................................9

    Project 9: BMP Training ..................................................................................................................10

Riverview......................................................................................................................................10

    Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant......................10

    Project 2: Cleaning Solution Return Piping ......................................................................................11

    Project 3: Granulation Plant Re-slurry System.................................................................................11

    Project 4: Granular Holding Tank and Wash Solution System in the Granulation Plant ...................12

    Project 5: Upgrade Granulation Plant Sump System ........................................................................12

    Project 6: Lime Sludge Pond ...........................................................................................................13

    Project 7: BMP Training ..................................................................................................................13

Summary of Compliance Schedule Projects Completed....................................................................14

## Bartow

**Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant**

Description:  The Big Holding Tank (BHT) and wash solution system in the Phosphoric Acid Plant project will install new tank(s), pumps, piping and controls to enable Mosaic to recover the value of cleaning wastes generated from the use of SACS, PACS, FSA and FSA Cleaning Solution from pipes, tanks, process equipment, or other storage or transport units as designated in the Facility Report.  In addition, the BHT will enable Mosaic to recover spills and leaks in containable impervious areas (excluding those that occur within the battery limits of #3 DAP/MAP or #4 DAP).  The BHT effluent must be reused as identified in the Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                          month  12
- Permitting with Regulatory Agency                            month  28
- Commitment Request Approval                                  month  30
- Project Planning and Design                                  month  30
- Initiate field construction (Site prep, pilings, foundation)    month  38
- Tank fabrication initiated                                   month  47
- Tank Fabrication completion                                  month  57

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 1.

- Project Completion                                          month  66
- Start-up and documentation of training Completion             month  70

**Project 2: Cleaning Solution Return Piping**

Description:   The Cleaning Solution Return Piping project will install new piping to enable Mosaic to:  (1) clean transfer lines from the Phosphoric Acid Plant to the #3 DAP/MAP and #4 DAP granulation plants and return those cleaning wastes to the Big Holding Tank (BHT); (2) clean BHT Recovery Units located in the granulation plants and return those wastes to the BHT; and (3) clean FSA system and return wastes to the BHT.  Completion of this project coincides with the completion of Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant.  Upon completion, the Cleaning Solution Return Piping will be operated in association with the BHT as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                          month 21
- Commitment Request Approval                                  month 36
- Project Planning and Design                                  month 36

- Initiate Field Construction                    month 53

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 2.

- Project Completion                          month 66
- Start-up and documentation of training Completion    month 70

## Project 4: Granular Holding Tank and Wash Solution System in the Granulation Plant

Description: Install two Granular Holding Tank (GHT)[1] systems- one in #3 DAP/MAP plant and one in #4 DAP plant. The GHT plus piping, pumps, and instrumentation (together the "GHT system") will transport and recirculate wash solution and Downstream spills and leaks between GHT Recovery Units and the GHT and consume the wash solution within the battery limits of the granulation plants as described in the Facility Report. Upon completion, the GHT system will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of Project           month 24
- Permitting with Regulatory Agency             month 38
- Project approval                             month 38
- Project Planning and Design                   month 40
- Initiate field construction                    month 47

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 4.

- Project Completion                          month 68
- Start-up and documentation of training Completion    month 74

## Project 5: Upgrade Granulation Plant Sump System

Description: Modify current containment pads and sumps in the granulation plant scrubber area and plant battery limits to capture spills, leaks and cleaning solutions so materials may be returned to the process. Upon completion, the granulation plant spill recovery system will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting

---

[1] Although Mosaic plans to install more than one GHT, for simplicity this Report will use the singular "GHT" to describe any and all GHTs that will be installed at Mosaic's Bartow facility.

from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project            month 44
- Commitment Request Approval                     month 56
- Project Planning and Design                     month 58
- Initiate field construction                     month 60

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 5.

- Project Completion                              month 68
- Start-up and documentation of training Completion    month 74

## Project 6: North Gypsum Stack R-2 Canal Seepage Area

Description:  Replace the earthen seepage collection ditch/sump at the R-2 Canal Seepage Area with a buried HDPE seepage collection drain, and then cap and backfill the area as needed to produce runoff suitable for discharge.  The collected seepage will continue to be pumped and directed back to the R-2 Canal.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project            month 0
- Initiate field construction                     month 12

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 6.

- Project Completion                              month 24

## Project 7: BMP Training

Description:  Site-specific RCRA and BMP training will be developed and implemented for all affected employees, maintenance personnel, and contractors in the Phosphoric Acid and Granulation plants, along with facility management, and others who manage waste streams covered by the CD.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Develop Training                                month 0

- Initiate training                                        month 3

Completion: The following date is an enforceable date upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete the training required by Project 7.

- Training Completion                                      month 9


## New Wales

### Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant

Description: The BHT and wash solution system in the Phosphoric Acid Plant project will install new tank(s) or modify two existing tanks, pumps, piping and controls to enable Mosaic to recover the value of cleaning wastes generated from the use of SACS and PACS from pipes, tanks, process equipment, or other storage or transport units as designated in the Facility Report.  In addition, the BHT will enable Mosaic to recover spills and leaks from containable impervious areas (excluding those that occur within the battery limits of the #1DAP/MAP, #3 GMAP and the DAP 2 E & W granulation plants).  The BHT effluent must be reused as identified in the Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                     month  6
- Permitting with Regulatory Agency                        month 24
- Commitment Request Approval                              month 26
- Project Planning and Design                             month 27
- Initiate field construction (Site prep, pilings, foundation)  month 35
- Tank fabrication initiated                              month 43
- Tank fabrication completed                              month 55

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 1.

- Project Completion                                       month  64
- Start-up and documentation of training Completion        month  68


### Project 2: Cleaning Solution Return Piping

Description:  The Cleaning Solution Return Piping Project will install new piping to enable Mosaic to:  (1) clean transfer lines from the Phosphoric Acid plant to the #1DAP/MAP, #3 GMAP, DAP 2 East & West granulation plants and return those cleaning wastes to the Big

Holding Tank (BHT); (2) clean BHT Recovery Units located in the granulation plants and return those wastes to the Big Holding Tank (BHT); and (3) clean transfer lines from the Phosphoric Acid Plant to Animal Feed Ingredient Production and, if BHT effluent is used as the cleaning solution, return those cleaning wastes to the BHT. Completion of this project coincides with the completion of Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant. Upon completion, the Cleaning Solution Return Piping will be operated in association with the BHT as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project             month 16
- Project Planning and Design                      month 32
- Initiate field construction                      month 50

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 2.

- Project Completion                               month 64
- Start-up and documentation of training Completion   month 68

### Project 3: DAP 2 East & West Scrubber System Modifications

Description: DAP 2 East & West granulation scrubber system modifications will install piping, seal tanks, vessels, valves, and instrumentation to convert from once-through Process Wastewater scrubbing to other non-hazardous scrubbing media.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project             Jan 2012
- Permitting with Regulatory Agency                Aug 2013
- Commitment Request Approval                      Feb 2014
- Project Planning and Design                      Mar 2014
- Initiate field construction                      Jun 2015
- Complete 1st granulation plant              Mar 2016

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 3.

- Project Completion (2nd Granulation Plant)       Dec 2016
- Start-up and documentation of training Completion   Mar 2017

## Project 4: Upgrade Granulation Plants' Pads and Sumps (Upgraded Recovery System)

Description: Modify current containment pads and sumps in each granulation plant scrubber area and plant battery limits to capture spills, leaks and cleaning solutions so materials may be returned to the process. This will include the four (4) granulation plants at New Wales- #1 DAP/MAP, #3 GMAP, #2 DAP East and #2 DAP West. Completion of this project will coincide with completion of Project 6: Granulation Holding Tank and Wash Solution System in the Granulation Plant. Upon completion, the upgraded recovery system will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project          month 32
- Commitment Request Approval                  month 48
- Project Planning and Design                  month 48
- Initiate field construction                  month 58

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 4.

- Project Completion                           month 69
- Start-up and documentation of training Completion    month 72


## Project 5: Granulation Plant Re-slurry System

Description: Install product recovery tank, hopper, piping, steam feed, valves, agitator, and pumps to recover damaged fertilizer product. The resulting slurry will be fed to the scrubber seal tank for consumption in the granulation process. A new system will be installed only for the DAP 2 East & West plants; #1 DAP/MAP and #3 GMAP already have re-slurry systems. Upon completion, this project will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project          month 32
- Commitment Request Approval                  month 44
- Project Planning and Design                  month 45
- Initiate field construction                  month 50

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 5.

- Project Completion                           month 56

- Start-up and documentation of training Completion        month 58

**Project 6: Granular Holding Tank and Wash Solution System in the Granulation Plant**

Description: Install two GHT systems - one in DAP 2 East & West and one in #1 DAP/MAP and #3 GMAP. The GHT system will transport and recirculate wash solution and Downstream spills and leaks between GHT Recovery Units and the GHT and consume the wash solution within the battery limits of the granulation plants as described in the Facility Report. Upon completion, the GHT system will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project        month 22
- Permitting with Regulatory Agency        month 36
- Commitment Request Approval        month 36
- Project Planning and Design        month 36
- Initiate field construction        month 47
- Construction First system complete        month 56

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 6.

- Project Completion        month 69
- Start-up and documentation of training Completion        month 72

**Project 8: Northeast Sump Area**

Description: Modify the Northeast sump area to include an HDPE liner. Collected seepage in the sump area will continue to be pumped back into the process water north cooling channel.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project        month 0
- Initiate field construction        month 12

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 8.

- Project Completion        month 24

## Project 9: BMP Training

Description:  Site-specific RCRA and BMP training will be developed and implemented for all affected employees, maintenance personnel, and contractors in the Phosphoric Acid and Granulation plants, and the Animal Feed Ingredients Production area, along with facility management, and others who manage waste streams covered by the CD.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Develop Training                                        month 0
- Initiate training                                          month 3

Completion: The following date is an enforceable date upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete the training required by Project 9.

- Training Completion                                   month 9


## Riverview

## Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant

Description:  The Big Holding Tank (BHT) and Wash Solution System in the Phosphoric Acid Plant project will install new tank(s), pumps, piping and controls to enable Mosaic to recover the value of cleaning wastes generated from the use of SACS, PACS, FSA and FSA Cleaning Solution from pipes, tanks, process equipment, or other storage or transport units as designated in the Facility Report.  In addition, the BHT will enable Mosaic to recover spills and leaks from containable impervious areas (excluding those that occur within the battery limits of the #5 DAP and #6 DAP/MAP granulation plants).  The BHT effluent must be reused as identified in the Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                  month  1
- Permitting with Regulatory Agency                     month  16
- Commitment Request Approval                           month  16
- Project Planning and Design                            month  19
- Initiate field construction (Site prep, pilings, foundation)   month  28
- Tank(s) fabrication initiated                           month 36
- Tank(s) fabrication completed                          month 46

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's

signature of the Consent Decree, Mosaic must complete construction and implement Project 1.

- Project Completion                                     month 58
- Start-up and Documentation of Training Completion      month 62


## Project 2: Cleaning Solution Return Piping

Description: The Cleaning Solution Return Piping Project will install new piping to enable Mosaic to: (1) clean transfer lines from the Phosphoric Acid Plant to the #5 DAP and #6 DAP/MAP granulation plants and the Dock Tanks and return those cleaning wastes to the Big Holding Tank (BHT); (2) clean BHT Recovery Units located in the granulation plants and return those cleaning wastes to the Big Holding Tank (BHT); and (3) clean FSA tanks and system and return those cleaning wastes to the Big Holding Tank (BHT). Completion of this project coincides with the completion of Project 1: Big Holding Tank and Wash Solution System in the Phosphoric Acid Plant. Upon completion, the Cleaning Solution Return Piping will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                   month 7
- Project Planning and Design                            month 22
- Initiate field construction                            month 37

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 2.

- Project Completion                                     month 58
- Start-up and documentation of training Completion      month 62


## Project 3: Granulation Plant Re-slurry System

Description: Install product recovery tank, hopper, piping, steam feed, valves, agitator, and pumps to recover damaged fertilizer product. The resulting slurry will be fed back to the granulation process. This may be one system for both granulation plants, or it may be two systems, one for each granulation plant. Upon completion, this project will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                   month 20
- Project Planning and Design                            month 35
- Initiate field construction                            month 46

Completion: The following dates are enforceable dates upon which, following the date of

Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 3.

- Project Completion                                      month 52
- Start-up and documentation of training Completion       month 54


## Project 4:  Granular Holding Tank and Wash Solution System in the Granulation Plant

Description:  Install one common or two GHT system(s) that will receive wastes from the #5 DAP and #6 DAP/MAP granulation plants.  The GHT plus intermediate holding tanks, piping, pumps, and instrumentation, together the "GHT system(s)," will transport and recirculate wash solution and Downstream spills and leaks between the GHT Recovery Units and the GHT and consume the wash solution in the granulation plants as identified in the Facility Report.  Upon completion, the GHT system will be operated as identified in the BMP and Facility Report.

Milestones:  The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                    month 15
- Permitting with Regulatory Agency                       month 28
- Project Planning and Design                             month 30
- Initiate field construction                             month 39

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 4.

- Project Completion                                      month 54
- Start-up and documentation of training Completion       month 58


## Project 5: Upgrade Granulation Plant Sump System

Description:  Modify current containment pads and sumps in each granulation plant scrubber area and plant battery limits to capture spills, leaks and cleaning solutions so materials may be returned to the process.  Completion of this project will be coordinated with Project 4: Granulation Holding Tank and Wash Solution System for simultaneous completion.  Upon completion, this project will be operated as identified in the BMP and Facility Report.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                    month 15
- Project Planning and Design                             month 30
- Initiate field construction                             month 39

Completion: The following dates are enforceable dates upon which, following the date of

Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 5.

- Project Completion                                    month 54
- Start-up and documentation of training Completion     month 58


## Project 6: Lime Sludge Pond

Description:  Install additional seepage control features, including HDPE liner, that when installed will meet or exceed Appendix 1 liner design standards.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Engineering / Development of project                  month 0
- Initiate sludge removal                               month 18
- Initiate field construction                           month 30

Completion: The following dates are enforceable dates upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete construction and implement Project 6.

- Project Completion                                    month 60


## Project 7: BMP Training

Description:  Site-specific RCRA and BMP training will be developed and implemented for all affected employees, maintenance personnel, and contractors in the Phosphoric Acid and Granulation plants, along with facility management, and others who manage waste streams covered by the CD.

Milestones: The following milestones provide a general plan for the start of each phase counting from the date of Mosaic's signature of the Consent Decree.

- Develop Training                                      month 0
- Initiate training                                     month 3

Completion: The following date is an enforceable date upon which, following the date of Mosaic's signature of the Consent Decree, Mosaic must complete the training required by Project 7.

- Training Completion                                   month 9

## Summary of Compliance Schedule Projects Completed

Bartow:  Granulation Plant Re-Slurry System (DAP #4) – Completed December 2012

Bartow: FSA Spill and Leak Management – Completed May 2013

Bartow: Phosphoric Acid Spill Monitoring System Upgrade – Completed March 2014

Bartow: Granulation Plant Reslurry System (#3 DAP) (Project 3) – Completed August 2015

New Wales: Auxiliary Holding Pond (AHP) Slurry Wall – Completed April 2014

New Wales: Phosphoric Acid Leak and Spill Monitoring (Project 7) – Completed August 2015

Riverview: FSA Spill and Leak Management -- Completed October 2010

Riverview: Close Floating Ditch – Completed May 2012

Riverview: DAP 6 Granulation Scrubber System Modification – Completed April 2013

Riverview: #5 DAP Scrubber System Modification – Completed April 2014